06-503

(✓) original   (✓) Pages I–VIII poor person's motion to file civil complaints without prepayment (✓) IFP

(✓) In the U S District Court
CIVIL CASE No _____   ~~Southern~~ District of ~~_____~~ Delaware at WILMINGTON 844 N. King St
CIVIL ACTION   516 Rusk Ave, Houston TX

Judge Hon. _____

"Jungle Democracy...etc" by Kamal K Roy a/k/a ~~Delaware~~ 19801 and was born as Joseph Geronimo

Plaintiff(s),
v.
USA  ~~BE (137)~~ 140 (106 Total NJ)  U.S.A Naturalized Citizen, 5 Plaintiffs - Individuals
Defendant(s).   (see attached list)   7 Plaintiffs and Defendants. Kamal Roy poor and disabled

as on 7-8-2006  8-7-2006

MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED
PURSUANT TO 28 U.S.C. § 1915

to appeal to other 5 Plaintiffs USCA to take funds without availability represent by Kamal Kamal K Roy Roy 8-7-06

I request leave to commence this civil action ~~without~~ prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. I do ___ ~~do not~~ ___ (check one) request that the court direct the United States Marshals Service to serve process. In support of my requests, I submit the following affidavit and state that:

with U.S. constitutional right to associate Peace

(1) I am unable to pay such fees or give security therefor.
(2) The nature of this action is: "Democratic / Civil rights violations" in Jungle democratic conditions in
(3) I am entitled to redress, USA & outside world and individual to associate

I further state that the responses I have made to the questions below relating to my ability to pay the cost of prosecuting this action and other matters are true: Mita wife Gargi Lahiri Roy 38, Plaintiffs Krishna Nagar WB, India and were harmed in USA with

MARITAL STATUS AND DEPENDENTS
Single___ Married___ Separated X Divorced___   WB, India
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.): Under Common Law Wife alien financially separate poor

Name Ms Mita Das Roy    Age 17   Relationship Natural daughter
Name Ms Rinku Das Roy 17  Twin Age 17   Relationship "
Name Ms Urbi Bakshi Roy    Age 15   Relationship "

3 1st
all 3 natural Daughters jail & support
RESIDENCE
Street Address: ___ due disability ___ but work as part
City: 714 Kiwassa Rd   State: ___ Mobile clergy
Zip Code: Saranac Lake NY 12983   Telephone: ___

God's love denied, Plaintiffs jailed as ~~ape~~, God's unappreciated human anomaly conceived & democratic legal entities Association like U.S. corps of humans never of temporal Assn (PRC represent (T.O. ii)

7/22/06  For all (5) Plaintiffs
8/7/06   For Self and 4 poor Officer Association
Partnership W.S.A
Kamal K K Roy a/k/a Joseph & was born as Geronimo, Mobile clergy
14 Kiwassa Rd NY 12983   at Houston TX 8/7/2006
Kamal Roy

MARITAL STATUS AND DEPENDENTS
Single ___ Married ✗ Separated ___ Divorced ___  Common Law wife in India
The following individuals are my dependents (Identify minor children by their initials only. Do not include their date of birth.):
Name Ms Mita Roy   Age ___ Relationship ___
Name Ms Rinku Roy   Age ___ Relationship ___
Name Ms Urbi Roy (Ms)   Age ___ Relationship ___
Name ___   Age ___ Relationship ___

daughters living with Common Law wife. I have no support for them

Ms (also) Gargi Roy IRN Tagore Rd Knolur San Nadia WB, India

RESIDENCE
Street Address: Mobile Clergy at Court's Jurisdiction
City: ___ State: ___
Zip Code: ___ Telephone: ___
also residence at 14 Kiwitag Rd #5C S/L NY 12983

EDUCATION
What is the highest level of formal education you have received: M.S. degree (Transportation Management) (1973) SUNY Maritime College Bx, NYC
I can speak, read, write, and understand the English language: Yes ✗ No ___

EMPLOYMENT
Disabled/Retired
If employed at present, complete the following:
Name of employer: ___
Address of employer: ___
Telephone number of employer: ___
How long have you been employed by present employer: ___
Income: Monthly $ ___  Weekly $ ___

If self-employed, state your net income: Monthly $ 525.00 pm  Weekly $ ___
What is the nature of your self-employment? ___

400.00 SSI
138.00 SS Retirement SS

If unemployed at present, complete the following:
I have been unemployed since: ___
Name of last employer: No job
Address of last employer: disabled for
Telephone number of last employer: ___
Salary or hourly wage received from last employer: $ Last 10 yrs

If spouse is employed, complete the following:
Name of employer: ___  Nil
How long has spouse been employed by present employer: ___
Income: Monthly $ ___  Weekly $ ___

If receiving public assistance (e.g., welfare, unemployment benefits), complete the following:
I have been receiving public assistance since: ___
Monthly benefits: $ ___  Weekly benefits: $ ___

Rev. 11/04                              2

Original
USDC, Central District of
California / @ LA

(IV)
(23)
(30)

Nil

Child support: $
Other Payments:
Describe: _____ $
Describe: _____ $
Describe: _____ $
Describe: _____ $

Disabled
Can't pay

Total monthly payments: $

Signature  Kamal R  8/7/2006
Kamal Roy

Name  a/k/a Joseph Geronimo
(also was born as)

Phone (518) 891-5466

Street Address
14 Kiwassa Rd
#5L, Saranac Lake

City   State   Zip Code

P.O. box 1173
5/L) New York 12983

Telephone Number

Date: _____

Signature of Affiant  (P. to supporting papers)

(41)

I swear all statements under penalty of

SUBSCRIBED AND SWORN TO BEFORE ME THIS ___ day of _____, 20___

perjury of U.S.A

I am a mobile clergy at USDC about above court jurisdiction

Notary Public  Kamal K K Roy

Address  98-?  SS # 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

My commission expires: _____

Disability 8-7-2006
No. 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A

Signed on 8/28/2006  8/28/2006
at 14 Kiwassa Rd
NY 12983

(6) original

Rev. 11/04

mobile clergy Plaintiff
at
LA, CA for all Plaintiff
K Roy N/A is a naturalized



REAL AND PERSONAL PROPERTY
Real property:
Do you own real property? Yes _____ No _____  Nil
If yes, describe: _____
Address: _____
Name(s) on title: _____
Estimated value: $ _____  Amount owed: $ _____
Annual income from real property: $ _____

Personal property:
Automobile: Make: Nil   Model: _____   Year: _____
Name(s) on registration: _____
Estimated value: $ _____  Amount owed: $ _____

Cash on hand:
Total amount of cash in banks and savings and loan associations: $ 500/00 Cash
Names and addresses of banks and associations: only

Other information pertinent to financial status: (Include stocks, bonds, savings bonds, interests in trusts either owned or jointly owned):
_____
_____

FINANCIAL OBLIGATIONS:         MONTHLY PAYMENT:
Rent on house or apartment:    $
Mortgage on house:             $
Gas bill:                      $
Electric bill:                 $   all Included
Telephone bill:                $   in Gov't Housing
Food:                          $
Clothing:                      $         Harriets
Automobile loan:               $            twn
Automobile insurance:          $
Other insurance:               $         Housing
Payments to retail merchants:  $            S/L
   Total owed: _____                       # 56
Payments on any other outstanding
loans or debts:                $  Nil
   Total owed: _____
Payments to doctors, hospitals, lawyers: $
   Total owed: _____
Maintenance under separation
or dissolution agreement:      $
Rev. 11/04                     3