

IRS Department of the Treasury
Internal Revenue Service

OGDEN UT 84201-0038

In reply refer to: 0437806626
Nov. 07, 2005 LTR 3734C E0
13-3566610 200406 67 000
18067
BODC: TE

06-503

HANDICAP INTERESTS INTERNATIONAL
% JOSEPH GERONIMO JR
PO BOX 1173
SARANAC NY 12983-7173739

005024

Taxpayer Identification Number: 13-3566610
Tax Period(s): June 30, 2004

Form: 990

Dear Taxpayer:

Thank you for your inquiry dated June 16, 2005.

We have received your amended Form 990 and have processed it. No penalties have been charged to the account.

If you have any questions, please call us toll free at 1-800-829-0115.

If you prefer, you may write to us at the address shown at the top of the first page of this letter.

Thank you for your cooperation.

Sincerely yours,

Diane Elm

Diane Elm
Accounts Management I

Enclosure(s):
Copy of this letter

FILED
AUG 14 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE



Social Security Administration
**Supplemental Security Income**
Notice of Planned Action

Date: October 1, 2005
Claim Number: 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 DI

125 CMP5,M10,151,037976 000037976 01 MB 0.309

KAMAL KARNA ROY
PO BOX 1173
14 KIWASSA RD APT 5G
SARANAC LAKE NY 12983-7173

Type of Payment:
Individual--Disabled

We are writing to tell you about changes in your Supplemental Security Income payments. The following chart shows the SSI money due you for the months we changed. As you can see from the chart, we are only changing your payments for future months. The rest of this letter will tell you more about this change.

We explain how we figured the monthly payment amounts shown below on the last page(s) of this letter. The explanation shows how your income, other than any SSI payments, affects your SSI payment. It also shows how we decided how much of your income affects your payment amount. We include explanations only for months where payment amounts change.

**Your Payments Will Be Changed As Follows:**

| From | Through | Amount Due Each Month |
|---|---|---|
| November 1, 2005 | Continuing | $489.00 This includes $23.00 from the State of New York. |

We will reduce your payments as shown above beginning November 2005.

**Information About Your Payments**

Your regular monthly check of $489.00 will be sent to your representative payee about the first day of November 2005.

**Your Payment Is Based On These Facts**

You have monthly income which must be considered in figuring your eligibility as follows:

See Next Page

SSA-L8155



EDWARD J. MAZDZER, MD
*Diplomate of the American Board of Psychiatry and Neurology*



July 1, 2003

Dr. David Thomashow
Lake Colby Drive
Saranac Lake, NY 12983

RE: Kamal Roy

Dear David,

Thank you for referring Kamal Roy to me for further evaluation of his headaches.

Kamal Roy is a 69-year-old right-handed gentleman who has recently moved to the area. As you know, he lived in New York City for an extended period of time until he decided to move out of the city after September 11, 2001. He was on the tenth floor of the north tower when it was struck by the terrorists and he decided to first move to the Niagara Falls area and then ultimately to the Northern NY State region.

He is a difficult historian, although ultimately it seems that a fairly adequate history can be obtained. I did not have any old records for review.

He relates that he had a minor stroke in 1987 and is treated for hypertension. He states that he also has had several head injuries, one occurring in 1983 when he fell backwards striking his head, and then in 1993 when he was involved in a motor vehicle accident. He was sitting in the back seat and the front seat came back and struck him in the head and fractured his shoulder. He apparently has been disabled since then.

I believe that he is here primarily for his complaints of headaches. He takes Tylenol with Codeine, up to three a day, for neck and shoulder pain that radiates up into the back of his head and sometimes into the front region as well. There are no visual disturbances or new weakness or paresthesias apparently.

His only medication that he could tell me about was Tylenol with Codeine. It is unclear what other medications he may be taking presently.

He presently does not smoke or drink alcohol. He states he has been a priest in the past and he had apparently received an MBA.

P.O. BOX 1269, REDFIELD MEDICAL BUILDING, LAKE COLBY DRIVE
SARANAC LAKE, NY • 12983
PHONE: 518/891-9795 • FAX: 518/891-6302

05 09:43 FAX 5188912171 David Thomashow MD 002/003

Date:5/23/2005 Time:11:39:30 AM FAX Page 2 of 3

**ADIRONDACK MEDICAL CENTER**
*Medical Imaging Department*

Saranac Lake
Saranac Lake, NY 12983
Phone: 518-897-2349
Fax: 518-897-2260

Name: ROY,KAMAL KARNA
Phys: Thomashow,David F
DOB: 03/31/1934 Age: 71 Sex: M
Acct: V003728219 Loc: SL.RAD
Exam Date: 05/20/2005 Status: REG REF
Radiology No:
Unit No: M0155698

| EXAM# | TYPE/EXAM | RESULT |
|---|---|---|
| 000089901 | MRI/MRI SHOULDER WITHOUT CONTRA | |

REASON FOR EXAM: ROTATOR CUFF TEAR. LEFT SHOULDER PAIN.

MRI SCAN OF THE LEFT SHOULDER:

Multisequence MRI scan of the left shoulder was performed using a 1.5 Tesla unit. T1 and gradient echo axial sequences were performed, followed by coronal oblique T1, dual echo T2, and fat suppressed T2 weighted sequences. Sagittal T2 and fat suppressed sagittal proton density sequences were performed.The plain films of 12/03 were reviewed, these being the most recent plain films in our file.

There are no fractures nor evidence of Hill-Sachs deformity. There are no osseous lesions. There is some osteoarthritic degenerative change evident in the glenohumeral joint. There are subcentimeter degenerative cyst in the lateral aspect of the humeral head, most probably degenerative and adjacent to the rotator cuff tendon insertion site - supraspinatus insertion site. The long head biceps tendon is situated normally, within the intertrabecular groove. There are no obvious labral tears.

With respect to the rotator cuff mechanism, there is some impingement upon the supraspinatus by hypertrophied tissue on the under surface of the AC joint and small osseous ridge on the undersurface of the acromion. There is abundant abnormal signal seen in the supraspinatus tendon which appears to traverse the width of the tendon on the T1 weighted sequences and almost all of the width of the tendon on the fat suppressed T2 weighted sequence. There is also a small amount of fluid in the subacromial bursa. There is no true retraction of the musculotendinous junction. There is mild apathy.

IMPRESSION: FINDINGS ARE CONSISTENT WITH EITHER A LARGE INTRASUBSTANCE TEAR OF THE SUPRASPINATUS TENDON WITH OVERLYING SUBACROMIAL BURSITIS OR A FULL THICKNESS TEAR. THIS APPEARS TO BE RELATED TO IMPINGEMENT UPON THE MUSCULOTENDINOUS JUNCTION BY HYPERTROPHIED TISSUE ON THE UNDER SURFACE OF THE AC JOINT AND A SMALL OSSIFIC RIDGE ON THE UNDER SURFACE OF THE ACROMION.

EDWARD J. MAZDZER, MD

*Diplomate of the American Board of Psychiatry and Neurology*

July 1, 2003

Dr. David Thomashow
Lake Colby Drive
Saranac Lake, NY 12983

RE: Kamal Roy

Dear David,

Thank you for referring Kamal Roy to me for further evaluation of his headaches.

Kamal Roy is a 69-year-old right-handed gentleman who has recently moved to the area. As you know, he lived in New York City for an extended period of time until he decided to move out of the city after September 11, 2001. He was on the tenth floor of the north tower when it was struck by the terrorists and he decided to first move to the Niagara Falls area and then ultimately to the Northern NY State region.

He is a difficult historian, although ultimately it seems that a fairly adequate history can be obtained. I did not have any old records for review.

He relates that he had a minor stroke in 1987 and is treated for hypertension. He states that he also has had several head injuries, one occurring in 1983 when he fell backwards striking his head, and then in 1993 when he was involved in a motor vehicle accident. He was sitting in the back seat and the front seat came back and struck him in the head and fractured his shoulder. He apparently has been disabled since then.

I believe that he is here primarily for his complaints of headaches. He takes Tylenol with Codeine, up to three a day, for neck and shoulder pain that radiates up into the back of his head and sometimes into the front region as well. There are no visual disturbances or new weakness or paresthesias apparently.

His only medication that he could tell me about was Tylenol with Codeine. It is unclear what other medications he may be taking presently.

He presently does not smoke or drink alcohol. He states he has been a priest in the past and he had apparently received an MBA.



ORIGINAL Page-1 United States District Court : District of Delaware

In the ~~International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/~~ In the United States (of America) District Court, District of ________ Supreme court/ Court of Wilmington ~~(Nation/ Country)~~ Civil Jurisdictions . CASE NO. ________ Date of filing : ~~12.28. 2005~~ 8. 7. 2006 844 King St Wilmington Delaware 19801

~~Hague, Netherlands, Europe~~ That Kamal Roy aka The Reverend Dr Joseph Geronimo Jr 107 A Scribner Avenue New York 10301, a Mailing : PO Box 1173 Saranac Lake, NY 12983 Mobile Clergy and part disabled administrative and Strategic planner Fakir/ Priest of GODS, PEOPLE , Religions and Social redevelopments do solemnly swear GOD_THEME as " WITNESS_ GOD" and words in oririent to be written as "SAKSHI GOPAL"+the Defendants are not hostile but they are lawfully obligated to witness and/or defend the action so that action becomes hopefully successful in Court with miscellaneous benefits to Plaintiffs , et al.

Civil Complaints — JURY Trial Demanded

Plaintiffs failed to receive due lawful democratic privileges due to misconducts of 148 Defendants — Title of Action — 44 Pages Complaints Original

++Short Title of the civil action : given at beginning &elsewhere)

"Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Siperpower to all weaker people/ Nations …etc " EIN & Tax exempt ID ( by (IRS) 133566610 107 A Scribner Avenue NY 10301 Ph 718-954-81 518-891-5466

et al (5 Nos of Total Plaintiffs including 4 Lawful Assn + 1 Individual)

V.

The U.S.A Govt Washington D.C.; God's all other Courts Jurisdictions &

The State of New York c /o N.Y.S Attorney General, 120 Broadway, New York , N.Y 10271, ; U.S.A Government c/o U S Attorney General, JUSTICE DEPT. Headquarters ,. Washington . D C; The U N O., New York City, Manhattan,. N Y; Govt of India , New Delhi, India ; Govt of West Bengal, writers' Building, Kolkata , West Bengal, 700001, West Bengal, India ; City of New York , c/o Corp Counsel, 100 Church Street, New York, NY 10007; CINGULAR Wireless aka Cingular Albany New York & elsewhere; HSBA Babk , Main street,. Saranac Lake, N Y; Harrietstown Housing Authority and Debbie Zerrahn , Housing Assistant 14 Kiwassa Road , Saranac Lake N Y 12983; ~~Citizens Bank, Saranac Lake at Broadway near Post~~ et al, Defendants (140 Nos Total Defendants) (See List attached Defendants)

To Hon Clerk, Civil Pro se U.S. District Court, 844 N. King St, Delaware 19801

Footer : ~~Complaints filed :~~ In the ~~International Court of Justice, Hague, the Netherlands; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro-se for Plaintiffs as individual or unincorporated Associations including the book volume of Anti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983,.USA;~~

~~E mail; vishwa12@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.~~

➢ GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES.. OPPRESSIONs OF People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest, ~~12.28. 2005~~ new York City, USA and world wide Locations.

Kamal K Roy a/k/a Joseph Geronimo Jr (Naturalized U.S. Citizen, 1998) 8/7/2006 for all Plaintiffs Pro se — a mobile clergy at the above Jurisdiction

The U.S.D.C. Delaware Complaints (2)

4

In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of ______ Supreme court/ Court of ______(Nation/ Country) Civil Jurisdictions . CASE NO.______ Date of filing : 12.28.2005 8-7-2006

That Complaints were filed in proper courts and all the Statements and marked exhibits are true or quoted from published &Public Records, and the statements here are made under penalty of perjury under any laws of nation noted herein, and, furthermore, the entire text is sworn to be truthful, were filed lawfully +++ **In the International Court of Justice, Peace Palace, Hague, the Netherands ; & Other U. S District courts in USA.** outside USA Power_hungry Leaders, That Abusers, OPPRESSORS, included Human_Gods & Democratic_devils of world including Leaders of super_ ABUSERS and OPPRESSORS! including those in powers including USA !! Pl return to democracy and grant freedom , liberty and right to live peacefully without foreign interferance with allies as domestic Crooks. Laters, Who may collaborate with devils and anti_Gods / foeign forces to serve self interests or interests of motivated coterie of people to destroy rule and peace of majority in democracies around GLOBE. (Enjoy Happy holidays and arrival of 2006 shortly.(HAPPY HOLIDAYS ALL OVER THE WORLD.) ( Pl make holdays and Chrismas as time for beginning of " New era " to get Justice to suggest to communities around you and beyond any boundary or barriers in respect of people that you desire to live in peace beyond national origins, races, religions , democratic diverse ways ; and You promise to work within your power and sacrifices to end "Jungle democracies etc "....) **Main Issues:... Violations of...Civil/Human Rights & Damages claimed by plaintiffs with minimum damages of one Millions of U S $ upto Ten Billions of U S $ depending on allegations of violations and sum total is given above for a minimum and upward scale of awards depending on JURY, if not by the trial Judge. ; and Jury is to determine correct amounts of Damages as plaintiffs claim that amount of Damages to be massive and cummulative for pain, sufferings and money losses due to neglects of Defendants, oppressions, use of optional protections of laws not equal protection of Laws, as provided under laws, denial of rights , freedom, dignity etc in environments of basic animosity Jungle democracies etc, as if laws was**

(Margin: JGV — That we hope — MB # 4 — 53 — 49)

Footer : ~~Complaints filed : In the International Court of Justice, Hague, the Netherands; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983, USA;~~

~~E mail; vishwa12@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.~~

- GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES.. OPPRESSIOns OF People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world wide Locations.

JGV 12-29-05
8-7-06

RJ JGV JGV

civil complaints

Delaware (3)

USDC SDistrict ~~of Texas~~ Houston Tx

**In the U.S District Court, Eastern District of state of Louisiana ,at New orleans, Louisiana, LA, USA ( ) ; U .S District Court, __ at various jurisdictions including EDNY, U.S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201,/ Middle District for the State of Luisiana at Baton Rouge ; Eastern District of luisiana, new Orleans:: , USA ::: Katrina Hurricane civil rights violation issues and Govts of State of Louisiana as well as of The City of New Orleans, LA ,are named as Defendant now and God/s and USA were named in Issues previously. date filed : 1.23 . 2006:.** Copy circuled to Reporting Units of News agencies World wide for knowledge of developing struggle of human_animals .of events

**short title of the action :**

**"Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Sinerpower to all weaker people/ Nations ...etc " EIN & Tax exempt ID ( by (IRS , U S A ): 133566610 et al......Plaintiffs**

**v.**

USA Govt ; God/s

**The State of New York c /o N.Y.S Attorney General, 120 ~~12o~~ Broadway, New York , N.Y 10271, : U.S.A Government c/o U.S Attorney General, JUSTICE DEPT. Headquarters .. Washington , D.C: The U N O , York, N.Y: Govt of India , New Delhi, India : Govt of West Bengal, writers' Building, Kolkata(65th) and Govt of Mexico (71 ~~16~~) : GOD/S (USA BASED and outside)all over the world known in differenr names and mutiple entities in some religious faiths ( say in Hinduism ) ........ Defeidants , + +Government of CANADA (CENTAL) Govt Offices, Ottawa, Canada (66th Defendant included as the accused as a member Nation of U N O, New York and as a develpoed Nation in world, did not do enough for upgrading cil rights for suffering Billions in the World. In this situation and neglect of this nation like many others damaged the propect of Plaintiffs in Jungle Democratic Conditions all over the world and plaintiffs remained in conditions of sufferings, and continued monet losses. God/s as defendant in thi action is suggested to rewrite themes of eistence OF God/S as a symbol of ideal human figure beyond sex, National origins, color of skins, multi religious at the optimum level ideal of Human ANIMALS' EXISTECE TO REDUCE PAIN AND SUFFERINGS, BY INTRODUCING GOOD MORES AND ETHICS+AMONG WORLD CITIZENRY, God/s should be a non magical eniry+++++++++++++( full list of defendants ( total ~~65~~ 140 now and 5 nos of Plaintiffs incuding one individual and rest uninorporated non profit Tax exempt Associations to be represented by JOE, the Mobile Priest on vow of poverty ( Oriental**

Some — Defendants

**Jungle democracies ethics have grown supreme now. If former coldwar enemies could tu... old tactical friends now, a cease fire in between So called regional terrorists ( and/o... ...onal Nationalists in many nations , in versions of warring garoups) and permanent... "liliputs" are f... ...tion to conflict between power and freedom and dignity of the regional or rojonal Liliputs... Win or lose Goliaths have to retire by laws of nature. Some mr Bush stuggle for own and com... restrain becoming forces of mass destruction. Joe, the priest, in ...ers survival for decade.**

10

8/7/06

In the International Court of Justice (World Court, U.N.O. ponsorred), at Peace Palace, HAGUE The Netherlands, Europe/ In the United States of America) District Court, District of ______ CASE NO.______

lawfully as needed for former lawful associations of Plaintiffs with such defendants, as named..*****************

- Defendants include US A, other countries, U N O, New York, democratic entities and may other Citizens of the World. H I I world Religions Group, et al are cited at places in scripts, and is a Plaintiff, for issues of violations of Laws and damages claiimed in this civil action.
- " Matters of Jungle democracy cat and Mouse doctrines of Oppressions etc " a mobile book of contemporary devious pattern of inequal rules, Laws and inequated judicial systems worldwide and damages sustained by plaintiffs world wide including in USA,INDIA, other countries, U N O, and Privately run Defendants. :CIVIL action : :COMPLAINTS :Judge : Hon. Jury Trial Demanded :Punitive and compensatory damages demanded, at least U S three fourths (3/4) of One million Dollars at current $ value to be decided by the Jury at trial. Important Note about actions as below
  - Jungle Democracy, Cat and mouse Doctrines of Oppressions to weaier by the Powerful etccribner Avenue, Staten Island, New York 10301 Mailing address : P O Box 1173 Saranac Lake, New York 12983, by Kamal aka Joseph as below a Legal entity with EIN 13 – 3566610 ( USA)..et al ...Plaintiffs
  - . (Full lists of plaintiffs 5 Nos. are attached ) ( from pages marked Pages1a to I G ++++++++++++

CIVIL action ::COMPLAINTS :Judge : Hon. Jury Trial Demanded :Punitive and compensatory damages demanded, at least U S three fourths ( 3/4) of One million Dollars at current $ value to be decided by the Jury at trial. Important Note about actions as below

- chief Editor : The Reverend Lisa N. Roy, B.A Hons, B.D., A.D N , R. N (Nursing)(New York State) ; Ordained clergy since July 1992;

Footer: Complaints filed : In the International Court of Justice, Hague, the Netherands; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue, Staten Island, New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983,.

USDC Delaware Southern District at Denver

Some Defendants

Damages over be assessed US $ on trillion six hundred Billions is Demanded

Jury is lawfully authorized to assess huge Damages on all Defendants P O B 1173 S/L NY 12983

see above

8/7/06

USDC Delaware at Wilmington Page 5 (7B)

~~U In the United states District Court of ... DC / SDNY........... District of ...Washington DC/New York~~
~~Civil..........Complaints Docket #~~

That Petitioners swear under penalty of perjury that Plaintiff Kamal ~~Atta~~ Roy is a mobile clergy at Delware Wilmington areas

~~his Associations and~~ Joe's research mobile Publication (ELECTRONIC and HARD COPY OF the BOOK ; "JUNGLE DEMOCRACY Cat & Mouse doctrine of oppressions to weaker people by the Rich/powerful people/ Nations ...Etc, and as the plaintiffs damaged and suffered inhumane treatments and associationS SUFFERED as plaintiffS IN MONEY AND MISCELLANEOUS Damages for over decade, due to many misconducts of Govt actions and those of private defendants took chances for abusing plaintiffs as all of plaintiffs belonged to weaker section of democratic society, as a person or associations ; Geronimo Jr and his associations' grievances were left unattended for decades and the due process of Laws were dnied To all Plaiontiffs., Govt defendant also discriminated for granting lawful insurance privileges to accident victim employees on work related injuries as the employer a small not for profit corpn. was treated as lawfully non existent. The State of New York behaved like any criminal regime of the world in matter of oppressions to plaintiff : Govt of India and Govt of West Bengal in India basically was lawless for the Plaintiffs. Complaints to U N O was never even acknowledged. And the UNO appeared to be defunct for oppressed citizen of World.. DEFENDANTS us/foreign based damages are HUGE Jury to decide Full list of defendants and laintiffs are from page .... to page .........Total ... Pages of list of Defendants (62 : total Nos ) with major allegations cited against them therein, vbiz Cingular wireless phone co Virizon wireless phone co, Adelphia cable company overcharged for services or wrog services and made plaiotiffs complain and complain but they ignore complaints as plaintiffs belonged to weaker section of society. Defendant Govt of West Bengal , kokkata, India and the Defendant Govt of India took action to complains filed against the Shipping corpn of India, when the r just deprieved all employment benefit and broke service condition for termination of employment of plaintiff Kamal Karuna Roy 1974 and never responded to 100s of mail of complaints. The Indian lok sabha speaker mr Somnath Lahiri was witness and mishandled the case through an Union of SCI Ltd, to ABOVE corruption and aiuses, whereas mr Lahiri was like ANY ineffective person for justice to weaker peoplle but he talked big all the time as usual. One Pavi Electrical coMPANY Pvt Ltd, Flat 16F on 16th floor, 46 C Chowringhee Road Kolkata 700071 India and partners: MRS Vinita Datta & MR Padam Datta., company has been forcibly occupying commercial property worth Millions of RS (Rupees) worth hundreds of thousands of US $ by force and corruption,abused and Govt of India/ Govt of West Bengal took no step in law for long 18 years

Kamal K Roy JGN 8/7/2006

JGR

Civil / complaints

Joseph Geronimo Jr aka Kamal KB For Plaintiffs ProSe 8/7/2006

USDC — Page-[illegible] (6) 27 9th

the United states District Court of ... DC / SDNY........ District of ...Washington DC/ New York..., USA.............
..........Complaints Docket #______________ 1000

That Kamal Roy a/k/a J G Jr shall represent self & other Assn Plaintiffs

Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic Devils, Human Gods, Gods of faiths in USA/ India and/ or / Nations to weaker people world wide .......etc ", a mobile Book volume by the Reverend Joe Geronimo Jr / a legal entitity in Democracy; Publisher :Reforms International, Non Profit Tax exempt by I R S., P O Box 1173 , ( E I N & tax exempt : ID # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S S # 5788014399 , 107 A Scribner Avenue, Staten Island, New York City, New York 10301; Chairperson, Board of Editors , " Jungle Democracy.. mobile book : electronic and hard copy , C/O H. I International W R Group, P.O Box 1173 , Saranac Lake, New York 12983: Permanent address : 17th Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700017. W. B. , India , .et.. el , . Kamal K. Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983, ph 518 891 5466 a mobile part disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in Gods and & one who sing words of praise of Gods) : Priest of multple faiths of approved Religions world wide, in Washington D .C area & elsewhere world wide…Plaintiffs ( Total 5 Nos.) V. The State of New York, c /o N.Y.S Attorney General, Albany , New York ; U.S.A ,. Washington . D C; et al (pl see attached defendants) …Plaintiffs listing consists of . all democratic entities including a Book volume published and defendants include a US based entity "GOD". The plaintiffs and association as unincorporated lawful /entities also reflect blessings for honest work and good faiths of people, God faiths , but the Defendants did not show legal help to Plaintiffs when necessary under various Laws of USA, India, Iraq, nations world wide to lawfully assist Plaintiffs and failed the plaintiffs errors, neglect, abuses , violations of laws anf damaged and caused pains , losses and prolonged sufferings.. GODS ( through American , U S A Followings) also faled possibly through pele followers ; The chairperson, Editorial Board, "Jungle Democracy oppression of rich powerful people/ Nations/ Superpower Nation to weaker people/ Nationsto disturb regional and international peace , harmony, live of human animals. Their Faiths , Religions, life styles,

✓ That Violations are shortly listed against each of the Defendants in the List of Defendants & in scripts of Complaints

JG Jr KR 8/7/06

**That we, Plaintiffs represented by Joseph Geronimo jr a mobile priest/ an author mof publications including the " J G etc " the Plaintiff no one (1) do believe that Gods are democratic in USA and elsewhere. But as a U S Citizen, Hon. George W Bush President of USA is subject to all laws of land in USA. Plaintiff in this action as an individual, U S Citizen do allege as a member of " We PEOPLE in USA ", that there was criminal neglect in the part of assessment of intilligence reports to determine that there was weapons of mass No body is beyond Laws except the Conventional Gods, U S Bases, as we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Plaintiff in this action as an individual, U S Citizen do allege as a member of " We PEOPLE in USA ", that there was criminal neglect in the part of assessment of intilligence reports to determine that there was weapons of mass destruction with administration of Former alleged Dictator Saddam**

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of~~ )+ No body is beyond Laws except the Conventional Gods, U./ S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, shall act pro Se as a poor part disabled, & act for Plainmtiff Asscns as honorary officer (FRCP ), **11.28. 2005 ; PO Box 1173 , S/L, N Y 12983 ++ Title of CIVIL Action : "Jungle Democracy , cat and Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic Devils, Human Gods, Gods of faiths in USA/ India and/ or / Nations to weaker people world wide .......etc ", a mobile Book volume by the Reverend Joe Geronimo Jr / a legal entitity in Democracy; Publisher :Reforms International, Non Profit Tax exempt by I R S., , P O Box 1173 , ( E I N & tax exempt : , # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S S # 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 .**

**New understandings of GODS, Mother Nature and people of all walks of life and DEMOCRACIES desired. All respectfully submitted for grant of most prayers and kindly order enquiries for abuses by Govermment to weaker people.**

JG Jr 8/7/2006 JG JG KR

CIVIL COMPLAINS ORIGINAL

Page 28 (7)

n the United states District Court of ... ~~DC/ SDNY~~............. District of ...~~Washington DC~~/ New

.., USA............ Civil.........~~ADDITIONAL~~..Complaints/ ~~AFFIDAVITS~~ - ~~Docket #~~ Judge FILED 7/28/2006 by USPS Mail

CIVIL Case No

~~11-09-2007~~ ~~7-28-2006~~ 8 7 06

8 7 2006

Jury Trial Demanded

gt 8-7-2006 ~~7-28-2006~~

ORIGINAL FILED BY us Priority mails on : 11.~~5.5. 2005 & 11. 3. 3005~~ at ~~Two~~ various jurisdictions of U.S.& Federal Court

Civil action / ~~Complaints: Docket No Judge : Hon~~ For different violation of Laws under Jungle & Democratic dysfunctions in Democratic Nations by powerful PEOPLE/NATION/ SUPERPOWER viz U.S. A and Allies

~~Jury~~ Jury Trial demanded : Neglects of 1st amendment Constitution right of U.S Citizens causing them pain and damages to Plaintiffs named.

(✓) ~~# COMPLAINTS++++++Jury Trial demanded++++++++~~ Title of Civil Action: "Jungle Democracy. Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower allies & democratic Devils. Human Gods, Gods of faiths in USA/ India and/ or / Nations to people world wide .......etc ". E.I.N 13-3566610 for( trade name non profit tax exempt) : a published in USA and world wide. Book volume by the Reverend Joseph Geronimo Jr / a ... itity in Democracy: Publisher :Reforms International.( E I N 133462738 ). Non tax exempt by I R S., P O Box 1173 . ( E I N & tax exempt : ID # 13 -3566610 ) .Saranac Lake. ...k 12983. U S A. The Reverend Kamal K Roy/ aka/ Joseph Geronimo Jr S S # 578804399 . 107 ...er Avenue. Staten Island . New York City. New York 10301: Chairperson. Board of Editors ...le Democracy.... CAT & MOUSE DOCTRINE of Oppressions ...... by rich & ...people/ Nations to WEAKER CITTIZens OR aliens / FOREIGN NATIONS. Etc ...) WIDE ....ETC ) BY JOE GERONIMO JR. PRIEST. NOTED ABOVE AND BELOW

1

National / International / SUPERPOWER national LEADERS !!! PLEASE FORM A CHARACTERs Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER and Message (2) :Plaintiffs are so happy from a news item this morning om 11.6. 2005. that The white House ( U.S Govt) has planned a course on ethics for MOST administrative personnel AT THE White house. but " Head " of the white House should not be discriminated from joining such course on " ETHICS" at Govt expense. But the problem is to find an acceptable and qualified "Instructor" for Hon. George W. Bush. U.S President to teach him ethics of democratic principle . therefore the U.S District Court may lawfully suggest a way out for resolution in the matter. however matter is vital to USA. and prayer is also made by Plaintiff on the issue.s. The matter may be treated as extremely urgent as thousands of living souls world wide may die / or be killed in tactical international policy of the HUMN GOD President BUSH (1). who may make or break fate of many armed personel of U.S A or foreign countries or thousands of civilians dying in pain abroad even in peace time world situations due to national atrocities/ Indiscriminate bombing decisions of the HUMAN GOD concerned. and in retaliation , acts to fight back. by so called terrorist /nationalists /unknown type of living souls.****That " NEW Gods" in the new world of" divinity and GODS are in making for the next generations of New People from just tomorrow. That We want new Gods ( in oriental Hindi language : HUM SOBKO NAYA Bhagawan/Allah chahiye +JINE KE LIYE: Bengali :ami natun ishwar chai banchar proyojane+ i.e to demand by people on earth to peacefully survive as matter of rights being essential creations of Mother Nature for thousands of years of track records of succession of race of Human animals.

gt 8/7/2006

[signatures] 8/7/2006

ORIGINAL, CIVIL Complaints PLAINTIFFS HARMED WORLD WIDE IN FAILING DEMOCRATIC LAW OR APPLICATIONS OF LAWS BY POWERFUL (PEOPLE OR NATIONS)

In the United states District Court of ... ~~DC / SDNY~~............. District of ...~~Washington DC/New~~ U.S.A

.., USA............ Civil.........~~ADDITIONAL~~ Complaints/ AFFIDAVITS - ~~Docket #~~ ______ Judge ________ FILED ~~1-09-2007~~ on ~~7-28-2006~~ 8-7-2006 (By SWORN under Penalty of perjury under U.S.A KAMAL K R Roy a/k/a J.G. Jr Prose Plaintiff for all Plaintiffs as self and officer of Assn of Plaintiffs (All over)

Title of Action: "Jungle Democracies Cat & Mouse doctrines of oppressions to weaker --- etc — A Publication #1 Plaintiff et al (Total 5Nos): Plaintiffs VS U S A Govt Washington DC / Govts et al (Total 136) Defendants

ORIGINAL FILED BY us ~~Priority mails on~~: ~~11. 5 5. 2005 & 11. 3. 3005~~ at Two jurisdictionss of U.S.S Federal Court

Civil action ~~/ Complaints: Docket No ______ Judge : Hon ........~~

(see List of Plaintiffs (5) & Defendants as attached)

~~Jury~~ **Jury Trial demanded** : Neglects of 1st amendment Constitution right of U.S Citizens to petition Govt to redress Grievances [V.] USA Washington DC / Govts alleged

~~/ COMPLAINTS++++++Jury Trial demanded++++++++~~ Title of CIVIL Action: **"Jungle Democracy, Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower allies & democratic Devils, Human Gods, Gods of faiths in USA/ India and/ or / Nations to people world wide .......etc", E.I.N 13-3566610 for( trade name non profit tax exempt) : a published in USA and world wide. Book volume by the Reverend Joseph Geronimo Jr / a ...ity in Democracy: Publisher :Reforms International.( E I N 133462738 ), Non ...x exempt by I R S.. P O Box 1173 , ( E I N & tax exempt : ID # 13 -3566610 ) ,Saranac Lake, ...K 12983, U S A. The Reverend Kamal K Roy/ aka/ Joseph Geronimo Jr S S # 578804399 , 107 ...er Avenue, Staten Island , New York City, New York 10301: Chairperson, Board of Editors**

PLAINTIFF #1 : JUNGLE ...le Democracy..., CAT & MOUSE DOCTRINE of **Oppressions** ...... by rich & ...people/ Nations to WEAKER CITIZens OR aliens / FOREIGN NATIONS, Etc WORLD WIDE ...WIDE ...ETC) BY JOE GERONIMO JR, PRIEST, NOTED ABOVE AND BELOW to be represented prose

POOR PERSONS affidavit to the CIVIL complaint attached (8)

**National / International / SUPERPOWER national LEADERS !!! PLEASE FORM A CHARACTERs Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER, and Message (2) :Plaintiffs are so happy from a news item this morning, om 11.6. 2005, that The white House ( U. S. Govt) has planned a course on ethics for MOST administrative personnel AT THE White house, but " Head " of the white House should not be discriminated from joining such course on " ETHICS" at Govt expense. But the problem is to find an acceptable and qualified "Instructor" for Hon .George W. Bush, U.S President to teach him ethics of democratic principle , therefore the U S District Court may lawfully suggest a way out for resolution in the matter, however matter is vital to USA, and prayer is also made by Plaintiff on the issue s. The matter may be treated as extremely urgent as thousands of living souls world wide may die / or be killed in tactical international policy of the HUMN GOD President BUSH (?), who may make or break fate of many armed personnel of U S A or foreign countries or thousands of civilians dying in pain abroad even in peace time world situations due to national atrocities/ Indiscriminate bombing decisions of the HUMAN GOD concerned, and in retaliation , acts to fight back by so called terrorist /nationalists /unknown type of living souls.****That " NEW Gods" in the new world of" divinity and GODS are in making for the next generations of New People from just tomorrow. We want new Gods ( in oriental Hindi language : HUM SOBKO NAYA Bhagawan/Allah chahiye +JINE KE LIYE: Bengali :ami natun ishwar chai banchar proyojane+ i.e to demand by people on earth to peacefully survive as matter of rights being essential creations of Mother Nature for thousands of years of track records of succession of race of Human animals.**

JGJr 7/28/2006 7-28-2006 Kamal K R Roy AND a/k/a WAS born as Joseph Geronimo Jr Now a Mobile clergy ...

JGJr KRoy 8/7/2006

Appeal from USDC Delaware at Wilmington U S D Court / of Appeals for Third Circuit 3rd

**In the International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE The Netherlands, Europe/ In the United States District Court, a of District of ________ .**

(9)

8/7/2006

abusing power of Govt. Court is requested to rule who in fact shares power in current Iraq while over one hundred thousand of foreign, occupation force of USA and allies are dictating democratic principle alike Principles of Jugle Democracies ( Iraq has no free elected Govt by any laws and defendant U N O has kept low profile world union with tracit collusion/alliances with USA etal for maintaing democratic union of nations of theworld). are parties included as Defendants (among total 64 defendants, all parties are presumed to be Democratic and lawful to maintain Status as Plaintiffs and defendants in USA and elsewhere.++

Compensatory and Punitive Damage claimed U S $ ~~One Million minimum~~ 1 Trillion & Ten Billions upto ~~Ten~~ Billion U S $ and currency value rare at rate of Eurpean EURO Currency , as the mnimum currency coversion rate on date of filing and not on date of settlement of Damages based on violations of trial at the court Jurisdiction of ACTION filed./ Jurisdiction of the court is secured. Democratic right & Value ( ¾ ~~/ One Billion/ Ten Billions~~/________________ U. S Dollars of current_value++++ to be decided by Jury at trial : Grounds of legal actions : Miscellaneous , selected on violations of LAWS.: **That...** Complaints were filed in proper courts and all the Statements and marked ehibits are true or quoted from published &Public Records, and the statements here are made under penalty of perjury under any laws of nation noted herein, and furthermore the entire text is sworn to be truthful were filed lawfully +++ **In the International Court of Justice , Hague, the Netherands; & Other U. S District courts in USA.** **Power_hungry Leaders , Abusers,OPPRESSORS, Human_Gods & Democratic_devils of world including Leaders of super_ ABUSERS and OPPRESSORSP including those in powers including USA !! Pl return to democracy and grant freedom , liberty and right to live peacefully without foreign interferance with allies as domestic Crooks Who may collaborate with devils and anti_Gods to serve self interests or interests of motivated coterie of people to destroy rule and peace of majority in democracies around GLOBE. Enjoy Happy holidays and arrival of 2006 shortly. HAPPY HOLIDAYS ALL OVER THE WORLD. Pl make holdays and Chrismas as time for beinning of " New era " to suggest to communities around you and beyond any boundary or barriers in respect of people that you desire to live in peace beyond national origins, races, religions , democratic diverse ways ;and You promise to work within your power and sacrifices to end "Jungle democracies etc "..... Main Issues:... Violationms of...Civil/Human Rights & Damages claimed by plaintiffs with minimum damages of one Millions of U S $ upto Ten Billions of U S $ ; and Jury is to determine correct amounts of Damages as plaintiffs claim thayt amount of Damages tobe massive and cummulative for pain, sufferings and money losses due to neglects, oppressions, use of optional protections of laws not equal protection as provided under laws, denial of rights , freedom, dignity etc in environments of Jungle democracies , as if laws was non_uniform, abusive and depended on powerful people/ Nations/ Superpowers. Nation/s. One Plaintiff is a mobile Clergy within many court Jurisdictions** : __________________ for Oppressions / Neglect/ Domestic/ International laws violations. Plaintiff is world Citizen/ a mobile Strategic Priest of Religons/ multple nmed Gods at different Geographical Regions with diversities in Faiths etc etc, with basci human being as criterion to assemble world_wide as member of Human *animals , but with most Democratic values . principl/ Regional Laws / Ethics in extremely serious attack from the Powerfuls. Many world*wde in de_controlled Democracy , what Plaintiff #1 by Joseph Geronimo Jr aka KaMAL KarunA K Roy now a lawfully U S A National/Citizen ( of USA) Happy HOLIDAYS upto & including January 1, 2006 fromchristmas Eve on December 24 , 2005 as of & prior to **Date of Filing: ~~12.27. 2005~~ 7-19-2006 .+++USA & other numerical dates outside USA pepending on time differences worlwide but complaints mailed simulteneously for all courts on different grounds of Legal violations but the environment of misc violations are close to some extent.++++++++IMPORTANT ISSUE DESIRED to be adjudged in courts along** with other ISSUES raised in complaints/affidavitsat trial of the Civil action below:::+++Human animals like individual Plintiff in these actions are born of humane Love and animality with the Privilege and sanctions of Mother Nature , Gods have of course blessings in thje process, as human beings prefer to trust and grow faith in such phenomenons., The

Complaints filed : **In the International Court of Justice , Hague, the Netherands; & Other U.S District courts in USA.** U.S. Court of ~~Appeals for~~ 3d **The Reverend Joseph Geronimo Jr /aka/Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of nti_thesis of Democracy named Plaintiff # 1. Dated ~~12.27. 2005~~ 7-19-2006 107 A Scribner Avenue , Staten Islnd , New York 10301, USA; Mailing address P O Box 1173,Saranac Lake, New York 12983,.**

Reverend Dr Joseph Geronimo Jr a/k/a Kamal Roy Appellants / Plaintiffs for self as individual and as others of Assns

~~7-19-2006~~ 8/7/06

USDC Delaware at Wilmington Page 14 (10)

In the U.S District Court, Eastern District of state of Louisiana ,at New orleans, Louisiana, LA, USA ( ); U .S District Court, __ at various jurisdictions including EDNY, U.S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201,/ Middle District for the State of Luisiana at Baton Rouge ; Eastern District of luisiana, new Orleans:: , USA ::: Katrina Hurricane civil rights violation issues and Govts of State of Louisiana as well as of The City of New Orleans,LA ,are named as Defendant now and God/s and USA were named in Issues previously. date filed : 1.23 . 2006:. Copy circuled to Reporting Units of News agencies World wide for knowledge of developing struggle of human_animals .of events That Plaintiff (Individual) Kamal K Rayus

nd other counties in USA as a mobile Priest , at times resident outside USA as a bonafide mobile riest visiting and/or residing therein do swear in the name of all God/s as a preacher of Multiple eligions, and a believer of faith that more than one God and Religion No Govt with basic emocratic principles, including a Govt controlled bya a Racial minority. color blinded society in local or National govt or any admn of a Nation is lawfully permitted to over_ride security , elfare and right to live of weaker people withut compromises , In Katrina disaster New orleans city Govt did olate norms of democracy and security of pooer and weaker people along with other Govt systems. Now City of Ne rleans are codefendants along with the State of Louisiana, Govt of USA, President Bush and others for violating qual rights to live and for equal rights of survivalin true democracy but Jungle Dfemocratic rules at many levels of Hovt failed harmed and damaghed weaker people in democracy. The Plaintiffs were mentally hurt to see days of eglect on weaker peopleinNew Orleans to suffer or many hundreds die due Katrina , mother Nature , God/s, emocratic_gods and the democratic devils. The Govt of City of New Orleans caused pain and damages in wironment of Jungle Democracy and neglects to poors and weaker people in democracy and plaintiffs were iddened and mentally hurt in Jungle democracy and damaged in equivalent of Money damages for sufferings, as ich demand compensations.

State of Louisiana is named as Defendant now and God/s and USA were named in Issues previously..../ USA & other prominanant Jurisdictions_ within_&_ outside USA where authorities of ruling Govt and Political rulers ignore civil rights issues of commoner and the weaker in Democracy with dysfunctional Jungle democratic syndromes _/ The hon'ble Court of laws ._ for ____________ of State of ____________at______, JURISDICTION / The Supreme Court________ Country at ____________________filed on ____1.23_2006 8-7-2006

CIVIL COMPLAINTS :: JURY TRIAL DEMANDED ::: CIVIL & HUMAN RIGHTS violations world wide by Govt/ UNO and most most powerful people to weaker section of People including Individual Plaintiff " JOE" et al and Damages Claimed. Compensation demanded Minimum one million US $ to Twenty five (25) Million US $ tied at a minimum of Euro value at a minimum on date of filing action :: JUDGE ...HON:________

CIVIL ACTION NO __________ as detailed.

8/7/06

(1) Short title of the Civil action / COMPLAINTS :

-"Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Superpower to all weaker people/ Nations ...etc " EIN & Tax exempt I.D # ( by (IRS , U.S.A ) : 133566610. Plaintiff is a legal entity, an electronic and hard copy book volume by Joe, the priest, amember of

Jungle democracies ethics have grown supreme now. If former coldwar enemies could turn godd tactical friends now, a cease fire in between So called regional terrorists ( and/or regional Nationalists in many nations , in versions of warring garoups) and permanent solution to conflict between power and freedom and dignity of the regional "liliputs" are feasible. Win or lose Goliaths have to retire by laws of nature. Some mr Bush or roional Liliputs please restrain becoming forces of mass destruction. Joe, the priest, in stuggle for own and commoners survival for decade.

22

KB 8/7/2006

Original CIVIL Complaints contd U S District Court Delaware Page 15

In the U.S District Court, Eastern District of state of Louisiana ,at New orleans, Louisiana, LA, USA ( ) ; U .S District Court, __ at various jurisdictions including EDNY, U.S Court House, at cadman Plaza, downtown, Brooklyn, New York 11201,/ Middle District for the State of Luisiana at Baton Rouge ; Eastern District of luisiana, new Orleans:: , USA ::: Katrina Hurricane civil rights violation issues and Govts of State of Louisiana as well as of The City of New Orleans,LA ,are named as Defendant now and God/s and USA were named in Issues previously. date filed : 1.23 . 2006:. Copy circuled to Reporting Units of News agencies World wide for knowledge of developing struggle of human_animals .of events 8-7-2006 weaker people and commoners In the JUNGLE DEMOCRACY in world . NOT LOST BUT SEVERELY DAMAGED IN TERMS OF EQUITIES AND MONEY, BUT WITH DEMOCRATIC & MORAL WISDOM TO STRUGGLE TO SURVIVE TILL END UP IN SLEEP IN OBLIVION OF Nature, with God/s in witness or Sakshigopal (A hindu kind God/deity who can presumably witness but who doe not ever/ can not act/react for resolutions to any problem whatsoever of the faithfuls ) et al. ( 5 )....Plaintiffs

v.

Total 140 Defendants

**The State of New York** c /o N.Y.S Attorney General, 120 12o Broadway, New York , N.Y 10271, et al., (76), Defendants : pl see lists from pages -1-a- to -1-i. Note : a poor persons affidavit duly signed in ink and dated is enclosed for waiver of filing fee or prepayment of fees of Court. A Cousel may also be appointed by court if granted by court for proper proceedings in Court, as the plaintiff,individual and his association in USA I is unable to bear cost of bonafide attorny as the individual plaintiff JOE is poor, part disabled and he has been a priest on vow of poverty and he was poor all along and he curently receives S S I payments; pl see letter from S S Admn, USA. Lists of defendants and Plaintiffs as full from next pages, marked ..... to ..... along with major citations of violations against each of defendants. More affidavitsmay be filed with court's order anytime in next filings. More over Marked Exhibits # may reflect some detailed information on violator of laws as the captioned defendants et al, as of now 76 in number, and Five Leggal named Plaintiffs. # I Plaintiff is a legal entity , & able to file action as an unincorporated non profit Tax exempt association with EIN 13-3566610 of (USA): All plaintiffs by Kamal aka "Joe", the priest /aka /the Reverend Dr Joseph Geronimo Jr , MBA, (State University of New York Marime College, Brona N.Y City, USA, ACAPA (Graduate school, Washington DC , D.D (Doctorate in Divinity ) PH.D, ,the part disabled on vow of poverty, detailed below.

1st That

Plaintiff do swear that equiies are back bone of an Democract.interests and equal treatment for any weaker section of people in Democracy as a society generate weaker section of people In any society of Jungle Democracy of even in a so_called apparently good admn of rule of democracy. The govt of City of New Orleans with African_american leadership in admn are partly responsible for ungraceful death of hundreds in New Orleans during trheKatrina Hurricane disaster and flooding in the city, damaged heavily , damages of

Jungle democracies ethics have grown supreme now. If former coldwar enemies could turn godd tactical friends now, a cease fire in between So called regional terrorists ( and/or regional Nationalists in many nations , in versions of warring garoups) and permanent solution to conflict between power and freedom and dignity of the regional "liliputs" are feasible. Win or lose Goliaths have to retire by laws of nature. Some mr Bush or rgional Liliputs please restrain becoming forces of mass destruction. Joe, the priest, in stuggle for own and commoners survival for decade.

8/7/2006

USDC Delaware

Page 5

~~U In the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York USA... 2006~~
~~Civil..........Complaints Docket #________________.~~

Plaintiff Kamal A/K/a

~~his Associations and~~ Joe's research mobile Publication (ELECTRONIC and HARD COPY OF the BOOK ; "JUNGLE DEMOCRACY Cat & Mouse doctrine of oppressions to weaker people by the Rich/powerful people/ Nations ...Etc, and as the plaintiffs damaged and suffered inhumane treatments and associationS SUFFERED as plaintiffS IN MONEY AND MISCELLANEOUS Damages for over decade, due to many misconducts of Govt actions and those of private defendants took chances for abusing plaintiffs as all of plaintiffs belonged to weaker section of democratic society, as a person or associations ; Geronimo Jr and his associations' grievances were left unattended for decades and the due process of Laws were dnied To all Plaiontiffs., Govt defendant also discriminated for granting lawful insurance privileges to accident victim employees on work related injuries as the employer a small not for profit corpn. was treated as lawfully non existent. The State of New York behaved like any criminal regime of the world in matter of oppressions to plaintiff : Govt of India and Govt of West Bengal in India basically was lawless for the Plaintiffs. Complaints to U N O was never even acknowledged. And the UNO appeared to be defunct for oppressed citizen of World.. DEFENDANTS us/foreign based damages are HUGE Jury to decide Full list of defendants and laintiffs are from page .... to page .........Total ... Pages of list of Defendants (62 : total Nos ) with major allegations cited against them therein, vbiz Cingular wireless phone co Virizon wireless phone co, Adelphia cable company overcharged for services or wrog services and made plaiotiffs complain and complain but they ignore complaints as plaintiffs belonged to weaker section of society. Defendant Govt of West Bengal , kokkata, India and the Defendant Govt of India took action to complains filed against the Shipping corpn of India, when the r just deprieved all employment benefit and broke service condition for termination of employment of plaintiff Kamal Karuna Roy 1974 and never responded to 100s of mail of complaints. The Indian lok sabha speaker mr Somnath Lahiri was witness and mishandled the case through an Union of SCI Ltd, to ABOVE corruption and aiuses, whereas mr Lahiri was like ANY ineffective person for justice to weaker peoplle but he talked big all the time as usual. One Pavi Electrical coMPANY Pvt Ltd, Flat 16F on 16th floor, 46 C Chowringhee Road Kolkata 700071 India and partners: MRS Vinita Datta & MR Padam Datta,. company has been forcibly occupying commercial property worth Millions of RS (Rupees) worth hundreds of thousands of US $ by force and corruption,abused and Govt of India/ Govt of West Bengal took no step in law for long 18 years

JKR

JKR KRoy 8/7/2006

USDC/Delaware

Page 18

the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York..., USA............
l...........Complaints Docket #

That Kamal Roy a/k/a J G Jr shall represent self & other Assn Plaintiffs

Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic Devils, Human Gods, Gods of faiths in USA/ India and/ or / Nations to weaker people world wide .......etc ", a mobile Book volume by the Reverend Joe Geronimo Jr / a legal entity in Democracy; Publisher :Reforms International, Non Profit Tax exempt by I R S., P O Box 1173 , ( E I N & tax exempt : ID # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S S # 5788014399 , 107 A Scribner Avenue. Staten Island, New York City, New York 10301; Chairperson, Board of Editors , " Jungle Democracy.. mobile book : electronic and hard copy , C/O H. I International W R Group, P.O Box 1173 , Saranac Lake, New York 12983: Permanent address : 17th Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700017. W. B. , India , .et.. el , . Kamal K. Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983, ph 518 891 5466 a mobile part disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in Gods and & one who sing words of praise of Gods) : Priest of multple faiths of approved Religions world wide, in Washington D .C area & elsewhere world wide...Plaintiffs ( Total 5 Nos.) V. The State of New York, c /o N.Y.S Attorney General, Albany , New York ; U.S.A ,. Washington . DC; et al (pl see attached defendants) ...Plaintiffs listing consists of . all democratic entities incluiding a Book volume published and defendants include a US based entity "GOD". The plaintiffs and association as unincorporated lawful /entities also reflect blessings for honest work and good faiths of people, God faiths , but the Defendants did not show legal help to Plaintiffs when necessary under various Laws of USA, India, Iraq. nations world wide to lawfully assist Plaintiffs and failed the plaintiffs errors, neglect, abuses , violations of laws anf damaged and caused pains , losses and prolonged sufferings.. GODS ( through American , U S A Followings) also faled possibly through pele followers ; The chairperson, Editorial Board, "Jungle Democracy oppression of rich powerful people/ Nations/ Superpower Nation to weaker people/ Nationsto disturb regional and international peace , harmony, live of human animals. Their Faiths , Religions, life styles,

That Defendants U.S.A Govt with Capital at D.C area in Washington has offices in Wilmington **That we, Plaintiffs represented by Joseph Geronimo Jr a mobile priest/ an author mof publications including the " J G etc " the Plaintiff no one (1) do believe that Gods are democratic in USA and elsewhere. But as a U S Citizen. Hon. George W Bush President of USA is subject to all laws of land in USA. Plaintiff in this action as an individual. U S Citizen do allege as a member of " We PEOPLE in USA ", that there was criminal neglect in the part of assessment of intilligence reports to determine that there was weapons of mass No body is beyond Laws except the Conventional Gods. U S Bases. as we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Plaintiff in this action as an individual. U S Citizen do allege as a member of " We PEOPLE in USA ", that there was criminal neglect in the part of assessment of intilligence reports to determine that there was weapons of mass destruction with administration of Former alleged Dictator Saddam**

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of )~~+ No body is beyond Laws except the Conventional Gods, U./ S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, shall act pro Se as a poor part disabled, & act for Plaintiff Asscns as honorary officer (FRCP ). **11.28. 2005 ; PO Box 1173 , S/L, N Y 12983 ++ Title of CIVIL Action ; "Jungle Democracy , cat and Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower Nations/allies & democratic Devils, Human Gods, Gods of faiths in USA/ India and/ or / Nations to weaker people world wide .......etc ", a mobile Book volume by the Reverend Joe Geronimo Jr / a legal entitity in Democracy; Publisher :Reforms International, Non Profit Tax exempt by I R S., , P O Box 1173 , ( E I N & tax exempt ; . # 13 –3566610 ) ,Saranac Lake, New York 12983, U S A, Kamal Roy aka Joseph Geronimo Jr S S # 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 .**

**New understandings of GODS, Mother Nature and people of all walks of life and DEMOCRACIES desired. All respectfully submitted for grant of most prayers and kindly order enquiries for abuses by Govermment to weaker people.**

JG JG KR

JG KRoy 8/7/2006

S. D Texas ~~at Houston~~ Page 14A 8/E

In the United states District Court of ... ~~D.C / S.D.N.Y~~............. ~~District of ...Washington DC/ New~~

.., USA............ Civil......... ~~ADDITIONAL~~..Complaints/ ~~AFFIDAVITS~~ Civil ~~Docket #~~ Judge ________ FILED

~~1. 09. 2007~~ 7. 23. 2006 (14)

Civil Case No ______

That true Democracy and benefits Judge Hon Were promised by Defendants but were denied to Plaintiffs That a U.S. Citizen and by all 140 Defendants named during last two decades. Plaintiffs suffered and harmed and were Damaged

Plaintiffs listing consists of all democratic entities including a Book volume published and defendants include a US based entity "GOD". The plaintiffs and association as unincorporated lawful /entities also reflect blessings for honest work and good faiths of people. God faiths , but the Defendants did not show legal help to Plaintiffs when necessary under various Laws of USA. India. Iraq. nations world wide to lawfully assist Plaintiffs and failed the plaintiffs errors, neglect, abuses , violations of laws anf damaged and caused pains , losses and prolonged sufferings . GODS ( through American . U S A Followings) also faled possibly through pele followers : The chairperson, Editorial Board. "Jungle Democracy oppression of rich powerful people// Nations// Superpower Nation to weaker people/ Nationsto disturb regional and international peace , harmony, live of human animals. Their Faiths , Religions, life styles, heritage, identity, National origins etc etc ....( total 62 Defendants full list of Plaintiffs ( 5 ) and the defendants ( ~~62~~ 136 ) are attached and their illeghal actions of defendants are listed in marked exhibits

~~Sorry note : According to Govt Authorities, in Pakistan and India, 760,000 dead and truly , may be 843,000 dead in some estimates of CNN ( Cable News), USA (News Agency) and thousands facing imminent deaths due to lack of timely and emergency medical , housing, subsistence facilities ; and 3 millions of other victims in~~

That Jurisdiction of Court is desired as USA. a Defendant has office in Houston.

National / International / SUPERPOWER national LEADERS !!! PLEASE FORM A CHARACTERs Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER. and Message (2) :Plaintiffs are so happy from a news item this morning. om 11.6. 2005. that The white House ( U. S. Govt) has planned a course on ethics for MOST administrative personnel AT THE White house. but " Head " of the white House should not be discriminated from joining such course on " ETHICS" at Govt expense. But the problem is to find an acceptable and qualified "Instructor" for Hon .George W .Bush. U.S President to teach him ethics of democratic principle . therefore the U.S District Court may lawfully suggest a way out for resolution in the matter .however matter is vital to USA. and prayer is also made by Plaintiff on the issue.s. The matter may be treated as extremely urgent as thousands of living souls world wide may die / or be killed in tactical international policy of the HUMN GOD President BUSH (!). who may make or break fate of many armed personnel of U.S.A or foreign countries or thousands of civilians dying in pain abroad even in peace time world situations due to national atrocities/ Indiscriminate bombing decisions of the HUMAN GOD concerned. and in retaliation , acts to fight back by so called terrorist /nationalists /unknown type of living souls.****That " NEW Gods" in the new world of" divinity and GODS are in making for the next generations of New People from just tomorrow.. **We want new Gods** ( in oriental Hindi language : HUM SOBKO **NAYA Bhagawan/Allah chahiye** +JINE KE LIYE: Bengali :ami natun ishwar chai banchar proyojane+ i.e to demand by people on earth to peacefully survive as matter of rights being essential creations of Mother Nature for thousands of years of track records of succession of race of Human animals.

ORIGINAL CIVIL COMPLAINTS
Case No

S D Texas, 515 Rusk Ave, Houston TX 77002

the United states District Court of ... D.C / N.Y ............ District of ...Washington DC/ New

Action (Houston Div)

USA.......... Civil.........ADDITIONAL..Complaints/ AFFIDAVITS - Docket # Judge FILED 7/23

Title Jungle Democracies etc ... et al Plaintiffs
U.S.A Govt et al – Defendants
(JD etc as fully named below) –

That Plaintiff #1 is a hard copy &/or Mobile Electronic Book. Full Lists attached at end of complaints

ook : electronic and hard copy , C/O H. I. International W R Group, P.O Box 1173 , Saranac Lake, New York 12983; Editor d Lisa N Roy, Permanent address : 197 A Scrimmer Avenue, Staten Island, New York City, N Y 10301, USA ++++ any U.S /Indian/ International Laws/ Damages/ due process of Laws were denied by State/ Federal U S Govt/ other alien ./ including Govt of Indiadomestic national/ entities / U N O, World body at New York City, U S A, as such defendants took ed illegally and damaged Plaintiffs/ DUE PROCESS OF LAWS OFTEN DENIED TO PETITIONERS BY ALL Govt / U N O entities National ORDAINED priest / FAKIR ( a priest on vow to poverty ecept food and health and sing prayers to Gods for all n earth in orient ) Kamal aka Josephn Geronimo Jr , now an ordained clergy registered with City Clerk, Manhattan, City of enter St at chamber Street , New York, New York 10007, U S A & at other counteries in world. Two complaints filed in two ctions , in closely related issues but legally vaious grounds for compensations of Damages from 1 ( one) million US dollar to dollars at current rate of exchange at EURO Currency as the Defendants are Globally located and they are mebers of U.N O. of nations, with headquarters in U S A.

That Democracy as right was guaranteed by USA, 140 Defendants (134) But failed

That U.S.A Govt, Washington Dc has also offices within USA are Jurisdiction of above Court. Besides Gods exist all over including the world is/are man conceived legally actionable democratic entity

++++++++++++++++++++++++++CIVIL action / Complaints: Docket No Judge : Hon

Compensatory and Punitive , both Damages claimed U S $ ~~One Million minimum to~~ six hundred Billions ~~of One~~ (Billion)

U .S Dollars on date of filing value; Jury ~~may~~ shall decide heavy and exact Damages : Neglect andViolation of 1 St amendment U S constitutional right of Petitioner. Neglect of Govt to act lawfully: Civil and Human rights violations by U.N.O _ World Body of Nations, New York city, USA, C/o U S Dept of Justice, Washington D. C.

Additional Defendants include (total 134 Defendants with their violation listed in Defendants list)

The Govt of Republic of India C/O Indian Embassy , Govt of India Washington D,C India, Republic of Iraq, C/O

National / International / SUPERPOWER national LEADERS !!! PLEASE FORM A CHARACTERs Of Compassions for mmon human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, wis or " WE THE PEOPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER. and Message (2) :Plaintiffs are so ppy from a news item this morning, om 11-5-2005, that The white House ( U.S. Govt) has planned a course on ethics for ST administrative personel AT THE White house but " Head " of the white House should not be discriminated from joining ch course on " ETHICS" at Govt expense. But the problem is to find an acceptable and qualified "Instructor" for Hon. George Bush, U.S President to teach him ethics of democratic principle , therefore the U.S Distruct Court may lawfully suggest a y out for resolution in the matter, however matter is vital to USA, and prayer is also made by Plaintiff on the issue.s. The tter may be treated as extremely urgent as thousands of living souls world wide may die / or be killed in tactical ernational policy of the HUMN GOD President BUSH (1), who may make or break fate of many armed personel of U.S.A [illegible] ocities/ Indiscriminate bombing decisions of the HUMAN GOD concerned, and in retaliation , acts to fight back by so called rorist /nationalists /unknown type of living souls ****That " NEW Gods" in the new world of" divinity and GODS are in king for the next generations of New People from just tomorrow. **We want new Gods** ( in iental Hindi language : HUM SOBKO **NAYA Bhagawan/Allah chahiye** TINE KE LIYE: Bengali :ami natun ishwar chai banchar proyojane+ i.e to demand by people on earth to acefully survive as matter of rights being essential creations of Mother Nature for thousands of ars of track records of succession of race of Human animals.

ORIGINAL Kamal K Roy

K Roy 4/7/06 Kamal K Roy "Joseph Geronimo Jr" 7-23-2006

ATTY for Plaintiffs as individual or officer of Assns

To Clerk U. S. D C S. D Texas, Delaware District of Houston Div
ORIGINAL Original + 3

In the United states District Court, S.D.N.Y, 500 Pearl Street, New York , NY 10007/ In the United States Court of Appeals for the 2nd Circuit of New York U S court House at Foley Square, NEW YORK, N Y 10007 . filing date : 10.15.2005:: verified Civil Complaints** Docket no________Judge __ Hon.______Jury Trial demanded _Civil rights/Human Rights/ other global Laws violations. Some Plaintiffs and Some defendants including USA Govt and N Y State Govt legally reside under jurisdiction of above federal court of Laws.___ Jury Trial Demanded

++ *Title of CIVIL Action:* "**Jungle Democracy** , ***cat and Mouse Doctrine of OPPressions of rich and powerful people democratic Devils, Human_Gods, Gods of faiths in USA/ India and/ or/ by Nations/superpowers/allies to weaker people/ Nations worldwide ... as hidden virus to destroy peace and safety of domestic national/ aliens / foreign Nations....etc " , a mobile Electronic / hard copy Book volume by the Reverend Joe Geronimo Jr / a ka kamal Roy :: the book is legal entity with ownership & a legal entitity to complain that the inscriptions of illegal steps are often or optionally used by powerfuls to sabotage interests of democratic elements , people or nations, in violations of National/ and International rules and Laws of U N O, world body housed in New York City, U S A and/or elsewhere ::Publisher :Reforms International, Non Profit Tax exempt by I R S., P O Box 1173 , ( E I N 13 – 3566610 ) ,Saranac Lake, New York 12983, U S A et el ...Plaintiffs ( Total 5 Nos.) Vs. The State of New York, c /o N.Y.State Attorney General, Albany , New York , U.S.A Govt . Washington D.C , Rev Lisa Nirban Roy ( non_hoslile Defendant ,*** That USA Govt is a Defendant and its COMPLAINTS Acts in Courts Jurisdiction ***& the Chief Editor, Jungle Democracies ...above noted plaintiff, GOD american U S denomination and faiths God c/o Any legal & faithful of Gods in the democratic World : ( the way God is a democratic entity and it reflects blessings for honest work and good faiths of people, God faiths did not help Plaintiffs and failed plainmtiffs through American ( U S A Followings) ; et al ( total 62 Defendants) ...*** **Defendants** ***( full list of Plaintiffs and defendants are attached and their illegal actions are listed in marked exhibits and in plain scripts of complaints. Plaintiffs were harmed as such for Lawlessness and civil rights and human rights violations+***, **due to migration of plaintiffs and lawful associations+ the damages were cumulative and world wide+ Compensations are collectible pursuant to many** Laws.

Total No of Defendants = 136 Joy

Total 140 Defendants

Complaints 15 Pages + 4 Pages Exhibits

That Kamal K K Roy, Plaintiff shall represent other Plaintiffs (Assoc) is a mobile clergy in USA

**LL REPECTFULLY SUBMITTED K Roy aka Joseph Geronimo Jr a priest in USA for laintiffs pro se as per FRCP FRAP Rules ::41.500 + people dead ( 23000 cofirmed by akistani govt 1370 by Indian Govt in their Jurisdictions ; but aother 17,000 dead in private stimates so far ; and some millions of other victims and rendered without shelters in cold imalayan mountain regions , in about last 75 years' one of the worst Earthquakes in south sia and worldwide, now ranging Pakistan occupied & Kashmir regions occupied by India , fganistan , & associated victims all over the world due to loss of property, human_lives etc. elp generously all victims of recent natural disasters ranging west to Eastern emispheres ; victims will return all favors next time in your distress ,if any, or in your perpetual Joy and in essings of Gods of all faiths beyond nationality, race , & as deputies of divine welfare to all mankinds**

Court Jurisdiction above

7/22/2006

P.O. Box 1173, Saranac Lake N. Y. 12983 Total - 42 Pages Kamal Joseph pro se

JGJ 8/7/2006 — KRoy

USDC/ AT

In the United states District Court District of Columbia / S.D.N.Y/ Washington D C 20001 / New York 10007 : page.... the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York..., USA............ ..........Complaints Docket #________________ Complains of GOVT /STATE/ USA 's failure to grant privileges of First amendment to petition the Govt to redress specific and many grievances of individual Plaintiff and his Association, and as the plaintiffs belonged to ...er section of democratic society. his and association' grievances were left unattended for decades and the due process of Laws were dnied. To all ...ntiffs DEFENDANTS us/foreign based damages are HUGE Jury to decide list of defendants and laintiffs are from page .... to page ........Total ... Pages of list with major allegation cited against them ...ein

Jury shall find the Damages amount Claimed — $ 600 (Six hundred) Billion US$ (one Trillion & 10 Billion & U.S $ tied to Euro currency on date of Filing Complaint) 1 Trillion+ 1 Billion

Permanent address : 17th Floor T – Space, Everest Building, 46- C Jawaharlal Nehru Road, KOLKATA 700071, W. B. , India , .et.. el , . Kamal K. Roy aka J Geronimo Jr PO Box 1173, Saranac Lake, New York 12983, ph 518 891 5466 a mobile part disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in Gods and & one who sing words of praise of Gods) : Priest of multple faiths of approved Religions world wide, in Washington D .C area & elsewhere world wide…Plaintiffs ( Total 5 Nos.) V. The State of New York, c /o N.Y.S Attorney General, Albany , New York ; U.S.A ,. Washington . D C; et al (pl see attached defendants) …Plaintiffs listing consists of . all democratic entities incluiding a Book volume published and defendants include a US based entity "GOD". The plaintiffs and association as uinincorporated lawful /entities also reflect blessings for honest work and good faiths of people, God faiths , but the Defendants did not show legal help to Plaintiffs when necessary under various Laws of USA, India, Iraq, nations world wide to lawfully assist Plaintiffs and failed the plaintiffs errors, neglect, abuses , violations of laws anf damaged and caused pains , losses and prolonged sufferings.. GODS ( through American , U S A Followings) also faled possibly through pele followers ; The chairperson, Editorial Board, "Jungle Democracy oppression of rich powerful people/ Nations/ Superpower Nation to weaker people/ Nationsto disturb regional and international peace , harmony, live of human, animals. Their Faiths , Religions, life styles,

...d Compensation claimed ~~$ 600 (Six hundred Billion of U.S $)~~ & that Jury is requested ~~through~~ ~~estating~~ evaluating & Judge at Trial phase (the exact amount of Damages) (done by 14,136 Defendants for decades)

~~That we, Plaintiffs represented by Joseph Geronimo jr a mobile priest/ an author of publications including the " J G etc " the Plaintiff no one (1) do believe that Gods are democratic in USA and elsewhere. But as a U S Citizen, Hon. George W Bush President of USA is subject to all laws of land in USA. Plaintiff in this action as an individual, U S Citizen do allege as a member of " We PEOPLE in USA ", that there was criminal neglect in the part of assessment of intilligence reports to determine that there was weapons of mass No body is beyond Laws except the Conventional Gods, U S Bases, as we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Plaintiff in this action as an individual, U S Citizen do allege as a member of " We PEOPLE in USA ", that there was criminal neglect in the part of assessment of intilligence reports to determine that there was weapons of mass destruction with administration of Former alleged Dictator Saddam Hussain, now in custody of Joint forces of IRAQ Govt and Govt of USA .~~

~~-~~**Background** of this ***complaint.*** The legal issues have been cited in the Defendants' List and issues have ~~become more~~ been clarified in relevant Marked Erxhibits : M E # ' s : "~~I am a killer virus : " J. G". I am born of human failures and motives of powerfuls to oppress the weaker people. Human dignity is at a point of full eclipse as moon eclipses on earth's shades. Corruption oriented major power politics and major business houses may always be not harmful to commoners , weaker ,poors, senior Citizens et al but corruption and oppressions have grown in democravic systems, what appear to be generate some of the biggest crises of Human civilizations: I~~

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of )+~~ No body is beyond Laws except the Conventional Gods, U S Bases. As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, Shall act pro Se as a poor part disabled & act for Plaintiff Asscns as honorary officer (FRCP ). 11.28. 2005 ; PO Box 1173 , S/L, N Y 12983

Kamal Roy 8/7/2006

Plaintiffs Kamal Roy ~~7-22-2006~~

JGJ 7-23-06

JGJr 8/7/2006

USDC SDNY ... MEA ... irrelevant ... (2)

In the United states District Court of ... DC / SDNY............District of ...Washington DC/New York/Jan/USA 2006216
Civil...........Complaints Docket #

That Hussain – a non hostile Defendant

**Natrional and International platforms . if convicted. Sadam be exiled from Iraq on internationally supervised exile to a Nation outside Iraq in a country willing to shelter Him.. No sky may fall on people who may like him killed at any cost. rather it maybe international escape from JUNGLR DEMOCRACY TO SOME TRUE DEMOCRATC Ethics in olden standards. Save USA. SAVE IRAQ. SAVE UNO SAVE SADDAM from Jungle Democracy. ::::: Civil/Complaint : filed in various Jurisdictions as on 12.167.2005 . for various Damages on different grounds of violations of Laws. as the text of complaints are close but legally separate under various Leagal issues Jurisdiction and countries of violations as the Plaintiffs were mobile as individual or associations and both tpes of Plaintiffs were migratory under Immigration and International Business Laws. However many Damages and pains and sufferings were cummulative . as such were separated from claims of Damages. USA Govt and U S "God " as a Democratic entitities are Defendants ( any democratic person or entity may defend GOD as they support " God " ethics but God has failed Plaintiffs along with by other defendants. Plaintiff believe that God rule through " People " as HIS creation and time has arrived that his liabilities be shared by PEOPLE who mostly achieve Gods' blessings. Court Must rule on democratic failures and Gods' role in Democracies. now in turmoils. Big or small many as defendants are alleged by plaintiffs.**

(18)

**Jury Trial demanded** ++++++++++++File photo follows in the current affidavits for the mobile Ordained Priest / FAKIR & That individual Plaintiff : **Kamal Karuna K Roy /aka/The Reverend Dr. Joseph Geronimo Jr , an unknown religious Planner and strategist. & social Reforms worker , activist, a teacher in Management sciences , Religions, GODS, PEOPLE et al : (Handicap Interests int'l File and archive material, at Staten Island, New York City N.Y 10301, USA ) ; the part poor but not so poor on dreams of human developments in comung generations of Human animals in societal distress at current time : a part Mobile priest: Part disabled+++Author of story of contemporary world, in the most chaotic conditions ,with atrocities on have nots, by the militarily powerfuls and with privileges & assistance of modern information technologies etc on their sides, to subsist their fanatic greed of properties, all assets conceivable by humans and power games for destruction of the weak population of all categories including Nations , but no win some game on human considerations : Jungle Democracy , Cat & Mouse doctrines of oppressions by the Powerful**

That for different legal issues that complaints were filed in various Jurisdictions of Laws

++ Scripts and relevant complaints of " JUNGLE DEMOCRACY ....CAT and MOUSE DOCTRINES of Oppressions to weaker people/ Nations .. etc " and this legal entity with approved EIN 13=3566610 as Plaintiff # 1 , to be represented by author cum another Petitioner ,are the allegations that Defendants acted in bad faiths in Democracy and adopted jungle ules as a preference and convenient way to act, and thus the defendants violated rights and privileges of Plaintiffs and damaged Plaintiffs for yuears and/or for decades. Compensations are now due lawfully,are essentially based of researches, realities and Faiths of Human civilizations these days as there are apparent great chaos and crises among living souls of HUMAN ANIMALS in leadership.

7/23/06

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in soci etal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of~~

7/22/2006

7/22/2006

Kamal KKR 7/23/2006

8/1/06

7/23/06

USDC S.D. Texas (14)

In the International Court of Justice (World Court, U. N .O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of ______ Supreme court/ Court of ______ (Nation/ Country) Civil Jurisdictions . CASE No. ______ Date of filing : 12.28. 2005

That Gods turned to be written as "SAKSHI GOPAL"+the Defendants are not hostile but they are lawfully obligated to witness and/or defend the action so that action becomes hopefully successful in Court with miscellaneous benefits to Plaintiffs , et al.++

Short title of the civil action "Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Siperpower to all weaker people/ Nations ...etc " EIN & Tax exempt ID ( by (IRS) 133566610 v. The State of New York c/o N.Y.S Attorney General, 12o Broadway, New York , N.Y 10271. : U.S.A Government c/o U S Attorney General, JUSTICE DEPT. Headquarters , Washington , D C; The U N O., York, N Y; Govt of India , New Delhi, India ; Govt of West Bengal, writers' Building, Kolkata 700001, West Bengal, India ; City of New York , c/o Corp Counsel, 100 Church Street, New York, NY 10007; CINGULAR Wireless aka Cingular Albany New York & elsewhere; HSBc Bank , Main street., Saranac Lake, N Y; Harrietstown Housing Authority and Debbie Zerrahn , Housing Assistant 14 Kiwassa Road , Saranac Lake N Y 12983; Citizens Bank, Saranac Lake at Broadway near Saranac Lake Post office N,Y 12983; UPS Store/ MBE Store: Debbie, owner/Francisee Broadway S/L, elsewhere outside Saranac Lake NY 12983 ;The New York Times English Daily Newspaper, West 43 st, new York, New York & elsewhere in USA ; The New York State Insurance Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co P O Box 0444, Albany, New York 12201; Us Dept of Justice, Justice Dept Headqyarters, Washington D.C , Hon George W Bush U S A President, The White House, Washington D C 20500 ; Hon Dick CheneY , Vice President U S A and The President of the United States Senate, Capitil, Washington D C 20900 ; The Workers' Compensation Board, State of New York , Albany, N.Y , U.S.A For discriminating on payment of WCB payments on employees of smaller Employer viz H.I.F Inc a Div now of ... Group

Footer : Complaints filed : In the International Court of Justice , Hague, the Netherends; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983, USA;

E-mail; vishwa12@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.

> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES.. OPPRESSIONs OF People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest, 12.28. 2005 new York City, USA and world wide Locations.

7-23-2006

Kamal k Roy For Plaintiffs all Pro se 7/23/2006

8/7/2006

In the **International Court of Justice (World Court, U. N .O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of ________ Supreme court/ Court of ______________ (Nation/ Country) Civil Jurisdictions . CASE NO.______ Date of filing : 12.28. 2005**

**Saranac Lake N Y 12983: Citizens Bank, Saranac Lake at Broadway near Post office: UPS Store/ MBE store: Debbie, owner/Francisee, Broadway, S/L, N Y 12983 & elsewhere Saranac Lake NY 12983 :The New York Times English Daily Newspaper $3 st. new York, New York & elsewhere in Usa: The New York State Insurance Fund, 15 Computer Drive, West, Albany, New York 12205: Travelers Insurance co. P O Box 0466, Albany, New York 12201**; "GOD's ", the presumed Democratic Compatible in every sense and uner Laws of Nations ,earthly or divine almighty who bless People through the People, U S A Based, all over under court's Jurisdictions US Dept of Justice, Justice Dept Headquarters, Washington D.C ; Hon George W Bush U S A President, The White House, Washington D C 20500 ; Hon Dick Cheney , Vice President U S A ;and The President of the United States Senate, CapitAl, Washington D C 20900 . ++++++++++++++U..S.A/ U.N.O GOVT.OF INDIA / USA Based Democratic God Mr George Bush the uncrowned Emperor of BUSH COUNTRY / USA also known as The United States of America c/o US Dept of Justice , Washington DC are Defendants among 64 defendants now. The list also includes Mr Somnath Chatterjee, M.P (INDIA) a CPM LEADER, INDIA, and now the Speaker, Lok Sabhar Govt of India, New Delhi is also a Party as Defendant for his abuse and neglect in an affair of The Shipping Corporation of Indiaa A Govt of India undertaking Employees' Union 13

Footer : ~~Complaints filed :~~ **In the** ~~International Court of Justice, Hague, the Netherends; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA: Mailing address : P O Box 1173,Saranac Lake, New York 12983,,USA;~~

~~E mail; vishwa12@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.~~

**> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domestic or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES,, OPPRESSIONs OF People " ; QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest. 12.28. 2005 new York City, USA and world wide Locations.**

That Defendants God/s failed plaintiffs during periods of complaints &

Kamal K R a/k/a J G Jr Mobile clergy at USDC Jurisdictions

7/23/2006

Kamal K Roy S D Tex

J G Jr 8/7/2006

(17)

USDC

In the **International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE, The Netherlands, Europe/ In the United States (of America) District Court, District of______ Supreme court/ Court of______________(Nation/ Country) Civil Jurisdictions** , CASE No._____ Date of filing : 12/28/ 2005

~~are put to sleep by all viz Superpower/s. Most members of country recognizes By World body : U N O for decades now,~~ That U.S.A./UN/GOVT OF INDIA / **USA Based Democratic God Mr George Bush the uncrowned Emperor of BUSH COUNTRY / USA also known as The United States of America c/o US Dept of Justice , Washington DC are Defendants among 62 defendants now. ( There are 5 Plaintiffs) ( Both lists attached.) +++**

+( Democracy and essential features or Laws are put to sleep by all viz Superpower/s. Most members of country recognizes By World body : U N O for decades now, people and Associations, like Plaintiffs ,did suffer and damaged of Huge monetary losses and opportunities and living plaintiff suffer pains, suffered from loss of Dignity and freedom to act to enjoy life agendas, and compensation for damages hae been accumulated to and upto tens of Billion Dollars. Of US currency and equivalent amount of EURO currecy of European Union. Damage claimed should be at a minimum rate of Euro currency as on date of filing the complaint at different Jurisdiction of Laws/ countries on different violations so that damages claimed are not repitatives, although damages to Plaintiffs occurred from similar democratic abuses to correctly defined as countries Democracies. Gods willing some day we the PEOPLE can unitedly change the currents of abuses with common Peoples' uprisal in DEMOCRACIEs. Until such time arrives plaintiffs have to be satisfied with amount of Compensation, if granted, as demanded anf respectfully submitted to various courts of Laws.Criminal investgaations may also be ordered, as essential to restore steps of Democracy=ies, a promise to people by the propopnents of the Ruling strategists/ thorician, but the strategy often delivered so little to commoners, weaker citizen , poors, handicapped ane mostlt the HAVE NOT 'S in democracies except for bolloting participations devoid of promises made in the process of Democratic Administrations world *wide. The by product ,prominent in missed democracies are HUMAN*GODS, DEMOCRATIC DEVILS Etc who are the people from a powerful President of a superpower nation / sor common miscreant in say India who were by reality been Government TOP Cabinet Ministers taking bribes for oil for food programs of Iraq epesode to Members of Indian Parliament beyond party lines, a Taxan powerful leader of recent past who was allegedly trying to evade democratic State Laws of prevention of Money Laundering for political campaigning etc to alleged manipulating national Govt intelligence Report to Launch an War on a country in coating of Prevention of International terrorism. The UNO has become a defacto seal of Rber Stamping the tricks of superpower/s and/or powerful Nations.. **Judge Hon Jury Trial demanded ++(c/o GPO General Delivery.++++++++++see Marked Exhibits+++following complaints , and poor theme to be witness of oppressors and the majority people as oppressed, and we introduce such GOD THEME as " WITNESS GOD" and words in oririent to be written as "SAKSHI GOPAL"+the Defendants are not hostile but they are lawfully obligated to witness and/or defend the action so that action becomes hopefully successful in Court with miscellaneous benefits to Plaintiffs , et al.**++ Short title of the civil action "Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Superpower to all weaker people/ Nations ...etc " EIN & Tax exempt ID ( by (IRS) 133566610 **v. The State of New** York **c/o N.Y.S Attorney General, 120 Broadway, New York , N.Y 10271. ; U.S.A Government c/o U.S Attorney General, JUSTICE DEPT, Headquarters , Washington , D.C; The U.N.O, New York, N.Y; Govt of India , New Delhi, India ; Govt of West Bengal, writers' Building, Kolkata 700001, West Bengal,**

Footer : ~~Complaints filed : In the International Court of Justice , Hague, the Netherends; & Other U.S District courts in USA. All respectfully submitted for grant of prayers and anyother reliefs due from the Court above marked The Reverend Joseph Geronimo Jr /aka/ Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of A nti_thesis of Democracy named Plaintiff # 1. Dated 12.28. 2005 ; 107 A Scribner Avenue , Staten Island , New York 10301, USA; Mailing address : P O Box 1173,Saranac Lake, New York 12983,.USA;~~

~~E-mail; vichwal2@hotmail.com ; tel. (U S A) 518 8915466, 315 276 5001.~~

> GODS may or may not help people in real distress but ways to attain GOD_HOODS Are religious faiths , which are deeply rooted in people since births. Religions may not be easily infringed with political oppressions, of domesuc or foreign origins. Unfortunately Democratic DEVILS, HUMAN GODS and the Crooks mostly try to destabilize religions of ethnic people as weapon of "JUNGLE DEMOCRACIES., OPPRESSIOns OF People " : QUOTED FROM JOE's SCRIPTS and as a basis of complaint of Plaintiff # 1 by Joe the Priest, ~~12.28. 2005~~ new York City, USA and world wide Locations.

7/22/2006

Kamal K Roy a/k/a JGJ 7/22/06

JGJ JGJ 8/7/06



**World News from New york :8.6. 2005 :: Coventional any American/ U.S GOD was made Defendant like any non_ individual or corporate Defendants, in a Civil action in USA; as any conventiona God in US/India failed to control civil _damages , & individual Plaintiffs suffered::**
**In *UNITED STATES DISTRICT Court*, SDNY,500 Pearl st, New York , N.Y 10007 , US.(CIVIL)**

***weaker people or alien nations, et al, by the rich and powerful people /Nations et al. World_ wide..oppressions by the powerful may contionue for centuries to come in any nation, without basic changes in policies for co_existence , mutual helps , respects etc, to Human_animals at large, or unknown or alien in many diversities , inequities and realities of human societies,Nature , GODS and Religious faiths. When a powerful bomb explodes ,without notice, prior knowledge and considerations of well being of a population of unknown identities ,that be caused, by so called "terrorist" or their groups, alterntately by agressor, foreign power ,or their domestic allies, it may create same pains and sufferings to all victims.***

***7.17.2005 New York: corruption News world wide and in N Y State: CPLR Mobile motion #46 40 A, B & 39A etc combined in themes, with reference to previous All affidavits until dated 7.12. 2005 filed with The Laws and Enforcement pesonnel/Dept of various Nations & the::WC Board, N.Y.State, Office of appeals , 20 Park street, 12207 by by e-mail & USPS certified mail to W C Board Mail fee paid, on 7.17.2005.***

*****Pl see medical reports:: under part corrupt "Governor Gerge E .Pataki Administration of New York State, USA ( see script below and file at WC Board, and related affidavits # 47 A & B. sworn before Notary Public. World needs changes in ethics and attitudes. Law and enforcement Officers may start a social revolution for changes**** who may evaluate corrupt actions *of Chief executive of a state of New York in the same patterns of scrutiny was was done in cases of Worldcom's former chief executive and some other top official of business corpn. Gov. Pataki did run business in commercial Insurance of workers' compensation .. as the chief Executive of State************(Governor Pataki could successfully operate WC Board, NYS by corrupt bureaucrats and Judges at W C Board, this morning news in most news media that he was weighing his prospect for running for Office of President of USA in year 2008 as Republican Party candidate. We wish him success in his prospect in his difficult as a very good Candidate of " Jungle Democracy...... cat and mouse Doctrine of Oppressions ..........". We have evidence that He was a part time leader of oppressions to weaker people in New York for last ten years. MOTION WORLD NEWS Miscellaneous CORRUPTIONS in changing world of injustices INCLUDING at NEW York State (Rampant corruptions) by state bureaucrats, including NY State judges at the WC Board NY State, 20 Park Street, Albany, New York 12207 ( office of appeals):: complaints...Investigations demanded. Ivestigations demanded. President of USA may pl see what was going on with former Chief Executives in their efforts to economic expansions of state and failures in long run but erroneously targeted for big Jail terms, but half of wrong Judgements, Justice misused may be corrected with condoning half of Jail terms awarded to them.***

*********************Accusing pattern of Chief Executives as in cases of Mr Ebbers, in cases of Enron and others by th U.S.A, State authorities in Laws and enforcements in USA or by Local Govts are greatly erroneous******. We demand pursuant to***

**Plaintiffs** *are sad to announce that conventional Gods are losing powers to the* ***assumed rulers & dictatorial*** *HUMAN_GODs all over the World..* ***Conventional GODS and divinity concepts*** are definitely superior Human_Gods, in terms of Faiths, if they are not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. **Raise *SLOGANS*** world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign Control" from writing of of the reverend: **JOseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** of newer people from tomorrow.TheCorruptions are described in fuller text in the electronic mobile Book and Hard copy of Text Viz "Jungle Democracy...Oppression by rich and powerful People/ Nations to weaker People/alien..et al" by Geronimo. The fact most Defendants either violated laws and caused civ rights violations or neglected national constitutional laws in USA or India. Thus caused sufferings to plaintiff_Geronimo or cjhief editor the Reverend Lisa Roy as the defendants created problems for her survival in decent and healthy living. Fourth plaintiff :H I I world Reliogions Group suffered for loss of recognition by most of defendants.So damages are claimed as described below and above by a jury Trial.

USDC S D J Tx Houston Tx

**In the United states District Court District of Columbia / S.D.N.Y/ Washington D.C 20001 / New York 10007 : page.....**
**the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York..., USA............**
**..........Complaints Docket #_______________ Complaints of GOVT /STATE/ USA 's failure to grant privileges of First amendment to petition the Govt to redress specific and many grievances of individual Plaintiff and his Association, and as the plaintiffs belonged to ...er section of democratic society, his and association' grievances were left unattended for decades and the due process of Laws were dnied To all ...tiffs DEFENDANTS us/foreign based damages are HUGE Jury to decide**
**...list of defendants and ...laintiffs are from page .... to page ........Total ... Pages of list with major allegation cited against them in**

(24)

...tion, if any, That the Whitehouse & CIA intelligence for Bush and associates, failures in the matter, if true. But it is untrue to ...e Vaterans day on 11.11.2005, in USA, that Iraqi war ir mingled with realities of Islamic faiths in the regions. The most of ...munity are hard followers of Islamic faiths and they are ready to sacrifice lives for their faiths and struggles. The community in ...world believe that Christian dominated world and USA President may deny and defy Islam and Allah with their domination in ...ny member of Islamic Nations so they will fight American dominance in their land or any portion of it. Possibly most Nations, ...will fight American Aggressions, whatever U S President may name it , say a democratic struggles to freedom if Iraqi people. ...us groups of Islamic faiths following people won't buy the argument. Bush a Management Graduate by traing, turned ... by ability, by family backing, and mostly by luck, should learn a truth that his attitudes in political reality field associated with ...faith, would have lead a U S Large Corporation in USA viz "ENRON" .to bankcrupcy or he might have lead himself to ...charges for his monkey type business of development of Freedom and Democracy in MUSLIM WORLD , with a equally hard ...ct to Hindu Decracies et al, and his businmess affairs, with desire success, if any are vague, beyond support of his inner circle ...and allies. charges against ethics of Bush are growing in catastrofic proportion and disasters of Tsunami or Katrina Hurricane ...may be had gone to Jail by now. He did criminally neglect in affairs of Katrina Hurricane disaster recently, and this was ...neglect of delay action of responsibility , a crime for any common American.He should know as a Politician that Hitler initiated ... WAR II but he could not finish it, He had to hide or die, Mr Bush may easily or likely initiate a WORLD WAR III as the ...and distance in between Islamic and Christian lead rule s are so different that any world war next may kill hundreds of millions ... with atomic power. Mr Bush, your eclipse from politics are welcome by resignation at your Choice, or by an impeachment ...g or a Natural death, any of the options are better than your continuance in office than your tenure in office of U S A President ...3 years, as your personal beliefs and faiths are not important enough to take a risk of WORLD WAR III and deaths of Millions ... World wide. Mr bush think of anything positive other than unfinished war you already started. Give the Leadership Back to ...no want to survive, not die in vain, as did over 2000 american members of armed forces or around 50,000 due to indiscriminate ...nents of US Armed forces almost irratically and indiscriminately in IRAQ, AFGANISTAN et. al nations TO VOID deathS ...CENT CIVILIANS, ARMED FORCES OF RULING PAR TO MEANINGLESSLY continue. **Thank YOU President ...r your expression on THE last vaterans Day IN u s a . for confessing that You can take most criticism ...actions and policies in a JUNGLE Democracy ASSOCIATED WITH OPPRESSIONS TO POWERLESS ET ...TTELE known oR AN AVERAGE u s BASED priest, IN SERVICE TO Gods Nature and "we, the People in ...d at large world wide**

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP -with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of )~~+ No body is beyond Laws except the Conventional Gods, U S Bases. As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, shall act pro Se as a poor, part disabled, & act for Plainntiff Asscns as honorary officer (ERCP ). 11.28. 2005 ; PO Box 1173 , S/L, N Y 12983

For Plaintiffs (5-NS) 7-2?-2006 Kamal

8/7/2006

USDC

In the United states District Court District of Columbia / S.D.N.Y/ Washinton D.C 20001 / New York 10007 : page....
the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York..., USA............
1..........Complaints Docket # ______________ Complaints of GOVT/STATE/ USA 's failure to grant privileges of First amendment
to petition the Govt to redress specific and many grievances of individual Plaintiff and his Association, and as the plaintiffs belonged to
ter section of democratic society, his and association' grievances were left unattended for decades and the due process of Laws were dnied To all
ntiffs DEFENDANTS us/foreign based damages are HUGE Jury to decide
list of defendants and laintiffs are from page .... to page ........Total ... Pages of list with major allegation cited against them
ain

Page 9 / 24

8/7/2006

SA . FILED ON ~~11. 11.~~ 7/~~22~~/2006

+++++++++++++++++++++++++++++++++++++++++++++++++++++++

AL FILED BY us Priority mails on : 11. 5 2005 & 11. . 3005 at Two jurisdictions of U S Federal Court
. Civil action

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++
++++++++++++++++++++++++++++++++++Jury Trial demanded : Neglects of 1st amedndment
tion right of U.S Citizens

t God is a Defendant in this action as the term is most democratically used in Courts, State, Governments/ UNO and Defendants and God uses power through People as devotees. But People failed him , so did God, US, India, Iraq and laintiff sffered in mental pain , damages of money and in sickness. God must be reoriented for ethics of God can not escape responsibility of sufferings and damages of Plaintiffs. Ant devotee except Plaintiff, as a follower and for God. That

~~onal / International~~ / SUPERPOWER_national LEADERS ! !! PLEASE FORM CHARACTERs Of Compassions for common eing of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE OPLE" for your violations on "PEOPLE" AND THAT IS A REMINDER. and Message (2) :Plaintiffs are so happy from a news morning, om 11.6. 2005, that The white House ( U. S. Govt) has planned a course on ethics for MOST administrative personnel White house, but " Head " of the white House should not be discriminated from joining such course on " ETHICS" at Govt But the problem is to find an acceptable and qualified "Instructor" for Hon .George W .Bush, U,S President to teach him democratic principle , therefore the U S Distruct Court may lawfully suggest a way out for resolution in the matter .howayer vital to USA, and prayer is also made by Plaintiff on the issue.s, The matter may be treated as extremely urgent as thousands of ls world wide may die / or be killed in tactcal international policy of the HUMN_GOD_President_ BUSH (!), who may make ate of many armed personnel of U S A or foreign countries or thousands of civilians dying in pain abroad even in peace_time ations due to national atrocities/ Indiscriminate bombing decisions of the HUMAN_GOD concerned, and in retaliation , acts to , by so called terrorist /nationalists /unknown type of living souls.****That " NEW Gods" in the new world of" divinity S are in making for the next generations of New People from just tomorrow.. We want new Gods ( in oriental Hindi

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of )+~~ No body is beyond Laws except the Conventional Gods, U.S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U.S Citizen, shall act pro Se as a poor part disabled, & act for Plaintiff Asscns as honorary officer (FRCP ). ~~11.20. 2005~~ ; PO Box 1173 , S/L, N Y 12983

Kamal K K Roy ~~7-22-2006~~ For Plaintiffs (5+)

8/7/2006

USDC

37

In the United states District Court District of Columbia / S.D.N.Y/ Washington D.C 20001 / New York 10007 : page.... the United states District Court of ... DC / SDNY.............. District of ...Washington DC/ New York..., USA.............
I...,.......Complaints Docket #_______________ Complaints of GOVT /STATE/ USA 's failure to grant privileges of First amendment t to petition the Govt to redress specific and many grievances of individual Plaintiff and his Association, and as the plaintiffs belonged to er section of democratic society, his and association' grievances were left unattended for decades and the due process of Laws were dnied To all ntiffs. DEFENDANTS us/foreign based damages are HUGE Jury to decide
List of defendants and laintiffs are from page .... to page ......... Total ... Pages of list with major allegation cited against them ein

It may be noted that a special prosecutor investigated perjury Charges against Former President W J Clinton, while he was in office of the US Prsident; as such hon George W Bush should be investigated for perjury in his public statements , w related to above matter , a US President U$ Hours/7 days of the week, under oath to tell and serve people of USA truthfully , which he violatyed , and plaintiff and other citizens as shown by US National opinion polls, that he lied to PUBLIC in matter to pre war itellige
++++++++++++++++ ( 2) That we people are aware beyond doubts, & time had proved that they were mostly freedom fighters. Modern democracies are dominantly religion oriented, although major powers love to declare themselves as secular, but christianity in diverse shales dominate major power blocs thes days. Some Hundu reigns make major problems to non Hindu minority in every possible way, Hindus may not admit but secular Nations prefer to wear masks to cover tjheir feelings towards minority. It is very sad sign tonote that Christian dominated nations and many of thei population of citizenry love withou disclosures in Public the Islam faith based nations generate most terrorists. Now is the true time in interests of common survival to learn to survive in coexistence of multi faiths and plurality of religions, and preferrably The God s notions must be made democratic beyond religious faiths .The power and liability of any God of religious followings .in.multiple afaiths , can be reviewed at span of say 50 years for adjustments with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of social and religious leaders . ecology , etc etc pertaining to groups of Human animals' democratic patterns of updated live style. Gods concepts.

++++++++++(1)+ VIRUS CONTINUED : I am so harmful to human developments ,but I have developed in last centuries, a special love hate relationship with the most powerful people in any Democracy and they all are my favorites ,and such people favor me a well very conviently in power controlling game. I am so wide spread beyond continents , regions and groups , that I need no cover now, I am a most killing virus named "JUNGLE DEMOCRACY". I have no cure , no vaccine until HUMAN ANIMALS are reformed and surrender to humanity. Even Gods may not help people world wide to fully reform except people try to mend their ways and conscience of their own. Powerful people abuse me by using me. We have a love hate relationship. But it is my time to retire from my infecting game to people. As I am no Mother Nature produce , I am Human Generated. I am immune from any chemical medication. But I am virus and I kill interests of most of the common people world wide. I Am tire of Killing interest ofpeople and real prople in thousand , even in millions at times. History is ripe and manmade civilization may abuse me and may kill billions of real people around globe with a killing spree of both powerfuls and powerless without much discriminations in death as atomic

LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP
with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of )+ No body is beyond Laws except the Conventional Gods, U S Bases . As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, shall act pro Se as a poor part disabled, & act for Plainmtiff Asscns as honorary officer (FRCP ). 11-28-2005 ; PO Box 1173 , S/L, N Y 12983

31

USDC

**In the United states District Court District of Columbia / S.D.N.Y/ Washington D.C 20001 / New York 10007 : page.....**
**the United states District Court of ... DC / SDNY............ District of ....Washington DC/ New York..., USA............**
**I.........Complaints Docket #_____________.Complaints of GOVT /STATE/ USA 's failure to grant privileges of First amendment t to petition the Govt to redress specific and many grievances of individual Plaintiff and his Association, and as the plaintiffs belonged to ter section of democratic society, his and association' grievances were left unattended for decades and the due process of Laws were dnied To all ntiffs DEFENDANTS us/foreign based damages are HUGE Jury to decide**
**list of defendants and laintiffs are from page .... to page .........Total ... Pages of list with major allegation cited against them ein**

(38) (27)

blocs these days. Some Hundu reigns make major problems to non *Hindu minority in every possible way, Hindus may not admit the facts , but so*called secular Nations, are misnomers, and such nations prefer to wear masks to cover their inner feelings towards minorities of diverse faiths for many practical actions and purposes. It is a very sad sign to note that many Christian dominated nations in west and most of their populations of citizenry love without disclosures in Public that the Islam faith based nations generate most terrorist, and the author realises. Now is the true time in interests of common survival to learn to survive in coexistence of multi faiths.

and Democracy , the prime invention of Humans with blessings of regional Gods. And administrtions generated smaller Human Gods lie Devils of democracies , and the world is dominated by Anti democracy ethics, what the priest Geronimo Jr call "JUNGLE DEMOCRACY. The Mobile Book Publication with legal existence with E I N f from I .R.S, US Dept of Treasury. As of date of filing complaint is the First Named of 5 Plaintiffs with author Geronimo Jr is another . The priest now legally shall represent the association and publication JUNGLE Democracy, PRO SE, as Honorary Officer of the association pursuant to FRCP , FRAI Laws and rules. Allegations of this legal plaintiff is Defendants violated heritage, identity, National origins etc etc ... ( total 62 Defendants full list of Plaintiffs ( 5 ) and the defendants ( 62 ) are attached and their illeghal actions of defendants are listed in marked exhibits++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++==== : Back ground of most recent recent tren of rteligion influenced freedom movement of Regional autonomy+::

**SO called terrorists may be Nationalists of many Regions of GLOBE** ,,hundreds of suicide Bombers & others rifice very precious own lives to protest a government or foreign aggressor may include only some crooks or represent some but we have historical evidences, say in some armed freedom struggle in British India and elsewhere, that terrorist are inclusive nalists. Now time has come to make offers of cease_fire in between Superpowers, foreign dominane, the internal traitors or collaborators in geographic regons with so_called Terrorists and/or Nationalists of Geographic diverse regions of diverse . This may help a practical way to resolve policy differences of opposing forces, clidenstine smaller power termed terrorists and destructive parties are named superpowers/ and/or allies. The naming of opponent parties may be different but violent acts of

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of )+~~ NO body is beyond Laws except the Conventional Gods. U S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U S Citizen, shall act pro Se as a poor part disabled, & act for Plainmtiff Asscns as honorary officer (FRCP ). ~~11-28-2005~~ ; PO Box 1173 , S/L, N Y 12983

7.22.06

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street.... Filed : 9.20.2005**Title of action ;"Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr, / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting Executive Officer, Handicap Interests Int'l - W R Group ( Parent Group H I I Inc A New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173**, Saranac Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V......**The State of New York, Albany, N Y;. Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west.Albany, New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual white color criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr ,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW, Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc: Filed copy with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS,,ALBANY, NEW YORK 12207 defendants/ appellees ( now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and** sole appellant Mr Geronimo Jr is now on poverty clause**(2) LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICe, at The supreme court of USA. Confirmation process was pending. ~~During process , the defendant Mr Bush, above,~~**

Manhattan and though part diabled he is a regular mobile priest of Gods, People in the Federal Jurisdiction. Mr Geronimo is a Religious and Social Reforms Strategist, author of Puiblished books, an M B A of state University of New York Maritime College , Fort Schuyler, Bronx ID and SS # 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 (of 1973 December 31) . His recent pulication is MOBILE** ( book extends in text, place of pulication, publisher or owners as necessary, world wide without permission of author or any body so far text of the book has similar or related issues of democracy, et all like world epic" Bibles"," Mahabharata" of Hinduism :: authors et al are different in centuries, Nations, Publishers ; any thing different but compatible in ethics and prime objects.) ~~ELECTRONIC and ha~~

+++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

+Note++++++++Summons were not issued to Defentdants/appeallees. However all papers were served to defendents/appeellees as of 8.27.2005 by USPS fee paid mails by plaintiff_appellant Joseph Geronimo Jr. As the person ,later described is Part disabled poor and having no personal asset over 200 U S $ and no Bank account now, and attached proof from S S Admn, US Govt., the fees for filing notice of appeals, filing fee may be waived, a copy of theis motion etc if filed with US Attorney, SDNY One St andrews Plaza, N Y, N Y 10007 for waiver of fees as poor person reliefs, in his personal Capacity as Plaintiff/appellants, ex parte. All Sccripts were sworn in names of GODS (US), all powerfuls as human Gods, et al and under penaly of perjury by Joseph Geronimo Jr. ~~Appeals from the~~ Additional Affidavit

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

7-22-2006

8-7-2006

K Roy 7/22/2006

USDC

A

➢ Before Full Board of Hon. Commissioners,

**Workers' Compensation Board, The State of New York , 20 Park Street, Albany, New York 12207**** copy forwarded to The United States Attorneys NDNY, Albany / SDNY, Manahattan. /EDNY Brooklyn , NY; New Jersey district at trenton, N.J/ and the District Attorneys of counties in N Y/NJ for various crimes committed by New York State officers and related others in matters of workers' compensation Insurance and claims and various frauds and violations committed by them.**

Defendants

New York, Hon Dick cheney as President of U S Senate, etc , Capitol, Wshington DC, TYhe District attorneys New York and Richmond counties at the City of New York in state of New York; Mr Richard Orindach of S I Fund, NY City as of 1993-1995; Mr D Jeffrey Romeo, a WCL Judge of WC Board . Saranac Lake and At Albany New York; Mr James Borowski- a S I Fund Auditor, A CPA from New Jersey; The New York Times, west 29 st, New York, New York and other addresses - A Leading English Language New Paper of current world but the paper may not behave impartially the news items fit for publications which may represent interests of have_not and other weaker sections of Citizens in New York city but makes false propaganda

in their publication and may be held responsible for lack and/or withdrawal of democratic equitable lives and Justice from the system of administrion especially in New York city Jurisdictions in USA as a the newspaper fail s,to report as often as they can , about abuses in democratic system in City of New York,the State of New York; yje District Attorneys, of county of

New york,and county of Richmond in New York et el to bring equitable resolution of pending WCB cases and related Investigations demanded in Workers' Compensation Insurance Industry. when they lawfully investgate the abuses that took place in the Jurisdictions during 1993-2005 and report how they failed to constitutionally to upkeep rights and privileges of US Citizens in distress due to abuses of New York City and State _bureaucrats The actions are short named for

excessive , common & optional violations of Laws by the powerfuls in the failed democratic systems,as "JUNGLE DEMOCRACY ...Cat and Mouse Doctrine of the rich and poweful people OR Nations to STRTEGICALLY AND CONVENINTLY AND AT OPTIONS ,oppress have_nots and weaker sections of people. Claimants and employer demands

legal Investigations preferably by a Legislative commission of US federal or New York State for various constitutional and othjer violations mostltly on weaker section of U S Citizens, on suspicion of fraud by the Employer/claimants of WCB laws but in fact In the State of New York oppressions were practised onweaker section of people in a illegal non democratic form of administrations what we employer and/or a claimant /author legally nick named action of " JUNGLE DEMOCRACY >>CAT ANND MOUSE

DOCTRINE OF OPPRESSIONS BY RICH AND POWERFUUL PEOPLE OR NATION TO OPPRESS

THE WEAKER DOMESTIC PEOPLE,ALIENS of FOREIGN NATIONS FOR GAIN OR NO GAINS TO

Page A-3 J6 YO Page-8 29 -30 Page-3A 37 29 "All Relevant"

7/22/06

USDC ~~SD of Texas at Houston~~ DELAWARE

~~In the United states District Court District of Columbia / S.D.N.Y/ Washinton D.C. 20001 / New York 10007 : page.....~~
~~the United states District Court of ... DC / SDNY............ District of ...Washington DC/ New York..., USA............~~
~~..........Complaints Docket # ................. Complaints of GOVT /STATE/USA 's failure to grant privileges of First amendment to petition the Govt to redress specific and many grievances of Individual Plaintiff and his Association, and as the plaintiffs belonged to section of democratic society, his and association' grievances were left unattended for decades and the due process of Laws were denied. To all plaintiffs. DEFENDANTS us/foreign based damages are HUGE jury to decide~~
~~list of defendants and plaintiffs are from page .... to page ......... Total ... Pages of list with major allegation cited against them herein~~

Page 31

e : HUM SOBKO NAYA Bhagawan/Allah chahiye +JINE KE LIYE: Bengali :ami natun ishwar chai banchar proyojane+ i.e
and by people on earth to peacefully survive as matter of rights being essential creations of Mother Nature for thousands of track records of succession of race of Human animals.

That Plaintiff #1

**COMPLAINTS++++++Jury Trial demanded++++++++ Title of CIVIL Action : "Jungle y . cat and Mouse Doctrines of Oppressions of rich and powerful people/ Nations / superpower llies & democratic Devils. Human Gods, Gods of faiths in USA/ India and/ or / Nations to weaker rld wide .......etc ". E.I.N 13-3566610 for( trade name non profit tax exempt) : a mobile published d world wide. Book volume by the Reverend Joseph Geronimo Jr / a legal entitity in Democracy: :Reforms International.( E I N 133462738 ) . Non Profit Tax exempt by I R S., P O Box 1173 , ( E I N & t : ID # 13 -3566610 ) .Saranac Lake, New York 12983, U S A. The Reverend Kamal K Roy/ aka/ ronimo Jr S S # 578804399 . 107 A Scribner Avenue, Staten Island . New York City, New York 10301:**

~~, Board of Editors . " Jungle Democracy.... CAT & MOUSE DOCTRINE of Oppressions ...... by rich & power people/ Nations CITIZens OR aliens / FOREIGN NATIONS, Etc WORLD WIDE ....ETC ) BY JOE GERONIMO JR. PRIEST, NOTED ABOVE : mobile book : electronic and hard copy , C/O H. I. International W R Group, P.O Box 1173 , Saranac Lake, New York : The Reverend Lisa N Roy, Permanent address : 107 A Scrinmer Avenue, Staten Island, New York City, N Y 10301, USA~~

~~Violation of many U.S /Indian/ International Laws/ Damages/ due process of Laws were denied by State/ Govt/ other alien ./ Foreign Govts including Govt of Indiadomestic national/ entities / U N O, World body at New York City, U defendants took chances , abused illegally and damaged Plaintiffs/ DUE PROCESS OF LAWS OFTEN DENIED TO S BY ALL Govr / U N O entities including U . S National ORDAINED priest / FAKIR ( a priest on vow to poverty ecept food and sing prayers to Gods for alll living beings on earth in orient ) Kamal aka Joseph Geronimo Jr , now an ordained clergy ith City Clerk, Manhattan, City of New York, 1 Center St at chamber Street , New York, New York 10007, U.S.A & at other world. Two complaints filed in two Federal Jurisdictions , in closely related issues but legally vaious grounds for s of Damages from 1 ( one) million US dollar to 1 (billion) U S dollars at current rate of exchange at EURO Currency as the re Globally located and they are mebers of U.N. O", the world body of nations, with headquarters in U S A .~~

That Defendant

Compensatory and Punitive , both Damages claimed U.S $ One Million minimum to of One (Billion) U.S Dollars on hundred fifty USA Billion 150 (Fifty)

value: Jury may decide heavy Damages : Neglect andViolation of 1 St amendment U S constitutional right of Petitioner. vt to act lawfully: Civil and Human rights violations by U.N.O World Body of Nations, New York city, USA, C/o U S Dept of ington D. C. Govt of Republic of India C/O Indian Embassy , Govt of India Washington D.C India, Republic of Iraq, C/o Iraqi

~~LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP with changes in societal changes, attitudes of human animals, administrative changes in democratic laws and regulations, diversities of power blocs of )~~ + No body is beyond Laws except the Conventional Gods. U S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U.S Citizen, shall act pro Se as a poor, part disabled, & act for Plainmtiff Asscns as honorary officer (ERCP ). ~~11-28-2005~~ / PO Box 1173 , S/L, N Y 12983

7-22-2006

7/23/06

8/7/06

USDC

In the United states District Court District of Columbia / S.D.N.Y/ Washington D.C 20001 / New York 10007 : page..... the United states District Court of.... DC / SDNY.............. District of ....Washington DC/ New York...., USA..............

...........Complaints Docket # Complaints of GOVT/STATE/ USA 's failure to grant privileges of First amendment to petition the Govt to redress specific and many grievances of individual Plaintiff and his Association, and as the plaintiffs belonged to ...er section of democratic society, his and association' grievances were left unattended for decades and the due process of Laws were dnied. To all ...ntiffs, DEFENDANTS us/foreign based damages are HUGE Jury to decide

list of defendants and plaintiffs are from page .... to page ......... Total ... Pages of list with major allegation cited against them ...ein

Pages 25

...at UNO, New York, New York, in N Y State et al, a total Nos. of 62-Defendants named in this action including presumably ...ostile Defendants. See FRCP ; List of Plaintiffs and defendants from page .......... To page .............. attached.

CIVIL action ::COMPLAINTS :Judge : Hon. Jury Trial Demanded Punitive and compensatory damages at least U S three fourths ( ¾ ) of One million Dollars at current $ value to be decided by the Jury at trial.

++++++++++++++++++++++++++++++++++++++++++++++ Civil++++COMPLAINTS++++++Jury Trial

+++++++ Title of CIVIL Action : "Jungle Democracy , cat and Mouse Doctrines of Oppressions of rich and powerful ...ons / superpower Nations/allies & democratic Devils. Human Gods. Gods of faiths in USA/ India and/ or / Nations to ...le world wide .......etc " . a mobile Book volume by the Reverend Joe Geronimo Jr / a legal entitity in Democracy: ...eforms International. Non Profit Tax exempt by I R S.. P O Box 1173 . ( E I N & tax exempt : ID # 13 -3566610 ) .Saranac ...ork 12983. U S A. Kamal Roy aka Joseph Geronimo Jr S S # 5788014399 . 107 A Scribner Avenue. Staten Island. New York ...ork 10301; Chairperson. Board of Editors . " Jungle Democracy.. mobile book : electronic and hard copy . C/O H. I ...W R Group. P.O Box 1173 , Saranac Lake. New York 12983; Permanent address : 17th Floor T – Space. Everest Building, ...rdal Nehru Road. KOLKATA 700017. W. B.. India , et.. el , . Kamal K. Roy aka J Geronimo Jr PO Box 1173. Saranac Lake, ...983. ph 518 891 5466 a mobile part disabled Ordained Clergy (FAKIR i.e a Priest on vow of poverty with richness in faiths in ...one who sing words of praise of Gods) : Priest of multiple faiths of approved Religions world wide. in Washington D .C area ...world wide...Plaintiffs ( Total 5 Nos.) V. The State of New York. c /o N.Y.S Attorney General. Albany , New York ; U.S.A ...L. D.C; et al (pl see attached defendants) ...Plaintiffs listing consists of , all democratic ...ling a Book volume published and defendants include a US based entity "GOD". The plaintiffs and association as

LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or " WE THE PEOPLE" for your violations on "PEOP -with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of )+ No body is beyond Laws except the Conventional Gods. U.S Bases. As we believe that Gods are democratic in USA and elsewhere. But as a U.S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U.S Citizen, shall act pro Se as a poor part disabled, & act for Plainmtiff Asscns as honorary officer (FRCP ). 11.26. 2005 ; PO Box 1173 , S/L, N Y 12983

Kamal K K Roy 7-22-2006 for Plaintiffs (PRA)

7/23/2006

8/7/06

USDC S D Texas Houston (22)

In the United states District Court District of Columbia / S.D.N.Y/ Washinton D.C 20001 / New York 10007 : page....
the United states District Court of ... DC / SDNY............ District of ...Washington DC/New York..., USA............
...........Complaints Docket # ________________ Complaints of GOVT /STATE/ USA 's failure to grant privileges of First amendment to petition the Govt to redress specific and many grievances of individual Plaintiff and his Association, and as the plaintiffs belonged to ...er section of democratic society, his and association' grievances were left unattended for decades and the due process of Laws were dnied To all ...ntiffs DEFENDANTS w/foreign based damages are HUGE Jury to decide
list of defendants and plaintiffs are from page .... to page ........Total ... Pages of list with major allegation cited against them ...ein

That Sir ... Kamal
$ 500 (Five hundred Billions U$

Compensatory and Punitive Damages claimed U S $ One Million minimum to three fourth ( ¾) of One U S Billion date of filing value; Jury may decide heavy Damages : Violation of 1St amendment U.S constitutional right of Petitioner, ...ovt to act lawfully: Civil and Human rights violations ny UNO, USA,India , N Y State et al by 62 Defendants named in this

According to Govt Authorities, in Pakistan and India, and truly , may be 81000 dead in some estimates of CNN ( Cable (News Agency) and thousands facing imminent deaths due to lack of timely and emergency medical , housing, subsistence ...d 3 millions of other victims in about last 75 years' worst Earthquake in south Asia ranging Pakistan ...wer Help all victims ...asters including victim of Hurricane Alpha, Beta, Rita, Katrina et.al and victims of terrorism, Bombardments of superpower ...ld wide . Gods of any faiths may not know when the erratic decisions of Bombing mainly on civilian habitats may end, but ...GODS must come to senses to stop[ killing game in names of Controlling socalled terrorists world wide , but we are positive ...move artificial veils of many ( perhaps, not all)

- Namesake terrorists the most or almost all such people in arms could be Nationalist with some exceptions of misguided countrymen of nations under aggression of foreign power or international power blocks in secret alliances of superpowers and allies. Possiblly oldtime Gods have no knowledge of modern computers and technical knowledge in related fields , so .. superpowers are much ahead of divine powers for welfare of human animals who lack in advanced technology to attack, oppress poors, have nots, regional based poor souls of human animals in true bondage of slave economics and slavery orieted power based controlled freedom for all with sanctions of alien Superpowers in collussion with national traitors in veils of freedom searchers and leaders. Quoted from Joe's economics of failed and

(32)

LEADERS ! PLEASE FORM A CHARATER Of Compassions for common human being of the Nation before you contest for any power in DEMOCRACIES. You may be responsible to Gods, devils or "WE THE PEOPLE" for your violations on "PEOP
-with changes in societal changes, attitudes of human_animals, administrative changes in democratic laws and regulations, diversities of power blocs of )+ No body is beyond Laws except the Conventional Gods. U S Bases As we believe that Gods are democratic in USA and elsewhere. But as a U.S Citizen Mr George W Bush is subject to all laws of land in USA. Kamal/ Joseph Geronimo Jr Plaintiff in this action as an U.S Citizen, shall act pro Se/as a poor part disabled, & act for Plaintiff Assns as honorary officer (FRCP ) 11.28. 2005 ; PO Box 1173 , S/L, N Y 12983

7-22-2006
For all Petitioners Kamal Roy

8/7/06

S D Texas at Houston Tx (23) (13)

In The U .S District Court, __ _,_ for the State of __________ at _____, JURISDICTION / The Supreme Court______ Country at USA filed on ____________________ 2006

➢ When You love GOD /s you really do learn to love HIS all creations including felow beings and perhaps people beyond all regions and barriers We can clearly emphasize that knowledge of Gods and his blessings , even if not apparent in public view may create understanding that ther are hopes for gainful ways and true bargain for traditions of hard and meaningful job as necessity to extend growth and meaningful

➢ Birth of human animals. Quoted from Plaintiff #1 by Joe, the Priest, in search of equities and benefits Of true democratic conditions of life without much dysfunctions.

— Defendants — The Govt of India, New Delhi, India 700001, West Bengal, India ; The City of New York, c/o Corp Counsel, 100 Church Street, New York, NY 10007; CINGULAR Wireless aka "Cingular" , Albany New York & elsewhere; HSBC Bank , Main street,, Saranac Lake, N Y; Harrietstown Housing Authority and Ms. Debbie Zerrahn , Housing Assistant, 14 Kiwassa Road , Saranac Lake N Y 12983; Citizens Bank, Saranac Lake at Broadway near Post office; UPS SDTore/ MBE store; Debbie, owner/Francisee Broadway 17, at Saranac Lake, N Y elsewhere Saranac Lake NY 12983 ;The New York Times English Daily Newspaper 229 West 43rd st, new York, New York 10036 & elsewhere ein Usa and outside; The New York State Insurance Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co P O Box 0466, Albany, New York 12201; Us Dept of Justice, Justice Dept Headqyarters, Washington D.C , Hon George W Bush U S A President, The White House, Washington D C 20500 ; Hon Dick Cheney , Vice President U S A and The President of the United States Senate, Capitol, Washington D C 20900 ; The Workers' Compensation Board, State of New York , 20 Park Street, Albany, New York 12207 ; Govt of U.K, c/o U K Prime Ministers office, 11 Downing Sdtreet, London U.K; The Judicial system of Iraq as of now, on 12.27.2005 c/o & by Govt of Iraq, Baghdad, Iraq; The Hon Gov. G.Pataki, of New York, State, Governor's Executive Mansion, Albany, New York 12207 More defendants may be named as per FRCP & other rules and laws of the relevant Courts World wide wit with the court'spermissions, et. al. ( 63 NOS ) Defendants – see full-Full List from Page 1A to 1 G, beginning next page of Page 1 ,( pages marked 1A to 1 6) in this scripts. ISSUES : Misc: ... Plaintiffs : 5 Nos & .USA/GOD / S./U.N.O/ United Kingdom

(42) (33) Defendant #72 Govt of the state of Louisiana Baton Rouge LA

+ MS Catherine Brown Admin Law Judge, Unemployment Insurance Divn, N.Y. State Buffalo, NY performed in Labor Dept UI Divn — Hearing in 2001 is a Defendant

➢ The human lives are enjoyable immensely with truth , compassions and equities Decades old Civil war has beenreplaced with fight of Superpowre and allies with so called terrorists Later groups , both consist of live humn elements fighting wars basic strategies to contorol. Terrorists have strong regional ethics and wisdoms and small weaponse and stealthier human patrons. Super power and allies contro most power of mass destructions worldwide but later tactically blame target nations to possess such arms. Human animality qualities. Jungle democracies ethics have grown supreme now. If former coldwar enemies could turn godd tactical friends now, a cease fire in between So called regional terrorists ( and/or regional Nationalists in many nations , in versions of warring garoups) and permanent solution to conflict between power and freedom and dignity of the regional "liliputs" are feasible. Win or lose Goliaths have to retire by laws of nature. Some mr Bush or rajonal Liliputs please restrain becoming forces of mass destruction. Joe, the priest, in struggle for own and commoners survival for decade.

Kamalkr 7-22-2006 7-18-2006 For all Plaintiffs
By JGG 7-22-2006

JGG 8/7/06

Civil Complaints USDC ~~SD Texas Houston~~ Delaware District

10 New York , 6.10. 2005; 6.11.2005 Early at Oriental Nations ; WORLD News: :. Affidavit # 18- A & B, dt 8.10.2005, with reference to ++all+ previous affidavits duly filed until 6.9. 2005 to WC Board, NYS and to the U S attorney, SDNY, NewYork N.Y 10007, USA et al the USA President, Heads of all Nations, and the Secretary General, U.N.O, World Body in New York, New York at U N Plaza, New York, in the below related matters or above or matters filed before withany authority of Laws and Administration of USA, NY State or any bonafide entity of Laws; and cplr 4404 Motion To full Board of commissioners. Workers' Compensation Board_ NYS, Appeal office 20 Park Street Albany NY 12207 filed by certified mail on 6.7. 2005 new evidences found since two panel decisions filed on 1.24. 1996 & 4.8. 2004 on the pertinent issues of appeal,and for a decade .ALL lawful federal and state investigations are demanded for various irregularities and violations of laws, to the Federal and State authrities , as we call it Corruptions; TWO N Y State attorneys posted at the State Insurance Fund at 15 computer drive West Albany new York 12205 named as: Ms Nancy Wood and Ms. Estelle Kraushar (of SI Fund NYS) now under Mr George Pataki Administration, New York State should be immediately arrested by F B I, US Dept of justice, for submitting false reports in respect of WCB pending cases in 2001 and 2005 (claimants : nirban Roy & Joseph Geronimo Jr to defacto state court :WC Board, NY State when such claimants did work and sustained serious injuried in 1999 and 1993 in various work related accidents and such attorneys gave no due process of Laws to citizen with intents to jeopardize their safety of lives du to injuries, when they alleged fraud by claimants without any effort to prove such crimes by claimants. NY State attorney General shoul try to disbar these two corrupt Bureaucrats (attorneys)from practising law in State of New York, for their intentional efforts to file and harm sick citizen by Statements made to WCB ,NY on differents dates to cause damage and human body safety of two WCB claimants and to make a small employer not small but a bogus Entity, whhereas as the employer H I I Inc was a duly tax exempt non profit socio religious organisation since 1992 and /or before since samaller non profit entity in USA, currently it is a smaller to medium size International Organisation; Arrest of CPA Auditor for SI Fund also demanded. arrest of one late middle age to senior citizen attorney of Travelers Insurance company, if he is not expired yet and has not yet gone to hell house or Heavenly abode of good men ( we don't have conviction from a competent Court of Earth yet; Arrest of some Judges for criminal negligence in office and charges of perjury in high offices of Judges, WCB, deemed TO BE court in New York State COURT SYSTEMS under Statutes: miscellaneous demand, WERE ALSO MADE;but as per ***entity be assessed*** for continued violations and practices

**Currupt or non corrupt but corruption oriented and law negligent repeat negligent entities and persons about ~~28~~ 136 nos already named Non corrupt entities or persons' negligences in US Constitutional duties have been noted in Scripts viz S I Fund, NY State,Travelers Insurance company,** were alleged to have corrupt admns of New York State as alleged in their Workers' Compensation Insurance business have offices in SDNY. The claimant Geronimo Jr and his organisation alleges that the New York State under supervision of elected Governor GEORGE Pataki is is violations of l many laws in insurance field as was charged to ex chief Executive of International Insurance Giant : A I G in recent times. Atleast 20 person or entities named as 3rd Party respondents to help solution of corruption issues in New York state , all 3rd parties are or may not be corrupt and they were negligent to hold principles of U S Constitution and other Laws during part or whole of period of corruptions durin alleghed period of violations 1990- 2005. some

To that 136 Defendants listed or named in script Kamal Roy

(15) (34) (4) (34)

---

There is nothing wrong, immoral or illegal about to look back into any episode & action of a State , people, Nation , or individuals if complaints develop in Public which potentially damaged interests of even unknown /any citizen of a Democracy in Globe. Common People are visually weaker in any Democracy. but some day, any time. they may grab control of democratic admn of any human_animals settlements. So wise and powerful human_animals of current time, pl learn art of shared benefits of power of democracy without delays: from writing of Jungle Democracy ... by joe Geronimo Jr

Petitioner (15) No.1

7/22/2006 Kamal Roy 7/22/06 Kamal K K Roy 7/22/06

8/7/2006 8/7/2006

Complainants / original USDC District of Delaware

Judge Hon

In the **UNITED STATES DISTRICT Court, SDNY, Daniel Patrick Moynihan Federal Court House at 500 Pearl st, New York, N.Y 10007, USA (CIVIL Term) : Additional Affidavit # 80 ; this is not amended Complaints. PL see FRCP.** dated 8.26.2005

Filing date 7/22/2006 8/7/2006

Civil Case No

**Civil Action : Complaint/Additional affidavit** ***# 78 as Complaints were duly submitted and sent to the chief judge of the court by USPS Priority mail with $155. Monet order and another $ 95.00 was mailed to his honor on 86. 2005 by other priority mail. The 2nd additional affidavit dated and notarised on 7.21.2005 is filed now on 8.8. 2005. resworn affidavit in names of all powerful Gods of the world, no money order is sent now as $ 250.00 is already paid on 7.18. 2005 by priority Mail, P.S at Saranac Lake Post office at ZIP CODE 12983 under receipt from P.O addressed to Hon. Chief Judge of the above court was paid at US Postal Money order $ 155.00, The filing fee is being $ 250.00, balance $ 95.00 is enclosed :: ruptions_civil_complaints_additioal Affidavits_ New York : 8.4. 2005 ** Jurisdiction s : Civil and Criminal actions filed on 2.2005 amended WITH: THE UNITED STATES DISTRICT Court, SDNY, New York, N.Y 10007. usa, as white color crimes took e by mostly bureaucrats of NY State, and Gov George Pataki N.Y State Governor, el al, in sdny Area, Joesph is a moobile priest***

**New York Manhattan areas, though very sick and disabled. A he is a registered clergy with City Clerk ,Manhattan w York, a victim of auto accident at FDR drive in New York County, N.Y , while at job on June 7, 1993 et al.**

**DOCKET NO....................JUDGE HON ______.... Jury trial demanded : US federal Laws and Civil rights violations of Rev Lisa Roy Rev K Roy now lawful residents of USA. The defendants are multiple. The individual plaintiffs are victim of system in USA and India as the protectors of Laws I.e Governments are formed of people , many of them are less than perfects and violative of Laws. Even individual Defendants did take the example of abusive Governments and depts as method to employ violations and easy target of weaker plaintiffs as targets of oppressions. All defendants are fully or partly responsinble for violations of many laws ,which caused damages due to civil right violations. In a similar fashions violations of Laws caused problems for non individual Plaintiffs to suffer damages recoverable from defendants in compensatory anmd punitive damages. Corrupt systems of Governments are fully corrupt as all constituent of it , the people who make the Governments are at many times are dutiful, disciplined and we may not be able to complain about them. God (AMERICAN, US) was made a defendants as the conventionalGods and divine systems made by people including defendants made Gods lesser and lesser effective in faiths so the social msystems has been painful for commoners to survive. Individual plaintiffs are ordained clergy,**

(i) That human conceived Democratic Gods failed Plaintiffs (5)

**Damaged That U S A is a Party of this action as USA was neg;igent to supervise violation of civi rights to individual Plaintiffs and on several comp[laints to U S attorney no remedy were given to Plaintiffs. That all administrative actions in main compalints of civil rights violations were exhausted. See marked exhibits for Board closed cases. The plaintiffs say & demand the defendants and/or any devout of current divine system or a clergy or anybody can defend for GOD as a defendant of failed system of mananimals including some Plaintiff as individuals. , The defendant , God, is any American God U.S *God*, preferrably if not human_God and/or a democratic devil an/or A U S President at Current time in 2005 A.D.** 2006

(ii) That Plaintiffs were damaged by failing Gods through people (4)

**And former resident in India when legal violations under Indian Laws commenced and now continuing**

(iii) All Respectfully Submitted for Prayers and Jury Trial for Damages (5)

**********The Reverend *Joseph Geronimo Jr ( U.S based Priest in struggle with powerful but anti_people & jungle democratic or optionally democratic Administrations, & run with influence of Human_Gods and /or democratic Devils World_wide)_aka the reverend K Roy , Author of some book**

**Plaintiffs** are sad to announce that conventional Gods are losing powers to the assumed rulers & dictatorial HUMAN_GODS all over the World.. **Conventional GODS and divinity concepts** are definitely much superior to Human_Gods, Devils People & all animals in terms of Faiths, if they are really not ornamental in Magical powers of Gods & pragmatic beliefs and amended time bases Faiths. **2. Raise SLOGANS** world_wide that "WE WANT NATIONAL DEMOCRACY wi regional autonomies, with no foreign Control" from writing of of **the reverend: JOseph Geonimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff)** ( Reverend Lisa N Roy , Chief Editor of "JUNGLE DEMOCRACY .....etc" is another victim and Plaintiff ++++++(2) truest sense of equities among people all over the democratic administration and spectrum of social lives can reduce civil rights violations. Only Human animals may not be able to reduce civil righ violations without improvements of inner instict of living souls, and for the later act we need divine and Gods' hel Quoted from Jungle Democracy of Joe Geronimo Jr, an unknown Priest of USA, who may or may not explain to religious public world_wide, the essence and glory of GODS for beautiful lives of HUMAN_animals.

7-22-2006 Jr

Kamal K R Roy

P.O Box 1173
S/L NY 12983
Total 136 Defendants

Joseph Geronimo Jr

8/7/23/2006

Mobile Clergy Kamal Roy for complainants plaintiffs

Ph 518-891-5466

a/k/a Joseph Geronimo Jr 7-23-2006

718-954 81

8/7/06

8/7/2006

Kamal K K Roy a/k/a Joseph Geronimo

List of Plaintiffs
(Total 5 Nos)

court ... (1B) Docket No. ...

... civil and criminal Action ...

... complaints dt 7.20.2005 ... jury trial ...

Judge : HON. ...

(2) We KAMAL Roy a/k/a Joseph Geronimo ...

"JUNGLE DEMOCRACY ... CAT And Mouse Doctrines of rich and powerfuls and creeks to oppress ... domestic Citizens and alien or foreign nations for nothing or harrasments or greed, to control and own property ... to control Gods or associated faiths, and what ... [illegible] ... REFORMS INTERNATIONAL ... INDEPENDENT ... WRITING OF EPICS ... [illegible] ... Gods of Religions ( take place ... any conventional ... ( atleast as powerful as, if not more than, any conventional Gods of Religions ( ... in World, to change fate say an U S President in respect of modern democracies in World, to change fate say an U S President in respect of ... ) USA Govt Washington DC & City of New York of foreign nations, at least some ) USA Govt Washington DC & City of New York

et al,e including all 3rd parties as respondents and Defendants in current Civil / Criminal Inquiries. The Hon Presiding Judge in this civil action is prayed to issue order so that USA laws enforcement officers make possible inquiries for legal violations in the matters of complaints against all including Gheorge E Pataki, N Y Governor

(3) Reforms International 107 A Scribner Ave, S.I., NY 10301

**** CPLR Motion & Noble affidavit # ... dated 7. 18 2005 ...

Jurisdiction s : USD Court ... York as white color crimes took place by mostly bureaucrats of NY State, and Gov George

... Non_Gandhian oppositions and theological/ concepts of new morales in Mass_ movements world _wide.

#4 H.I.-World Religious Group 107 A Scribner Ave, S.I. N.Y 10301 Joseph Geronimo

Plaintiff

# (5) chairperson, Jungle Democracy Mobile Publication c/o Reforms Intl 107 A Scribner Ave, S.I. New York 10301

Plaintiffs Total 4 Associations & One Individual Plaintiff

Plaintiff (36)

Kamal Roy

Kamal K Roy 8/7/2006

8/7/06

(27)

Original — USDC, ~~Southern~~ ~~District~~ of Texas

Houston Divn.

— List Defendants & Violations charged

(37)

List of Defendants (120 Nos) & named defendants as named in Script of Complaints

Cause of violation — for failure to safe guard Constitutional law for people

1. Hon. U.S.A President Hon. George Bush, White House, 1600 Pennsylvania Ave NW, Washington DC 20500

(2) Hon Dick Cheney President U S Senate — do — above

The corporation Counsel, City of New York, 100 Church Street, New York, NY 10007 — do —

(3)

(4) The U S A Govt c/o U S Attorney, c/o U.S. Court House Washington DC 20001 — do —

(5) Lisa Nishan Roy, 14 Kiwassa Road #56, Saranac Lake, NY 12983 — Must ensure fellow citizen get justice

The State Insurance Fund, 15 Computer Drive West, Albany NY 12205 — failed to act on complaints

(6) Harrietstown Housing Authority

(7) and Ms Debbie Zerrahn, 14 Kiwassa Road, Saranac Lake, NY 12983 — quasi Govt body failed to act (fair?) and Civil rights

(8) 'Citizen's Bank' Branch at Saranac Lake, NY at Broadway 12983 — do — & violated Misc Law

(37)

(9) Ms Kelli Peterson Manger — do — Workers Compensation Board, State of NewYork, 20 Park Street, Albany, NY 12207 — do — of Unitary Public Laws — do —

(10) to 16 Workers' Compensation Law Judge Nos 7 c/o WC Board, NY State, 20 Park St, Albany, NY 12207 — Violated Law & Due process

(17) Pasternack Popish et all, Attorney's at law — see attached — see attached name. Should state facts to LISA N.R. in WEB violation

(16) 'GOD' — U.S., India, Iraq based God — to be defended by any follower

(18) { New York state officer (State Insurance Fund) — do — Nancy Wood, Attorney, 199 Church St, NY, NY 10007 — do —

Mr Douglas J. Hayden General attorney NB #8

P.T.O. 2

Kamal K Roy

For plaintiff Pro se 8/7/07

11 [illegible]

Total 14 Defendants

Kamal K Roy 7/29/2006

Kamal K Roy 12 Roy 7/27/2006

(7) Listed 7/27 8/7

Total 15 Defendants named [illegible] 8/7/2007

List of Defendants

(38)

(2) Hon. Dick Cheney, Vice President USA as President of U.S. Senate Washington D.C.

Cause/Violation see 2 Nbs First Page of Defendants

(19 & 20) The District attorneys (6) New York & Richmond County Counties county c/o NYS Attorney General 120 Broadway, N.Y., NY 10271 | Broke U.S. Constitutional Guarantee to [illegible]

NY District Attorney 1 Hogan pl NY NY
c/o District Attorney 130 Stuyvesant pl SI NY 10301

(21) Mr. Richard Ostrander Employee/Supervisor (State Insurance Fund) 199 church st, New york NY 10007
New York State
(199 Church st, N.Y., NY 10007)

(38)

(see 104-5) Hon. Jeffery Romeo W.C.L. Judge, N.Y. State, W C Board, Re Broadway Saranac Lake, New York 12983

Judge WC Board perjury charges

(1) GOD — U.S. based divine benefactor of U.S.A Defendant prospered in USA at higher rate than many other countries. God failed create uniform morals for powerful and [illegible] of such weapon people and nations were damaged including Plaintiff

(22) Mr James Borowski (State Insurance Fund Auditor) A CPA from New Jersey) see attached

one job of Any Follower of God do perjury of NYS falsify fraud

(23) The New York Times (English Daily of N.Y City) 229 west 43 street New York, NY

silent on violation on people and their related Rests item, false claim

(27) (Ms) Estelle Kraushar, Attorney S.I. Fund, NY state 199 church st, NY, NY 10007 → Fraudulent report

(28) Workers' Compensation Board, NY State, 20 Park st, Albany, NY 12207

(8)

7/22/08

USDC / District of Delaware, at Wilmington

39

List of Defendants (2A-3) (28)

(29) Governor G. Pataki, Executive Mansion, NYS Governor, Albany, New York — Violates US Constitution Guarantee on New York

(30) State of New York c/o NYS Attorney General, 120 Broadway, NY, NY 10271 — do —

(31) NY State Senate, Eagle St Albany, NY or elsewhere — do —

(32) Republic of Iraq c/o Ambassador of IRAQ UN, UNO, E 4th St, UN Plaza, NY, NY.

(33) U.N.O., World Body, U.N Plaza, NY, NY — Violations & Pain into Comm for human

(34) Govt of West Bengal, Writers' Bldg, Kolkata-70001, IND c/o Indian Embassy Washington DC — do — Violations of Laws

(35) Govt of India c/o Prime Minister of India, New Delhi - 10001, INDIA c/o Indian Embassy, Washington DC

(36 to 38) 3 Notaries Public at S/L Local Banks New York 12983 — Notary Laws violations & Banking Service false promises of free Notary Service

(39) NYS Human Rights Commission Bronx New York — Discrimination

(40) Verizon Wireless, Albany, New York a/k/a "Verizon" — do —

(41) Adelphia Communication a/k/a "Adelphia" Broadway, Saranac Lake, NY 12983 — do —

P.T.O Page 4

9

Kamal Roy 8/7/2006

Kamal K R Roy a/k/a Rev Joseph Geronimo mobile clergy

Defendants 42 to 50

In UNITED STATES DISTRICT Court, SDNY, 500 Pearl St, New York, N Y 10007 Civil complaints Docket No JUDGE : Hon................ date : 8.8.2005

"Jungle Democracy ..oppressions,,, etc " et al, Plaintiffs V. State of New York, Albany, N.Y, Gov.George Pataki. The U S A Govt. et al ( 48 nos defendants named : a few more Defendants may be added in the listin due course of actions, see FRCP .list of 48 includes mr Ebbers ex chief Worldcom; Mr Kenneth lay ex chief Enron Inc, Mr Mourice Greenburg ex chief A G Insurance Co, Republic of Iraq, Baghdad, Iraq., Pasternack Poppish et al Attorneys, friendly Defendants, UPS Store, Broadway, Saranac Lake, N Y 12983 : for bad business and oppression to Plaintiff Geronimo and H I I W. R Group : undue demand of money and refusal to sell copy cards at fixed place at their franchise store at Saranac Lake; Harrietstown Housing Authority 14 Khwassa Rd, Saranac Lake, N Y 12983 ; and Debbie Zerrahn , Housing Assistant and Notary Public N Y S, for illegal Conducts: Govt of India, New Delhi, India : 3 more Notaries at Saranac Lake at local Banks at saranac Lake, are violating public laws to insult activities of Lawful nature, just because plaintiffs belong to weaker section of Society ;for refusal of Notaries to perform public service to Plaintiffs) ...Defendants Docket No. ____--Judge_____ Jury Trial Demanded:: Issue: Civil rights violations in New York, USA, IN India, world wide against Plaintiffs and recoverable compensatory and Punitive damages by plaintiffs ( 5 Nos now).

(47) Mr Saddam Hussein ex President Republic of Iraq c/o U-S Govt

**Damages** ~~recovery demanded : Upto one half billion dollars of U.S currency if not assessed more more ; by U S Jury, the effective value, as of 8.8.2005: date of filing amended Affidavit to U S District court submitted by priority by USPS _priority Mail.~~

Cause Knows of Civil rights abuse Washington DC

...dressed to Hon. Chief Judge of the above court fee was paid at US Postal Money order $ 155.00, The filing fee is being $ 250.00 ...is enclosed :: corruptions_civil_complaints_additional Affidavits_ New York ; 8 18, 2005 ** Jurisdictions ; Civil and Crimi... 7.22.2005 amended WITH: THE UNITED STATES DISTRICT Court, SDNY, New York, N.Y 10007, usa, as white color crimes ... Governments of NY State, and Gov George Pataki N.Y State Governor, et al ,in sdny Area, Joseph is a mobile priest at New Y... ...reas, though very sick and disabled. A he is a registered clergy with City Clerk ,Manhattan New York, a victim of au... ...DR drive Ini New York County, N.Y , while at job on June 7, 1993 et al. DOCKET NO.................JUDGE HO...

Jury trial demanded US federal Laws and Civil rights violations of Rev Lisa Roy Rev K Roy now lawful resident... ...efendants are multiple, The individual plaintiffs are victim of system in USA and India as the protectors of Laws La... ...are formed of people , many of them are less than perfects and violative of Laws. Even individual Defendants did ta... of abusive Governments and depts as method to employ violations and easy target of weaker plaintiffs as targets... All defendants are fully or partly responsible for violations of many laws ,which caused damages due to civil righ... ...a similar fractions violations of Laws caused problems for non individual. Plaintiffs to suffer damages recoverable fr... compensatory amnd punitive damages. Corrupt systems of Governments are not fully corrupt as all constituent of... ...ho make the Governments are at many times are ethical, disciplined and we may not be able to complain about the... ...CAN, U.S A was made a defendants as the conventional Gods and divine systems made by people including defendan... ...lesser and lesser effective in our faiths so the social systems has been painful for commoners to surviv...

Individual plaintiffs are ordained clergy.

Plaintiffs are extremely sad to announce that conventional Gods are losing powers to the rulers & dictatorial HUMAN_GODs all over the World.. Conventional GODS and divinity concepts are definitely ...an_Gods, in terms of Faiths, If they are not ornamental in Magical powers of Gods & pragmatic beliefs and_amended time bas... United national SLOGANS world_wide that"WE WANT NATIONAL DEMOCRACY with regional autonomies, with no foreign ...writing of of the reverend: Joseph Geronimo Jr,aka kamal Karuna Roy Priest ( a Plaintiff) ( The Reverend Lisa N Roy , Chief Edito... ...MOCRACY .....etc" is another victim and Plaintiff/ appellant/Claimant.

List of Defendants 136 Nos Total as of 7-22-06 & may rise in No et al

(48) The Pavi Electricals Pvt Ltd, forcible occupation

to 50) Mr Palem & Vinita Datta owners; 46-C Jawahar Lal Nehru Road, Kolkata 700071, INDIA property in Kolkata

Kamal Roy 7/22/2006

8/7/06

8/7

30

41

18

2A-5

25

List of Defendants

(51) Hon John G Roberts, Chief Justice, U.S. c/o Supreme court of U.S., Supreme Court House, Capitol, Washington D.C. → His nomination U.S. Supreme for discrimination based on equal opportunity in Political Job selection in U.S. Service along with Bush

(52) Kentucky Fried chicken → violated Employment Insurance benefits Kentucky Fry Management Co Inc 1 Lefrack city Plaza, Queens, New York

29

(53) Travelers Insurance Co. for Insurance Fraud Albany of WCB benefits

(60) N.Y.S Jucial Commission, Govt of NY, P.O Box 0466, Albany NY

(54) Attorney of Travelers Insurance, Albany, New York 12201 at 1996 Hearing at Booklyn Workers' Comp Board 180 Livingston St NY 11201 Fraudulent

(62) U.S. Dept of Justice, Dept of Justice Hdqtr, Washington DC failed secure constitutional laws

(55) Executive Head, State Insurance Fund, NY State, 15 Computer Drive West, Albany NY 12205: Failed legal provisions

(61) NBT Bank, Lake Flower Ave at River St, S/L, NY Failed Bank Notary

(56) chairperson, Travelers Insurance Co. Inc 12983 P.O. Box 466, Albany NY 12201

(57) NY State Insurance Dept, Govt of NY State, Albany - Capital Failed laws service

ME AB (58) Prime Minister of India Capital of New York Prime Minister's Office New Delhi 11 INDIA

(59) c/o Indian Embassy Washington DC Failed Law

Failed Notary Laws ( ) HSBC Bank, Saranac Lake, NY 12983 S/L, New York

(59A) Mr Som Nath chatterjee speaker LokSabha Govt of India, New Delhi India

Total 140 Defendants as on 8/7/06

[signature] 8/7/06

[signature] 7/7/06

In the **International Court of Justice (World Court, U.N.O. sponsorred), at Peace Palace, HAGUE** The Netherlands, Europe/ **In the United States District Court, a of District of ________ .** CASE NO. ________

Civil Complaint ::demand of Jury Trial :::Jurisdictions - Plaintiffs include a USA Citizen part disabled duly ordained clegy an Electronic Preacher, A social Reforms worker in fields of deprieved interests in society, a Strategist of Gods, Religions and People W:ld-wide but without any name recognition. But in search of Judgements refused at many courts of JUNGLE DEMOCRACIES WORLD_WIDE BUT in full hope of some Justice, some day in his life time and his lawful associations of other Plaintiffs in this action. The individual is a MOBILE PRIEST under your court's Jurisdictions and physically visited places in Past ane Electronically every day of the years preceeding current date.

o **Short title of the civil action**

o **"Jungle Democracy .. Oppressions of powerful/ rich people/ Nations/ Siperpower to all weaker people/ Nations ...etc " EIN & Tax exempt ID ( by IRS) 133566610** et al. Plaintiffs

V.

o The State of New York c /o N.Y.S Attorney General, 120 Broadway, New York, N.Y 10271, : U.S.A Government c/o U S Attorney General, JUSTICE DEPT. Headquarters,. Washington . D C: The U N O., York, N Y: Govt of India , New Delhi, India : Govt of West Bengal, writers' Building, Kolkata 700001, West Bengal, India : City of New York , c/o Corp Counsel, 100 Church Street, New York, NY 10007; CINGULAR Wireless aka Cingular Albany New York & elsewhere; HSBC Bank , Main street., Saranac Lake, N Y: Harrietstown Housing Authority and Debbie Zerrahn , Housing Assistant 14 Kiwassa Road , Saranac **Lake N Y 12983: Citizens Bank, Saranac Lake at Broadway near Post office: UPS SDTore/ MBE store: Debbie, owner/Francisee Broadway** S/L & West **elsewhere Saranac Lake NY 12983 ;The New York Times English Daily Newspaper, 43rd st, new York, New York 10036 & elsewhereein Usa; The New York State Insurance Fund, 15 Computer Drive, West, Albany, New York 12205; Travelers Insurance co P O Box 0444, Albany, New York 12201; Us Dept of Justice, Justice Dept Headqquarters, Washington D.C , Hon George W Bush U S A President, The White House, Washington D C 20500 ; Hon Dick ChenéY , Vice President U S A and The President of the United States Senate, Capitil, Washington D C 20900 ; The Workers' Compensation Board, State of New York , 20 Park Street, Albany, New York 12207 ; Govt of U.K, c/o Prime Ministers office, 11 Downing Sdtreet, London U.K; The Judicial system of Iraq as of now on 12.27.2005 c/o & by Govt of Iraq, Baghdad, Iraq; The Hon Gov,. Pataki, New York, State, Governor's Executive Mansion, Albany, New York 12207 More defendants may be named as per FRCP with court'spermissions. et. al, ( 64 NOS ) Defendants - see full Full List from Page 1A to 1 beginning next page in this scripts. ISSUES** : Misc: .. Plaintiffs : 5 Nos & .USA/GOD/U.N.O/ United Kingdom government (Queen : Hon Queen II C/o Prime Minister's office 10 Downing Street, LONDON. U .K for some responsibity of IraQi WAR 2003 et al and causing deaths of many democratic innocents as an allied force with USA in a Jungle Democratic envionment and massive abuses on People in some kind of Democracy in Iraq in 2003; The Judicial civil system c/o Govt of Iraq as is on date of this application on 12.27.2005 c/o Govt of Iraq now as is ) Baghdad, Iraq,in Arab World in Middle East regions (: for perpetrating wrong and unsettled democratic laws and administrtation, as is in Iraq now on some democratic people for their alleged Dictatorial act including those of ill famed Mr Saddam Hussain, an Arab ex. Dictatorial President of

Complaints filed : **In the International Court of Justice , Hague, the Netherands; & Other U.S District courts in USA.** The Reverend Joseph Geronimo Jr /aka/Kamal k Roy All pro se for Plaintiffs as individual or unincorporated Associations including the book volume of a thesis of Democracy named Plaintiff # 1. Dated 12.27. 2005 107 A Scribner Avenue , Staten Islnd , New York 10301, USA; Mailing address P O Box 1173,Saranac Lake, New York 12983,.

12-28-2005 Kamal K Roy aka Rev. Dr Joseph Geronimo Jr

12/29/05

P.T.O Page 1-A-1 List of Defendants parties of the Action

7/25/06 Mobile clergy at Houston

8/7/06

US Delaware (34) USDC S.D. Texas

The W C Board, N Y State, Albany, N.Y 12207 / U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at U S Court House at Foley Square at Centre Street... Filed 9.20.2005 Title of action ;"Jungle Democracy . Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr, / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy ?chief editor, Jungle Democracy..etc . Hon Acting Executive Officer, Handicap Interests Int'l - W R Group ( Parent Group :H I I Inc A New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173 , Saranac Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V...... The State of New York, Albany, N Y;. Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west Albany, New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual white color criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr ,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi-The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y; U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW, Washington DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc: Filed copy with the WORKERS/COMPENSATION BOARD,N Y State, Office of APPEALS,,ALBANY, NEW YORK 12207 defendants/ appellees & now a total of 52 Defendants who did violate Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr. is now on poverty clause(2,)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICE at The supreme court of USA. Confirmation process was pending, During process , the defendant Mr Bush, above,

~~Thanks Again~~. In case you are not available for the scheduled meeting and you may provide us with your e mails then World Religions Group of Handicap Interests International W.R. Group shall send you a precise text of the discussions on Gods , Democracies, amendments with Newer Gods Concepts with regional priorities WORLD_WIDE.

** whether You are unsure about democracy or a jungle democacy where you are in, You are requested to extend your kind Hand to help victims of last KATRINA HURRICANE CALAMITY IN USA August 2005. Wer pray for heavenly retirement of all departed souls (as a result of this anormous destruction in USA. Please note victims and not USA need your assistance, You may send your assistance in terms of money/cash through organizations like " RED CROSS" world wiede, ""World Religions Grpu[ H I I tax exempt by IRS, USA do accept donations in check and/or Money order addressed to H I I World Religions Group. P O Box 1173, Saranac Lakel New York 12983 : email : VISHWA12@HOTMAIL.COM/PHONE (usa)518 891 5466 CELL PH. 315 276 5001, rsvp, Thanks and regards.

JGR (4) That Workers' Compensation Board, NYS is a Defendant officially as a Discriminatory wing of N.Y. State with corrupt Judges & staff

Anticipatory Notice of Appeal and extremely ungent Motion for an order to

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Demodracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

Plaintiff/Appellant

JGR 7/23/06 JGR 7/23 JGR ~~9.20.2005~~ 7-23-06

Matter of last Teleconference held on 9/16/05

Meeting Detail

Defendants

43 44 43 42 13

JGR JGR 8/7/2006

Misc paper

USDC aware at

44

In the **UNITED STATES DISTRICT Court, SDNY, Daniel Patrick Moynihan Federal Court House at 500 Pearl st, New York, N.Y 10007, USA (CIVIL Term) : Additional Affidavit # 80 ; this is not amended Complaints. PL see FRCP.** dated 8.26.2005

**>large of oppressed masses in search of equity and Justice, such themes**

**>became optional for applications and enforcemtnt for most**

That Jungle Democracy ....etc" is Electronic hardcopy

**>powerfulsworld_wide, Current publisher of the book "REFORMS INTERNATIONAL"**

**>An INDEPENDENT winf of Handicap Interests International -W, R, Group, EIN**

**>13-3566610. Non profit Tax exempt by I R S, U S Treasury Dept: PO Box 1173,** (S/L NY 12983)

**Saranac Lake, New York 12983a Civil action in USA; as any conventional God in US/India failed to trol civil _damages, & individual Plaintiffs suffered;** That was brought which contained fact as Gods failed Plaintiffs Ex.

That **Defendants include mr Ebbers ex Chief, Worldcom, Mr Kenneth Lay ex Chief Enron Inc, the ex chief Adelphia, and few other ex chief executives who were convicted or facing trial, in US national executive policy to secute Business Leaders of ex repute, by ignoring many facts of Modern business ethics and laws; the part Pardon ail terms demanded, as the plaintiffs are pained and damaged to see cruel treatments to National Business Heroes o did in fact brought economic true developments in U.S and international economy. Many facts and laws were ng suppressed in such trials by the Law enforement authorities. As the Plaintiffs are parties of Watch dog group Handicap Interests International, the pains of Plaintiffs for uncared for interests of business heroes in USA are l and they were damaged due to civil rights denial to see national heroes in places of glory and undue punishment some errors by them proved beyond doubt but undue punishments inflicted on them as the system failed in iness beyond their individual crimes or errors. As relief to Pains of Plaintiffs, the Almost all mighty like a nan_God The Hon. George W Bush, the USA President is forwarded with prayers to condone/pardon part of Jail ns.++ other defendants include H S B C Bank, USA, NBT Bank of Saranac lake, N Y, Citizens Bank of Saranac Lake, and some others who declare free Notary Public Services to Customers of the Banks, but at many times by corrupt ctices denied services to Plaintiffs as the individual plaintiffs are disabled and belonged to weaker citizens of iety in Democracy of U S A. Another prominent Defendant is Govt of Iraq, Baghdad, Iraq at Middleeast. As so ed Democracy, almost a imposed Democracy or a prototype of one of the Plaintiffs " JUNGLE MOCRACY...OPPRESSION by Powerful to weaker Domestic Citizens, alien/ Foreign countries.." contends that e powerful Nations have become roots to destabilize civil rights privileges of certain Citizen Groups. As a civil its watch Dogs in international fields we Individual Plaintiffs are pained and Damaged as U S A Citizen. So the endant was essential to bring to this action to evaluate pains of Civil rights violations and Damages in Home ntry or abroad of plaintiffs as members of Human_animals. Defendants also include U P S STORES at Saranac e, Broadway, New York 12983; Adelphia Cable aka ADELPhia at Broadway, at Saranac Lake ( the 6th largest Cable npany in USA), New York 12983- for poliocy of extortions of Cable connection charges detyailed in orginal davits and/or Complaints in original. All new Defendants may be assessed punitive damages atleast 15 million dollars of 2005 value in International currency equivalents**

15 14

Plaintiffs are sad to announce that conventional Gods are losing powers to the assumed rulers & dictatorial HUMAN_GODs all over the World.. **Conventional GODS and divinity concepts** are definitely much superior to Human_Gods, Devils, People & all animals in terms of Faiths, if they are really not ornamental in Magical powers of Gods & pragmatic ~~beliefs and amended time bases Faiths, 2. Raise SLOGANS world_wide that "WE WANT NATIONAL DEMOCRACY wit~~ regional autonomies, with no foreign Control" from writing of of **the reverend: JOseph Geonimo Jr, aka kamal Karuna Roy Priest ( a Plaintiff)** ( Reverend Lisa N Roy, Chief Editor of "JUNGLE DEMOCRACY .....etc" is another victim and Plaintiff ++++++(2) truest sense of equities among people all over the democratic administration and spectrum of social lives can reduce civil rights violations. Only Human animals may not be able to reduce civil righ violations without improvements of inner instict of living souls, and for the later act we need divine and Gods' help Quoted from Jungle Democracy of Joe Geronimo Jr, an unknown Priest of USA, who may or may not explain to religious public world_wide, the essence and glory of GODS for beautiful lives of HUMAN_animals.

6/7/06

8/7/06 Mike



From:
J. Democracy
—etc
Kamal Roy
P.O.Box 1173
S/Lake (Saranac Lake)
N.Y 12983
Roy
Mobile clergy
at DELAWARE,
Wilmington
area
Jurisdiction
of Court.
U.S.M.S.
X-RAY
FIRST CLASS
Civil
COMPLAINT
UNITED STATES POSTAL SERVICE
9261
19801
To
Hon. Clerk (Pro se),
United states District Co
for the District of Dela
844 N. King stre
Wilmington
DELAWARE 19