U.S. Supreme Court Washington DC

U.S. District Court District of Delaware Wilmington, Delaware

US Court of Appeals - 3rd circuit Phila PA

(5)

Appellees (Defendants) as of 9-13-06

Appellant (5 Nos) including Roy KAMAL-K Roy Was born as and a/k/a Jozeph Geronimo Jr born in Guam US Territory Was orphan as child; US Naturalised citizen since 1994 - Lived in USA since 1968 NY (with some absence from USA as orphan

Notice of Appeal for past issues -: to the U.S. Supreme Court Washington DC 1 First St NE by Leave to appeal of Court under Laws of Court & ; A past issues to the U.S. Court of Appeals 3rd circuit 1 Market St Phila, PA - as of Leave to appeal lawfully Order/Judgement dt 1:06-cv-00503-SLR K.K Roy et al

Ex Parte Jungle Democracy Pro Se appellants v. U.S.A; GOD/s (Democratic) et al - entered & closed on 9/13/06 see attached

email: [illegible]@yahoo.com Appellants Mailing Address P.O. Box 1173 S/L NY 12980 Ph 718-954-5784 / 518 891 5466

— Now poor & sick The appellants/Plaintiff shall move the undersigned for self take notice that the undersigned Associations where above court: Pl and all 4 other non incorporated Associations where in Kamal K Roy is a responsible officer is able to maintain Civil suit see FRCP and US Constitutional amendment that citizen can lawfully assemble and peaceably work in Association & Act a poor citizen (viz K Roy) there is no barrier to - in such roles limitation on issue. Hon Judge above has no act & no act unlawfully or ignorance of order failed to recognize this fact on the issue. The other undersigned Quill lawfully move to the US Supreme (Rule 18 Court / 1 USSC) issued undersigned will move to US on the issue of malicious & frivolous action

To All Defendants were sent notice by emails on 9/23/2006

Notice KR of Appeal 9-23-06

The US Solicitor General Washington DC

Kamal R

Defend in the US District Court Dist of Delaware WILMINGTON

Defendants 9/23/2006 10/2/2006

All Defendants & Appellees Poor persons status was granted may not [illegible] Two (2) Appeals to appropriate court to restore petition in lower court in Delaware on the issue of

Kamal R for Plaintiff/Appellants with Roy Lincoln [illegible] appellees



80% . Court of Appeals for 3rd circuit Phila PA for USDC Del. as Violations of Laws/Damages in complaints occurred in Juris dictions in USA & worldwide & separately Appellants harmed and Damages occurred in the Jurisdiction & Loss of Democratic rightful Values in life & activities of all Plaintiffs/Appellants. The Number of Defendants/Appellees are rising and being identified & as of 9.13.06 total Nos are 155 in the Jurisdiction & Damages[illegible] Billions to in some Trillions total in U.S.A.

So Defendants violated Plaintiffs & others under different legal violations in different Jurisdictions in Laws are not single and many but thousand and violations may be identified during Trial only.

That opinion of Judge in Memo order referred in above is excellent with A+ credit, but lack of conscience to assessing Democratic Values & relief to weaker person.

Kamal K Roy for Appellants/Plaintiff

CM/ECF LIVE - U.S. District Court

**Other Orders/Judgments**

1:06-cv-00503-SLR Jungle Democracy et al v. USA et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rld, entered on 9/13/2006 at 1:12 PM EDT and filed on 9/13/2006

**Case Name:** Jungle Democracy et al v. USA et al
**Case Number:** 1:06-cv-503
**Filer:**
**WARNING: CASE CLOSED on 09/13/2006**
**Document Number:** 4

**Docket Text:**
ORDER DISMISSING CASE as frivolous and malicious (copy to pltf.) (CASE CLOSED), ORDER, Motions terminated: [1] MOTION for Leave to Proceed in forma pauperis filed by Jungle Democracy, Kamal Karna Roy. Jungle Democracy terminated as a pltf. in this case. IFP is granted as to Kamal Karna Roy. Pltf. is not required to pay the $350.00 filing fee. Signed by Judge Sue L. Robinson on 9/12/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=9/13/2006] [FileNumber=272040-0] [8979ff7674419469c03072c7b44157148fdfa6e0ab2635b68658532e7ead8a9359d3 3cc933aa110a4e63119e2ee085b6c4b7cfdc8cc8bc644cae4e9e119c27d4]]

**1:06-cv-503 Notice will be electronically mailed to:**

**1:06-cv-503 Notice will be delivered by other means to:**

Kamal Karna Roy

5A 40 desk 4 copies

Exh Order Appeal to U.S. Supreme Court Washington DC

FILED SEP 25 2006

Scanned-BD 9/26/06

US Court of Appeals 3rd circuit simultaneously on different Legal issues

Kamal KR 9/1/06

Kamal Roy Kamal Roy Jungle Democracy 9-23-06 9-23-06



Re Jungle Democracy et al. v. USA
Notice of Appeal of Memo
order of Hon Sue L. Robinson
USDJ entered on 9/13/06
To
Hon. Appeals Clerk
The United States District Court
for the District of Delaware
844 N. King Street, Lockbox 18
U.S. Court House
WILMINGTON, Delaware 19801-3570