To US District Court ; District of Delaware
Wilmington USC

(4 copy) 1 Hon Clerk, 9/29/06, U.S Supreme Court Washington DC
U.S District Court District of Delaware Wilmington Delaware
US court of Appeals - 3rd circuit, Phila PA

(1) Appellees (Defendants) 133 as of 9-12-06

(2) Appellant (5 Nos) including 'Roy' KAMAL-K Roy
Was born as and a/k/a Jozeph Geronimo Jr born in Guam US Territory Was orphan as child ; US & Naturalised citizen since 1994 - Lived in USA since 1968 NY (With some absence from USA as orphan & sick) — Now poor & sick

(1) Notice of Appeal for part issues — : to 1st U.S Supreme Court Washington DC 1 First St NE by Leave to appeal of Court under Laws of Court.
& : part issues to the U.S Court of Appeals 3rd circuit 1 Market St Phila, PA — as of Leave to appeal lawfully Order/Judgement dt 1:06-cv-00503-SLR K.K Roy et al Jungle Democracy & USA ; GOD/s (Democratic) v al-entered & closed on 9/13/06 see attached

email: [illegible]@yahoo.com Appellants Address Mailing: P.O.Box 1173 S/L NY 12980
Ph 718-954-5784 / 518 891 5466

Pl take notice that the undersigned for self and all 4 other non incorporated Associations where in Kamal K Roy is a responsible officer is able to maintain Civil suit see FRCP and US Constitutional amendment that citizen can Lawfully assemble and peaceably work in Association & Act a poor citizen (viz K Roy) there is no bar? to in such role. Hon Judge above has no limitation on issue. this fact on issue & no act? & order failed unlawfully/for ignorance to recognize the other undersigned et al will lawfully move to the US Supreme Court (Rule 18 Court) issue(s) et al undersigned will move to US.
on the issue of malicious & frivolous action
I swear

Copy Service to all as per complaint Defendant-Appellees on 9-22-2006
Kamal Roy 9-22

(left margin, rotated:) (1) Kindly note poor Status to Kamal K Roy by USDC; poor persons status was granted (1) Appeals to lower Court - petition to restore - appropriately, Appeal of dismissal; may not this (2)
All Defendants & Parties 9/16/2006
& Democratic Party US DC & Republican Party US DC
H. R. Clinton US Senator from NY
NYS Spitzer Attorney
Appellant

CM/ECF LIVE - U.S. District Court

**Other Orders/Judgments**

1:06-cv-00503-SLR Jungle Democracy et al v. USA et al

**U.S. District Court**

**District of Delaware**

Notice of Electronic Filing

The following transaction was received from rld, entered on 9/13/2006 at 1:12 PM EDT and filed on 9/13/2006

**Case Name:** Jungle Democracy et al v. USA et al

**Case Number:** 1:06-cv-503

**Filer:**

**WARNING: CASE CLOSED on 09/13/2006**

**Document Number:** 4

**Docket Text:**

ORDER DISMISSING CASE as frivolous and malicious (copy to pltf.) (CASE CLOSED), ORDER, Motions terminated: [1] MOTION for Leave to Proceed in forma pauperis filed by Jungle Democracy, Kamal Karna Roy. Jungle Democracy terminated as a pltf. in this case. IFP is granted as to Kamal Karna Roy. Pltf. is not required to pay the $350.00 filing fee. Signed by Judge Sue L. Robinson on 9/12/06. (rld, )

The following document(s) are associated with this transaction:

**Document description:**Main Document

**Original filename:**n/a

**Electronic document Stamp:**

[STAMP dcecfStamp_ID=1079733196 [Date=9/13/2006] [FileNumber=272040-0] [8979ff7674419469c03072c7b44157148fdfa6e0ab2635b68658532e7ead8a9359d3 3cc933aa110a4e63119e2ee085b6c4b7efdc8cc8bc644ca 9e119c27d4]]

**1:06-cv-503 Notice will be electronically mailed to:**

**1:06-cv-503 Notice will be delivered by other means**

Kamal Karna Roy

FILED

SEP 28 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

P.O Box 1173
S/L
NY 12983
Notice of Appeal
order Judge Sue L Robinson
USDJ
WILMINGTON DE 197
2006 PM
U.S. POSTAGE
PAID
SARANAC LAKE,NY
12983
SEP 22 '06
AMOUNT
$0.39
00081675-05
To
Hon Appeals clerk
United States District Court
for District of Delaware,
U.S. Court House
Down town
WILMINGTON DELAWARE
USA 19899