OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4957 |

www.ca3.uscourts.gov

October 13, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801


RE: Docket No. 06-4250
    Democracy vs. USA
    D. C. No. 06-cv-00503 SLR


Dear Mr. Dalleo:

   Receipt is acknowledged on 10/13/06, of notice of appeal filed with the district court on 09/29/06, in the above-captioned case.

   Since the notice of appeal filed on 09/29/06 merely amends the appeal already docketed at No. 06-4250, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              By:  Aina R. Laws
                                   Case Manager


cc:
    Jungle Democracy
    Kamal Karna Roy
    Office of United States Attorney
    Office of Attorney General of Delaware
    Office of Attorney General of New York