**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

<u>No. 6-4250</u>

Democracy, et al.

vs.

USA, et al.

Jungle Democracy, Appellant

(Delaware District Civil No. 06-cv-00503)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.



A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

For the Court,

*Marcia M. Waldron*

Clerk

Date: December 21, 2006

cc:
    Jungle Democracy
    Kamal Karna Roy
    Douglas E. McCann, Esq.
    Office of United States Attorney
    Office of Attorney General of Delaware