

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse at Foley Square 40 Centre Street, New York, NY 10007 Telephone: 212-857-8500

MOTION INFORMATION STATEMENT

Caption [use short title]

Docket Number(s):

Motion for: Reinstatement of appeal

Set forth below precise, complete statement of relief sought:

MOVING PARTY: Jungle Democracies

OPPOSING PARTY: USA Govt

☐ Plaintiff ☐ Defendant

☒ Appellant/Petitioner ☐ Appellee/Respondent

MOVING ATTORNEY: Dr Kamal K Roy

[name of attorney, with firm, address, phone number and e-mail]

OPPOSING ATTORNEY [Name]: U S Attorney

[name of attorney, with firm, address, phone number and e-mail]

Court-Judge/Agency appealed from: USDC Delaware

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought? ☐ Yes ☒ No
B. been obtained? ☐ Yes ☒ No

Is oral argument requested? ☒ Yes ☐ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☐ Yes ☒ No
If yes, enter date

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:

Has request for relief been made below? ☒ Yes ☐ No

Has this relief been previously sought in this Court? ☐ Yes ☒ No

Requested return date and explanation of emergency:

Signature of Moving Attorney: Date: 12/27/06

Has service been effected? ☐ Yes ☐ No
[Attach proof of service]

ORDER

IT IS HEREBY ORDERED THAT the motion is GRANTED DENIED.

FOR THE COURT:
ROSEANN B. MacKECHNIE, Clerk of Court

Date: By:

Form T-1080 (Revised 10/31/02)

RECEIVED
JAN 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D.N.Y, 500 Pearl Street NewYork10007/In the **United States Court of Appeals for the 2nd Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed : 9.20.2005 **Title of action ;"Jungle Democracy , Cat and Mouse Doctrines ..oppressions by rich and powerful people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo Jr / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL, P O Box 1173 Saranac Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr plaintiff/ Sole appellant on Poverty clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy..etc . Hon Acting Executive Officer, Handicap Interests Int'l - W R Group ( Parent Group :H I I Inc A New York State not for Profit Corporation,& registered as charity with attorney General N.Y State , & in places abroad; incorporated on Nov 2 , 1984 as Non Profit Association; Reforms International, et al all addresses PO Box 1173 ,** Saranac Lake, New York 12983 ; plaintiffs/Petitioner as sole appellant V......**The State of New York, Albany, N Y;. Gov George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15 Computer Drive west Albany, New York 12205; Travelers Insurance co New York et ; Some Judges at WCB Board, NY State , at many times acted illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/Human rights against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as complicated immunity like environments in Jungle Democracy of New York State,as virtual white color criminals and as corrupt people/ white color criminals in USA, et. al, Hon Judge John G Roberts Jr ,appellate Court Judge and now supreme court nominee,USA; The (very) Hon. President of U S A George W Bush ; The U S A, Washington DC; Verizon wireless, N Y; ~~Adelphi~~ The U S Senate, Capitol, Washington DC ; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,. washington DC ( 2 ) THE (Very) Hon. GEORGE W BUSH , u s a, C/O THE White House, 1600 Pennsylvania Ave, NW, Washilngton DC 20500 3 The United States Senate, Capitol, Washington DC 4 . Hon John G. ROBERTS JR an Appellate Court Judge, (50 yrs, approx,) c/o The white house, Washington dc: Filed copy with the WORKERS'COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees ( now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and** sole appellant Mr Geronimo Jr is now on poverty clause**(2.)LATEST Background of civil and human Rights Violations: 1. One Jr appellate court Judge, named above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICE, at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,**

Registered Republican, Board of Election, at Franklin County New York State :: a registered Clergy in New York City Clerk's office, 1 Centre St, New York City , NY 10007. ~~All are Invited~~

# Title : "jungle democracy .. Cat and Mouse doctrine ...oppressions Of rich and powerful ... to weaker people ..."

an electronic book and hard copy editions Publisher : Reforms International : By Rev Lisa Roy : Chief Editor and World wide part disabled mobile and stationed priest at places as required. et al.. plaintiffs/appellant ISSUE : Courts may not refuse filing of legal violations and grievances against Us GOVERNMENT, ET AL ON MINOR PROCEDURAL ISSUE FOR FILING AS THE u s Constitution guarantees filing such GRIEVANCES TO ANY Government for securing Justice for United States Citizens. The District court, in U.S vioalated US constutional guarantees to Citizen/Plaintiif/ sole appellant no poverty clause : May be the U. S Supreme Court may have to decide resolution of the issue raised by the Sole appellant now, Joseph geronimo jr, a disabled unknown priest looking for US Justice but he found etreme

**Global, New York and USA incidences of Corruptions must stop against weaker People in JUNGLE Democracies. All respectfully submitted for grant of prayer / Motion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs. Appellant (sole) the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac Lake, New York 12983.**

The Rev Dr Kamal K Roy 12/28/06 12/27/06 Jr appellant (Pro se)

Rev Dr Kamal K Roy ~~12-27-06~~ 12/30/06

**World News** from New York City : Request to any/all News reporters of curren world including those in USA. Sirs/Madams-Pl cover the news on following *******issues in respect of Mr Saddam Hussain, on a basis of Human consideration and due process of laws and uniform laws on vital issues of human freedom, justice, equities in Human anima societies world wide in so called democratic environments. The dictation of superpowers or allies or thie powerful interests groups, if dominate in wolrd of human justice, there are losses to human dignities and our faiths to Gods , as symbol of Justice. Thanks & regards to all of You. The Reverend Joseph Geronimo Jr aka K Roy, . New York City, 21st October 2005 appellant/plaintiff Pro SE) ______ In the United states Court of Appeals for the second circuit of New York, U S Court House at Foley Sq at center Stereet, New York, N Y 1000 USA :date of fieling - 10. 2118.2005 and , defacto appeal. from the U S District Court , Pro clerk's office, S D N Y ,500 Pearl Street, N .Y, , N . Y 10007 , USA for the decisions repeatedly, to return complaints As was from U S citizen, : without judgement of a sittin and tenured Judge of court, in violation of Constitutional righit of U S citizen, 1st amendmendright to petition Govt to redress grievsances. The grievances w not even recorded, and judgements were denied and no rule of Laws or Jungle Democracy were prevailed.Emerge Motion: USA Party as Defendant/ appellee . Kamal Roy /AkA / a U.S National Plaintiff /appellantThe Reverend Jos Geronimo jr, sole appellant on poverty clause See FRAP , FRCP . Pl see copy of notice of sppreatsfiled earlier, petit to file appeal with waiver pf fees for appeal filed with the above court earlier, copy enclosed & see exhibits.

profit Tax exempt by I R S, U.S Dept of Treasury, New York , issued from Brooklyn, N.Y office in 1992.

That in petition I wrote my international concern about reputaion of USA so far due process of Laws under U S Constitution, as I am an active living member of " We The PEOPLE" in USA. I complained that some of the affairs in dealing with arrest and US Custody Of Mr Sadam Hussain, ex a foreign Leader and may be an ex dictator of Iraq. Now USA under and as Hon. George W Bush the President USA may commit a crime and civil rights violation as described in the main scripts of complaints filed with appeal court and District court when I moved US court of Appeals 2nd circuit when I failed to docket my complaint as above , then I appealed the decision of pro se clerk of District Court to return my petitions of complaints, Apeal was filed with notice and frsh complaints wer filed with district court and I pursued the appeal so that US Court Lawfully accepts my complaint. All matters are pending before all courts cited above. Yhe impending

That ABOUT 80,700 54,700 + people dead in Govt estimates in Pakistan and India, and thousands facing imminent deaths due to lack of timely and emergency medical , housing, subsistence facilities ; and 3 millions of other victims in about last 75 years' worst Earthquake in south Asia ranging Pakistan , India , Afganistan. LET GODS BLESS DEPARTED SOULS, from nature to SPIRITUAL WORLD of heaven of gods and heaven of equities.

Let GODS be mercifuls on peple with blessings to all to receive due process of all LAWS, UNIFORM APPLICATION of national laws of a nation and International laws help growth of euities and harmony in people; and in absence of similar understanding, no sustaining PEACE can be secured by SUIPERPOwers lof they do not strategically try to equate human rights and befits for pursuits of lives and pleasure among Have nots, weaker people et al in societies of so called democracies in the World with optional application of laws used for oppressions to poors and distribution of privileges to powerfuls and rich. Quoted from Joe's literature Mobile publications... " JUNGLE DEMOCRACY.... oppressions .." By Joe , a Priest of "People", for Gods, devil , humman gods, Democratic Devils, el al who demand firther equities..." In Gods we Trust" ; In Mother Nature and in the People, We Trust "; We trust U S A ; We trust citizens world wide and love them

[Handwritten annotations: "The Unincorporated Associations are independent Plaintiffs Appellants", "Under Grant Tax exemption by IRS", "Issues violated", "SC of US Washington DC", "K Roy 12/21/2006", "Rev Dr Kamal Roy 12/30/2006"]

USCA / 3rd Circuit

leader, and lost Republicans in midterm polls of Nov 2006 may suggest a price to be a leader in a nation. However paintiffs believe the real price of chance to become leader of a leading nation is priceles, as such assesessed dar in the action wer cited from 990 billions of u s $ to 16 Trillions of U s $ for loss of chances of kamal k roy to be a leader like U S Senator or the N York Governor through Mid term Elections of november 7 , 2006.Plaintiff believe that defendants viz U S A and 200 third party defendants who as major defendants to act in jungle democratic dysfunctions viz alleged election, as such jury , trial may decide a lawful award, as plaintiffs believe " we the people in USA for practical decisions. ::: and outside incuding civil rights violl ations against weaker citizens++ civil actions as election petition / complaints and violations of other civil rights globally,matters include violation of laws under N Y State constitutions ar state laws was , filed as of 11.16. 2006 at the Supreme court of state of N York for the Franklin county,court house 356
Date: Sat, 18 Nov 2006 00:00:51 -0500

Find Any

Email Address

Degrees in as

fast as 1 year
Please register your mobile phone to activate this feature.
Register your phone to receive a text message when you receive Mail frc particular senders.

Previous | Next | Back to Messages Call or Instant Message
DeleteReplyForwardMove...
Printable View This message is not flagged. [ Flag Message - Mark as Ur ]

Date: Fri, 17 Nov 2006 20:01:37 -0800 (PST)
From: "lisa roy" View Contact Details Add Mobile Alert
Subject: Re: 11.18. 2006 IN ORIENT & as dt elsewhere :World News of electoral violations in u s a , damagES DONE ON weaker citizens' chanc be A sENIOR. leader through democratic promised election process PUF US AND NEW YORK STATE CONSTITUTION, in the process PLAINTIF only the powerfuls of some kinds get the chance to contest electionsN DI NEGLIGENCE OF gOVT AUTHORITIES TO UPKEEP PROMISES PRA INCLUDING THE FACTS OF POVERTY AS OBSTACLE TO EXERCISE LEADERSHIPS. THAT THE . U S A did damage OF ALL chances of The Kamal roy, news media acted illegally in mid term elections of November 2006,as such Kamal Roy moves to various court of U S A both federal ar state of new York ,to challenge electoral_win of MS. Hillary R Clinton anc Eliot Spitzer ,as the environment of election in New York State et al in U . A were discriminatory , illegal and violative of U S constitutional rightS to be an elected leader viz U S Senator from New york or to be the Gove of the State of New York in the democratic union of U S A over 200 year back. Weaker people can move to govt or courts to redress grievances, a chance to be a leader is a very desirous for most citizens in any true democracy. ! The deposed ruler Mr Sedam Hussain of Iraq now facing de be and was proposed in civil actions to be a witness to say in favor of plaintiff kamal roy et al, as how high is a price for becoming leader, and lost Republicans in midterm polls of Nov 2006 may suggest a price to be

The effects of civil right violations against weak person viz Kamal Roy contd

neglected of chance to be a leader.

Web reference Kamal K Roy 12/1/06 12/20/06 12/27/06

12/30/06

USCA/3rd Circuit appeal from USDC for Delaware Wilmington DE

3. Statement of Issues: see below

a. First Issue: see pages 1A, 1B

see below

Argument and Authorities:

Appeal was previously denied but Due process was not provided & 1st amendment U.S. constitutional right to petition Govt (by Court) were ignored to redress as the Hon Judge SL Robinson at USDC Delaware failed to realise

b. Second Issue: trouble inflicted to weaker people/entity who suffered most in

Argument and Authorities: 1 Trillion 810 Billion damages now (US) which were less in complaint filed but damages rising along with named and identified Defendants noted in chart, Glenns of List of Defendants

U.S. Constitutional rights to petition Govt (court) ignored by Judge as a Govt official failed to to say that he suffered

News Reporting organ N.Y. Times ignored weaker people of USA in comparison matters Govt

(2)

A-10 Appellant/Petitioner's Opening Brief and Motion for Leave to Proceed In Forma Pauperis (NON-PLRA) 1/99

P.O. Box 173

S/L NY 12983

Petitioner Kamal K K Roy (Pro Se)

12/27/2006

The Reverend Dr. Kamal K K Roy for all appellants Plaintiffs by Kamal K Roy US citizen & Assoc.

12/27/06

Appeal of the civil rights action should be reinstated as pains, harms and sufferings & Damages are continuing prorated for Damages in USCA Jurisdiction

12/30/06

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to eropen 3 WCB case of Joseph Geronimo Jr aka Kamal Karuna Roy ss # 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 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, AMC saranac Lake, New York 12983, 2003 , 2004 & June 2005

New York State under supervision of elected Governor GEORGE Pataki is is violations of I many laws in insurance field as was charged to ex chief Executive of International Insurance Giant : A I G in recent times. Atleast 20 person or entities named as 3rd Party respondents to help solution of corruption issues in New York state , all 3rd parties are or may not be corrupt and they were negligent to hold principles of U S Constitution and other Laws during part or whole of period of corruptions durin alleghed period of violations 1990- 2005. some others including WC law Judges , Four, were alleged to follow and participate in corruption. USA permits sitting President of USA , duly elected, to be investigated for crinal vi! olations of laws andAs such claimant et al demand that judges for their criminal neglect in duties in office, and thus damaging interests in freedom. Safety, pursuits of pleasures of such persons .Should be investigated and fully prosecuted (Jail terms not demanded for such Judges).As the claimant's motto is correction of system and he is a disabled work_injured worker/person and he had so far wanted divine and Godly help , But he realised that "AMERICA BASED GODS HAVE BEEN NEUTRAL to MANY Corruptions of Human_animals Al over the World, Especially in USA, at current civilisations Of Human_animals, GODS have to be richer and more powerful than U S A. to fight corruptionin new York, USA,WE feel U S attorney may replenish power_base of Gods. ATTN: the W.C, Board_ N Y state 20 Park st, Albany New York 12207 : pl send/provide a copy each to Judges appeals office WCB_ Judges – 2003 and to one mr. D Jeffrey Romeo, judge, W C Board 2003 at saranac lake, N Y 12993 as the persons were named 3! rd party respondents for affairs related to corruption in the system as alleged by claimnt, el al and the employer H. I .I. Inc, a non profit charitable association registered with NYS attorney General, Bureau of charities regn since N0vember 1984 anf incorporated on 11.1. 1984 Affidavit to be filed with W C Board. NY State on 5.31.2005, sworn before Gods in AMERICA (U S A)of all religions and faiths known to U S A and State Authorities and under penalty of Perjury and also before a Notary PUBLIC, N Y State on 5.31. 2005. One copy of original notary signed sworn statement to be filed with the U.S ATTORNEY. SDNY, New York , N. Y 10007. The United States Attorney, Southern District of New York, United States Dept Of Jutice, One St Andrews Plaza, New York , New York 10007, USA The NYS attorney General ,120 Broadway New York , N.Y 10271 U.S. attorney, NDNY ,US dept of Juctice, Albany, New York 12207. New Jersey Judicial Federal District. P O Trenton, N J -for checking federal l crime or reporting false data on non profit tax data on a Tax exempt by IRS, wherein all records can be inspectected on a specific date, time and designated place. Mr James Borowski came at 2049 Richmond terrace, Staten Island office, New Yorl 10301. He did not properly intimate us in any manner that he wanted to inspect any specific paper from us, He was in a 25 minutes_race to audit a farm incoporated in NY state on november 1, 1984 and th corporation had a separate statory entity but an affiliate of an larger unincorporated New York association formed in N Y State in October 1984 and was registered as a charitable non profit organisation which is an interntional body with offices in many countries and with Strategic and Administrative Unit in New York State. He inspected place in aftermath of a flooding effect in the area, being a low lying Staten Island area about 400 ft from waterfront. As the basement area had heating arrangement of th commercil! al place, we had storage space of documents in basement anf the office space about 500 Square ft, commercially and industrially zoned office Building, We had to take extra precaution of electrical uses as the basement heatng equipments and electrical wire were touching wat areas. We told the above borowski the above facts and others on the date of his audit around 9 th March between 10.45 am till 11 14 am on the day with 5 minute break fo going to bathroom. HIS audit and observation was tainted without provisions of laws for timely notice of arrival of auditor and

>>>Kamal Roy , a plintiff in the actions viz "Jungle democracies cat and
>>>Mouse doctrines of oppressions by rich, powerfuls, oppressors, elites in
>>>USA et al to weaker citizens like Kamal Roy who could afford no such big
>>>money to contest a n election of a senior leader from New York for
>>>economic inability and support from news media and USA et al a u s
>>>constititutional requirement to contest, conduct free election in free
>>>world but denied by USA et al defendants and denial of legal rights to to
alleged by the Plaintiffs including Kamal K Roy,es duly announced & intended
Republican registered candidate in November 2006 election for one of the el
of e mails to govt andreporting media and , we the people in USA and world,
electoral contests in New York , et al in USA shall continue . Kamal is an ordi
circumstances in a free netion, named USA.
>>>Kamal roy et al ( U S citizens )
>>>
>>>
>>>Get FREE company branded e-mail accounts and business Web site from
>>>Microsoft Office Live
>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail_
>>> >>
>>
>>
>>><< ___________Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >>
>>
>>
>>><<
>>>CRIMINAL SWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
estrangednow,but_forever_under_hindu_faith_maybere_unitedunder_perpet
>>> >>
>>
>>
>>><< _joseph_______________________.htm >>
>>
>>
>>><<
>>>KAMAL_rOY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>
>>Get today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
in Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted paople to voluntear to promote democracy, now ON a jungle democr
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER COI
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATI(
HUMAN_gODS, ET AL contact a seculer priest, mobile at your door _steps c

USCA / Circuit
USDC

www.canopas.org/opinion.html - 154k - Cached - More from this site - Save

2. Wither the Empire: The Rise of Global Resistance By Omar Barghouthi
**Opinion** Editorial. letters to the editor. Human Price of the Israeli Occupation of Palestine ... As Arundhati **Roy** writes: ...
aljazeerah.info/**Opinion** editorials/2004 **opinions**/July/16 o/... - 48k - Cached - More from this site - Save

3. SLR Opinions
To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/SLR**opinions**-1.htm - 524k - Cached - More from this site - Save

4. HIMAL SOUTH ASIAN
... comes only with the practiee of **democracy**, and displayed caution and unity in ... Algebra of Infinite Justice in the eerily evoeative expression of Arundhati **Roy**. ...
www.himalmag.com/november2001/**opinion**_2.htm - 58k - Cached - More from this site - Save

5. Opinions-30-Days
To download an **opinion**, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download. Download ...
www.ded.uscourts.gov/**Opinions**-30-Days.htm - 35k - Cached - More from this site - Save

6. Opinion/Editorial: Wither the Empire: The Rise of Global Resistance
... Al-Ahram, CounterPunch, Znet, Open **Democracy**, Outlook India, Al-Adab (Beirut) among others. ... As Arundhati **Roy** writes: ... of the **jungle** that the United ...
electroniciraq.net/news/1587.shtml - 54k - Cached - More from this site - Save

7. Newslink
**JUNGLE DEMOCRACY** and **Kamal** Karna **Roy**, Plaintiffs, v. UNITED STATES OF AMERICA, et al. ... MEMORANDUM **OPINION** FARNAN, J. ... **Jungle Democracy** and **Kamal** ...
westnewslink.westlaw.com/citelist.asp?database=DCTDE&category=&... - 40k - Cached - More from this site - Save

8. WHAT IS CPI
But beyond that whatever has happened is a farce of **democracy**. ... Rabindra Nath expressed his unhesitant **opinion** about the song and sent a letter ...
www.cpindia.org/newage.htm - 525k - Cached - More from this site - Save

9. orrin judd
The Democrat governor, **Roy** Barnes, had dared to remove the Confederate symbol ... The 30-Second **Democracy** (Richard Cohen, November 8, 2002, Washington Post) ...
brothersjudd.blogspot.com/2002_11_03_brothersjudd_archive.html - 322k - Cached - More from this site - Save

10. MIFTAH--Wither the Empire - The Rise of Global Resistance
Judging from consistent media reports and **opinion** polls, the rest of the world ... compelling Indian writer, Arundhati **Roy**, expressively revealcd, "In most parts ...
www.miftah.org/Display.cfm?DocId=4232&CategoryId=5 - 73k - Cached - More from this site - Save

12345678910
Next

jungle democracy kamal | Search the Web | My Web (beta)

Yahoo! Answers: **Search questions and answers**

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

Web reference Plaintiffs / Appellants
USDC / Delaware DE

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

*vishwa dharma <vishwa_dh@yahoo.com>* wrote:

Re: 9.28. 2006 :"wE THE PEOPLE" ,AS PER ETHICS AND LANGUAGE OF U S CONSTITUTION, ARE BOTH DELIGHtED AND PANICKED THAT in the action below jUDGES in U.S.A BELoNGs TO the PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFFs viz KAMAL ROY BELONGs TO THE WEaKER SECTION OF our allegedly jungle DEMOCRACY ; IF JUDGES opted or WISHed they Could FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES could REPLACE alleged DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy

12/20/06 The Rev Dr Kamal K K Roy for all Plaintiffs Appellants

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

Date: NOV 2 2 1996

DEPARTMENT OF THE TREASURY

Employer Identification Number:
13-3566610
Case Number:
116262077
Contact Person:
C. MOORE
Contact Telephone Number:
(718) 488-2915

HANDICAP INTERESTS INTERNATIONAL
C/O I.S.C.O.N. A W. R.
JOSEPH GERONIMO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Our Letter Dated:
December 10, 1992
Addendum Applies:
No

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(a) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)

USCA
Appendix EXL 10
Non Profit Tax exempt
#4 & #2 one of the plaintiffs appellants
12/22/2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF GUAM

Civil Action No. ______

Plaintiff(s)/Petitioner(s),

v.

Defendant(s)/Respondent(s).

MOTION AND AFFIDAVIT FOR LEAVE TO PROCEED ON APPEAL
PURSUANT TO 28 U.S.C. § 1915 AND FED. R. APP. P. 24

I request leave to commence this appeal without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24. I also request that the United States pay for a transcript of the record of proceedings, if any, for inclusion in the record on appeal. In support of my request, I submit the accompanying affidavit and declare that:

1. I am unable to pay such fees or give security therefor.
2. The issues I desire to raise on appeal are:
3. I am entitled to redress.
4. I take this appeal in good faith.
5. The appeal is not frivolous and presents a substantial question.

I swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of prosecuting the appeal are true.

Rev. 11/04

In the Supreme Court of U.S. Washington DC

USCA 3rd Circuit

ORDER not signed but entered

The Rev Dr Kamal K Roy

The Rev Joseph Giorgio Jr

12/20/2006

12/27/06 as Plaintiff/Appellants

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 6-4250

Democracy, et al.

vs.

USA, et al.

Jungle Democracy, Appellant

(Delaware District Civil No. 06-cv-00503)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron

Clerk

Date: December 21, 2006

cc:

Jungle Democracy
Kamal Karna Roy
Douglas E. McCann, Esq.
Office of United States Attorney
Office of Attorney General of Delaware

USCA 3rd

1/17 3rd

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

Exh from USD Dele

Direct appeal order appealed

| | | |
|---|---|---|
| JUNGLE DEMOCRACY and KAMAL KARNA ROY, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civ. No. 06-503-SLR |
| UNITED STATES OF AMERICA, et al., | ) | |
| Defendants. | ) | |

(12) as to USCA 3rd circuit failed to intervene the Clerk of USC 3rd Circuit denied Justice Grievance Judges of USCA 3rd Court

**MEMORANDUM ORDER**

Plaintiffs Jungle Democracy and Kamal Karna Roy ("Roy") filed this civil rights action on August 14, 2006. They appear pro se and seek in forma pauperis status pursuant to 28 U.S.C. § 1915. (D.I. 1) For the reasons discussed below, the motion for leave to proceed in forma pauperis is granted as to Plaintiff Roy. The complaint is dismissed as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B).

I. **BACKGROUND**

Initially, the court notes that Roy is the only plaintiff who signed the complaint and he is the only plaintiff to file an application to proceed in forma pauperis. The court will therefore consider Roy as the sole plaintiff in this action. Jungle Democracy will be dismissed as a plaintiff. Roy's application for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 will be granted.

Roy filed this lawsuit against forty-nine defendants,

closed May 24, 1995); Handicap Interests Int'l v. United States Dep't of the Army, 1:95-cv-1642-SAS (S.D.N.Y. closed Mar. 23, 1995); Reforms Int'l v. City of Los Angeles, 1:94-cv-5204-DLC (S.D.N.Y. closed Nov. 30, 1994); Reforms Int'l v. Renquist, 1:94-cv-7198-HB (S.D.N.Y. closed Oct. 20, 1994); Reforms Int'l v. Bush, 1:94-cv-5964-PKL-BAL (S.D.N.Y. closed Aug. 26, 1994); International Siva Consciousness & World Religions v. United States, 1:92-cv-8188-JFK (S.D.N.Y. closed Aug. 20, 1993); Geronimo v. City of New York, 1:91-cv-1703-LBS (S.D.N.Y. closed July 10, 1991); Roy v. State of New York, 1:06-cv-00734-RWS (N.D. Ga. filed Mar. 13, 2006); Jungle Democracy v. State of New York, 7:06-cv-31-NAM-GJD (N.D.N.Y. filed Jan. 10, 2006); Jungle Democracy v. State of New York, 1:06-cv-207-WS-B (S.D. Ala. filed Apr. 5, 2006).

The complaint is a rambling discourse and is virtually unintelligible. It makes vague references to discrimination, overcharging by telecommunication companies, deprivation of employee benefits, corruption, the failure of democratic societies and God's role therein, actions taken by President George Bush during his presidency, irregularities in the workers' compensation industry, and civil rights violations for failure to provide an attorney in a civil case. (D.I. 2 at 12, 18, 24, 25, 29, 34, 35) The complaint also contains a plea for assistance to victims of all disasters, be they natural or manmade. Id. at 32,

16

of New York, 1:06-cv-00734-RWS (N.D. Ga. filed Mar. 13, 2006), and notes that the complaints contain many of the same allegations as in the present complaint, as well as many of the same defendants.

Additionally, the complaint in the current case is clearly frivolous. Even construing the complaint liberally, the court is unable to discern under what theories plaintiff attempts to proceed. He refers to religion, politics, "jungle democracy", and workers' compensation. The complaint does not adequately apprise the defendants of their alleged wrongdoing. Moreover, in the rare case when a sentence is intelligible, the allegations fail to state a cause of action. For example, plaintiff complains of actions taken by George Bush during his presidency, but those complaints do not rise to the level of a viable claim. Having said that, for the most part, the complaint is unintelligible. There are handwritten notations throughout the complaint and seemingly unrelated phrases are interspersed throughout the document. Indeed, the court is unable to recognize any cognizable claim.

Accordingly the complaint is dismissed with prejudice as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). See Jungle Democracy v. Bush, No. 06-cv-505 (E.D.Pa. Feb. 14, 2006), aff'd, No. 06-1911 (3d. Cir. June 2, 2006)(complaint that is irrational and incomprehensible with no

16

of New York, 1:06-cv-00734-RWS (N.D. Ga. filed Mar. 13, 2006), and notes that the complaints contain many of the same allegations as in the present complaint, as well as many of the same defendants.

Additionally, the complaint in the current case is clearly frivolous. Even construing the complaint liberally, the court is unable to discern under what theories plaintiff attempts to proceed. He refers to religion, politics, "jungle democracy", and workers' compensation. The complaint does not adequately apprise the defendants of their alleged wrongdoing. Moreover, in the rare case when a sentence is intelligible, the allegations fail to state a cause of action. For example, plaintiff complains of actions taken by George Bush during his presidency, but those complaints do not rise to the level of a viable claim. Having said that, for the most part, the complaint is unintelligible. There are handwritten notations throughout the complaint and seemingly unrelated phrases are interspersed throughout the document. Indeed, the court is unable to recognize any cognizable claim.

Accordingly the complaint is dismissed with prejudice as frivolous and malicious pursuant to 28 U.S.C. § 1915(e)(2)(B) and § 1915A(b)(1). See Jungle Democracy v. Bush, No. 06-cv-505 (E.D.Pa. Feb. 14, 2006), aff'd, No. 06-1911 (3d. Cir. June 2, 2006)(complaint that is irrational and incomprehensible with no

A nonhostile Defendant of IRAQ Saddam Hussain was executed hurriedly without approval of courts (US) when an appeal was pending — Gross injustice to Plaintiff appellants & US govt — abuse of US Judiciary

To US District Court District of Delaware at Wilmington DE

All — Direct appeal to US Supreme Court Washington DC of order of USDC/DE dt 9/12/06 entered and USCA 3rd circuit clerk office denied appeal dt 9/21/06 [illegible]

In Re Dr Kamal K Roy Respectfully submitted

Dr Kamal Roy as [illegible] was born in Guam — Was orphan — Now a mobile clergy plaintiff/appellant [illegible]

12/30/2006 12 Noon EST (NJ)

k Roy

3

Ke,

129[illegible]

CIVIL

Civil rights Viol.
in Democracies & [illegible]
[illegible] [illegible] to [illegible]
For [illegible]

To
U.S District Court For
Eastern District of
U.S Court House,
Cadman Plaza

Brooklyn

New Yo

REASON CHECKED

RETURNED TO SENDER

- ☐ Moved, Left No Address
- ☐ Unable To Forward
- ☐ Attempted - Not Known
- ☐ Unclaimed ☐ Refused
- ☐ No Such Street ☐ No Such Number
- ☐ Insufficient Address

To
Clerk (appeals)
The United States District Court for District of Delaware
Wilmington.

J. Caleb Boggs Federal Bldg
U S Court House,
844 N. King street, ~~Room 3124~~
Wilmington DE 19801 (1980)

(844)

[illegible] of Direct from order of U.S. DISTRICT C. Delaware, Wilmington entered on 9/12/06 as clerk USCA 3rd circuit refused to render any appellate relief on a order entered at 12/21/2006 S. Ct. U.S. Supreme Court, Washington DC has Juris – diction of Direct appeal from + USDC/DE under Rule 18 of S.C. Washington

Recycled Cover



Fr.
Dr. Kamal Roy
P.O. Box 1173
S/L, N.Y.
12983
U.S. POSTAGE PAID
SARANAC LAKE, NY
AMOUNT
$1.11
To
The clerk (appeals)
The United States District Court
for district of Delaware
with wilmington
US courthouse (J Caleb boggs federal building)
844 N King street
wilmington
DE 19801
U.S.M.S.
X-RAY
RECEIVED
JAN 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE