

ORIGINAL   06-4250   CLOSED

**(T-4)**

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square, 40 Centre Street, New York, NY 10007   Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**   Date 12/24/2007

Docket Number(s):

Motion for:

Set forth below precise, complete statement of relief sought:

MOVING PARTY:  Jungle Democracies            OPPOSING PARTY:
☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: Dr Kamel           OPPOSING ATTORNEY (Name):  U S Attorney
[name of attorney, with firm, address, phone number and e-mail]   [name of attorney, with firm, address, phone number and e-mail]

Court/Judge/Agency appealed from:  USDC/Delaware

Please check appropriate boxes:                    FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND
Has consent of opposing counsel:                    INJUNCTIONS PENDING APPEAL:
   A. been sought?   ☐ Yes   ☐ No      Has request for relief been made below?   ☐ Yes   ☐ No
   B. been obtained?   ☐ Yes   ☐ No    Has this relief been previously sought
Is oral argument requested?   ☐ Yes   ☐ No   in this Court?   ☐ Yes   ☐ No
(requests for oral argument will not necessarily be granted)
Has argument date of appeal been set?   ☐ Yes   ☐ No   Requested return date and explanation of emergency:
If yes, enter date:

Signature of Moving Attorney:              Date:          Has service been effected?   ☐ Yes   ☐ No
[Attach proof of service]

**ORDER**

IT IS HEREBY ORDERED THAT the motion is GRANTED   DENIED.

FOR THE COURT:
ROSEANN B. MACKECHNIE, Clerk of Court

Date: _____   By: _____

FILED
FEB 20 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Form T-1080 (Revised 10/31/02).

Poor person Status to File petition was granted

**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

No. 6-4250

Democracy, et al.

vs.

USA, et al.

Jungle Democracy, Appellant

(Delaware District Civil No. 06-cv-00503)

**O R D E R**

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: December 21, 2006

cc:
      Jungle Democracy
      Kamal Karna Roy
      Douglas E. McCann, Esq.
      Office of United States Attorney
      Office of Attorney General of Delaware

The W C Board, N Y State, Albany, N.Y 12207 /In the U. S. District Court, S.D.N.Y, 500
Pearl Street NewYork10007/In the **United States Court of Appeals for the**
**2ⁿᵈ Circuit, NEW YORK 10007 at** U S Court House at Foley Square at Centre Street... Filed :
9.20.2005Title of action : "Jungle Democracy . Cat and Mouse Doctrines ...oppressions by rich and powerful
people/ Nations to weaker/poor people,/Nations (foreign)...... etc..." Book Volume by Joseph Geronimo
Jr / aka Kamal K Roy ( A LEGAL ENTITY) ,Publisher: Reforms INTERNATIONAL , P O Box 1173 Saranac
Lake New York 12983 : Kamal Karuna K Roy /aka/Joseph Geronimo Jr  plaintiff/ Sole appellant on Poverty
clause THE REVEREND Lisa N Roy : chief editor, Jungle Democracy...etc . Non Acting  Executive Officer,
Handicap Interests Int'l - W R Group ( Parent Group :H I I Inc A  New York State not for Profit
Corporation,& registered as charity with attorney General N.Y State , &  in  places abroad; incorporated on
Nov 2 , 1984  as Non Profit Association; Reforms International, et al  all addresses PO Box 1173 , Saranac
Lake, New York 12983 ;  plaintiffs/Petitioner  as sole  appellant  V......The State of New York,
Albany, N Y, Gov  George Pataki, Albany, New York; Workers' Compensation Board , N Y State, 20 Park
Street, Albany, N Y 12207 ; State Insurance Fund NY State, 15  Computer Drive west.Albany,  New York
12205; Travelers Insurance co New York at ; Some Judges at WCB Board, NY State , at many times acted
illegally,as a surrogate to Govt Bureaucracy and acted as cruel violators of Laws, civil rights/ Human rights
against plaintiffs and we need to expose them to rule of Laws of Jurisdictions as they had behaved as
complicated immunity like environments in Jungle Democracy of New York State,as virtual  white color
criminals and as  corrupt people/ white color criminals in USA, et. al, Hon Judge  John G Roberts Jr
,appellate Court Judge  and now supreme court nominee,USA; The (very) Hon. President of U S A  George
W Bush ; The U S A, Washington DC; Verizon wireless, N Y; Adelphi The U S Senate, Capitol, Washington DC
; Adelphia Cable, S/L, N Y 12983 ; The New York Times ,NYC, N Y, U S Dept of Justice, et. al ,  washington
DC ( 2 ) THE (Very) Hon. GEORGE W.BUSH , u s a, C/O THE  White House, Washington DC 4 . Hon John G.  ROBERTS JR
Washington DC 20500 3 The United States Senate, Capitol, Washington dc: Filed copy  with the
an Appellate Court Judge, (50 yes, approx,) c/o  The white house, Washington DC 12207 defendants/ appellees ;
WORKERS COMPENSATION BOARD,N Y State, Office of APPEALS, ALBANY, NEW YORK 12207 defendants/ appellees ;
(now a total of 61 Defendants who did violate Civil/Human Rights of plaintiffs and sole appellant Mr Geronimo Jr is
now on poverty clause(2.) LATEST Background of civil and human Rights Violations: 1. One Jr appellate
court judge, named  above was nominate to fill in vacancy may cause by plan of retirement on an ASSOCIATE JUSTICE,
at The supreme court of USA. Confirmation process was pending. During process , the defendant Mr Bush, above,
Registered Republican, Board of Election, at Franklin County New York State
:: a registered Clergy in New York City Clerk's office, 1 Centre St, New
York City , NY 10007. All are invited

# Title : "jungle democracy .. Cat and  Mouse
# doctrine ...oppressions Of rich and powerful ...
# to weaker people ..."

an electronic book and hard copy editions Publisher : Reforms International
: By Rev Lisa Roy : Chief Editor and World wide part disabled mobile and
stations priest at places as required. et al.. plaintiffs/appellant ISSUE
: Courts may not refuse filing of legal violations and grievances against Us
GOVERNMENT, ET AL ON MINOR PROCEDURAL ISSUE FOR FILING AS THE u s
Constitution guarantees filing such GRIEVANCES TO ANY Government for
securing Justice for United States Citizens. The District court /m U.S .
violated US consutional guarantees to Citizen/Plaintiff/ sole appellant no
poverty clause : May be the U. S Supreme Court may have to decide
resolution of the issue raised by the Sole appellant now, Joseph geronimo
jr, a disabled unknown priest looking for US Justice but he found extreme

**Global, New York and USA Incidences of Corruptions must stop against weaker**
**People in JUNGLE Democracies. All respectfully submitted for grant of prayer /**
Notion to save Democracy and to stop violations against Plaintiffs and to recover Damages. Plaintiffs.
Appellant (sole)  the Reverend Joseph Geronimo Jr aka Kamal K K Roy ,Pro se Po Box 1173 Saranac
Lake, New York 12983.

**World News** from New York City : Request to any/all News reporters of current world including those in USA. Sirs/Madams - Pl cover the news on following ******* Issues in respect of Mr Saddam Hussain, on a basis of Human consideration and due process of laws and uniform laws on vital issues of human freedom, justice, equities in Human anima societies world wide in so called democratic environments. The dictation of superpowers or allies or this powerful interests groups, if dominate in wolrd of human justice, there are losses to human dignities and our faiths to Gods, as symbol of Justice. Thanks - & regards to all of You. The Reverend Joseph Geronimo Jr aka K Roy . . New York City, 21st October 2005 appellant/plaintiff Pro SE)        12/20/2006        In the United states  Court of Appeals for the second circuit of New York, U S Court House at Foley Sq at center Streeet, New York, N Y 1000 USA, date of fioling – 10. 21.8.2005 and , defacto appeal from the U S District Court , Pro clerk's office, S D N Y ,500 Pearl Street, N .Y. , N .Y 10007, USA for the decisions repeatedly, to return complaints. As was from U S citizen : without judgement of a sittin and tenured Judge of court. in violation of Constitutional right of U S citizen, 1st amendmendright to petition Govt to redress grievances. The grievances we not even recorded, and judgements were denied and no rule of Laws or Jungle Democracy were prevailed. Emerge Motion: USA Party as Defendant/ appellee , Kamal Roy /AkA / a U S National Plaintiff /appellant The Reverend Jos Geronimo Jr, sole appellant on poverty clause See FRAP , FRCP ,  Pl see copy of notice of appreasified earlier, petit to file appeal with waiver pf fees for appeal filed with the above court earlier, copy enclosed & see exhibits.

That unincorported Associations are independent Plaintiffs

profit Tax exempt by I R S, U.S Dept of Treasury, New York, issued from Holland Brooklyn, N.Y office in 1992.

Under find the exception by

That in petition I wrote my international concern about reputaion of USA so far due process of Laws under U S Constitution, as I am an active living member of " We The PEOPLE" in USA. I complained that some of the affairs in dealing with arrest and US Custody Of Mr Sadam Hussain, ex a foreign Leader and may be an ex dictator of Iraq. Now USA under and as  Hon. George W  Bush the President USA may commit a crime and civil rights violation as described in the main scripts of complaints filed with appeal court and District court when I moved US court of Appeals 2nd circuit when I failed to docket my complaint as above , then I appealed the decision of pro se clerk of District Court to return my petitions of complaints, Apeal was filed with notice and frsh complaints wer filed with district court and I pursued the appeal so that US Court Lawfully accepts my complaint. All matters are pending before all courts cited above. Yhe impending

That  ABOUT  80,700 54,700 + people  dead  in Govt estimates in Pakistan and India, and thousands facing imminent deaths due to lack of timely and emergency medical / housing, subsistence facilities ; and 3 millions of other victims in about last  75 years' worst Earthquake in south Asia ranging Pakistan ; India ; Afganistan . LET GODS BLESS DEPARTED SOULS from nature in SPIRITUAL WORLD of heaven of gods and heaven of equities.

Let GODS be merciful on eagle with blessings to all to receive due process of all LAWS, UNIFORM APPLICATION of national laws of a nation and international laws help growth of equities and harmony in societies and in absence of similar understanding, no sustaining PEACE can be secured by SUPERN Powers lot they do not strategically try to sustain human rights and faiths for peoples of have and abesure among have  nots, weaker people at all in societies of so called democracies in the World with national application of laws used for oppressions in poors and distribution of privileges to powerfuls and rich. Quoted from Joe's literature Noble publications  "JUNGLE DEMOCRACY "oppressions .." By Joe , a Priest of "People", for  Gods, devil , humman  gods, Democratic Devils, el al who demand firther equities .." In Gods we Trust" : In Mother Nature and  in the People, We Trust "; We trust U S A ; We  trust citizens world  wide and love them

K Roy
12/24/2006

K Roy
12/20/06

Yahoo! Mail - vishwa_dh@yahoo.com

*USCA/ Bl Growth Page 4 of 13* (handwritten)

leader, and lost Republicans in midterm polls of Nov 2006 may suggest a
to be a leader in a nation. However paintiffs believe the real price of chance
to become leader of a leading nation is priceless, as such assessessed dar
in the action wer cited from 990 billions of u s $ to 16 Trillions of U s $
for loss of chances of kamal k roy to be a leader like U S Senator or the I
York Governor through Mid term Elections of november 7 , 2006.Plaintiffs
believe that defendants viz U S A and 200 third party defendants who as:
major defendants to act in jungle democratic dysfunctions viz alleged
election, as such jury , trial may decide a lawful award, as plaintiffs
believe " we the people in USA for practical decisions. ::: and outside
incuding civil rights violi ations against weaker citizens++ civil actions as-
election petition / complaints and violations of other civil rights
globally,matters include violation of laws under N Y State constitutions ar
state laws was , filed as of 11.16. 2006 at the Supreme court of state of t
York for the Franklin county,court house 356
Date: Sat, 18 Nov 2006 00:00:51 -0500

Find An

Email Address

Degrees in as

fast/as 1 year
Please register your mobile phone to activate this feature.
Register your phone to receive a text message when you receive Mail frc
particular senders.

Previous | Next | Back to Messages Call or Instant Message
DeleteReplyForwardMove...
Printable View This message is not flagged. [ Flag Message - Mark as Ur
]

Date: Fri, 17 Nov 2006 20:01:37 -0800 (PST)    *The effects of* (handwritten)
From: "lisa roy" View Contact Details Add Mobile   *civil right violations* (handwritten)
Alert                                                *against weak* (handwritten)
Subject: Re: 11.18. 2006 IN ORIENT & as dt elsewhere :World News of *pewar* (handwritten)
electoral violations in u s a , damagES DONE ON weaker citizens' chanc  *viz* (handwritten)
be A sENIOR. leader through democratic promised election process PUF  *Kam* (handwritten)
US AND NEW YORK STATE CONSTITUTION, in the process PLAINTIF  *Roy* (handwritten)
only the powerfuls of some kinds get the chance to contest electionsN DI *conti* (handwritten)
NEGLIGENCE OF gOVT AUTHORITIES TO UPKEEP PROMISES PRA\  *nere* (handwritten)
INCLUDING THE FACTS OF POVERTY AS OBSTACLE TO EXERCISE
LEADERSHIPS. THAT THE . U S A did damage OF ALL chances of The
Kamal roy, news media acted illegally in mid term elections of November
2006,as such Kamal Roy moves to various court of U S A both federal ar
state of new York ,to challenge electoral_win of MS. Hillary R Clinton anc
Eliot Spitzer ,as the environment of election in New York State et al in U -
A were discriminatory , illegal and violative of U S constitutional rightS
to be an elected leader viz U S Senator from New york or to be the Gove
of the State of New York in the democratic union of U S A over 200 year
back. Weaker people can move to govt or courts to redress grievances, a
chance to be a leader is a very desirous for most citizens in any true
democracy. I The deposed ruler Mr Sadam Hussain of Iraq now facing de
be and was proposed in civil actions to be a witness to say in favor of
plaintiff kamal roy et al, as how high is a price for becoming leader, and
lost Republicans in midterm polls of Nov 2006 may suggest a price to be

*neglected of chance to be a leader.* (handwritten)



U.S.D.C for Delaware Wilmington DE

3. Statement of Issues:
see below
a. First Issue:   see see pages

See below

Argument and Authorities:

Appeal was previously denied but
but Due process was not provided as 1st amendment U.S constitutional right
to petition Gov't (the Court) were ignored to relief
as the Hon Judge at USDC Delaware even failed to realize
Trouble inflicted to weaker people/entity who suffered most

b. Second Issue:

Argument and Authorities:

Trillion 810 Billion damages now
which were (US) less in complaint
filed but damages
rising along with
named and
Identified Defendants
noted in et al
Glenns
list of
Defendants

U.S Constitutional rights to petition Gov't

News Reporting organ N.Y Times ignored weaker people of USA in companison in matters Gov't official failed US

(court) ignored by Judge as Gov't official failed to help

Appellant/Petitioner's Opening Brief and Motion for Leave to Proceed In Forma Pauperis (NON-PLRA) 1983
Page 3

P.O Box 173
SLC
NY
1983 (Pro Se)

for all petitioners Kamal K K Roy

12/27/2006

Appeal of the civil rights action should be reinstated as pains, Harms and sufferings & damages are continuing
prorated for Damages in USCA Jurisdiction

12/27/06

Kamal K K Roy
12/27/2006

ELL MIE # Defendant

CPLR Motion dated 7. 15 .2005 for new decision for evidences found Post appeal filing with WCB, NY State on 1.24.1996 and another on 4.8. 2004 and motion to reopen case pending since June 2004 to reopen 3 WCB case of Joseph Geronimno Jr aka Kamal Karuna Roy ss # 578804399 with means of corruptions, Misconducts& anti labor policy of New York State Workers' Compensation Board 20 Park STREET, Albany, New York 12207, medical report from neurologist Dr Mazdzer, M D, ANC saranac Lake, New York 12983, 2003 , 2004 & June 2005

S I F vind    now retiring    Was to

New York State under supervision of elected Governor GEORGE Pataki is is violations of l many laws in insurance field as was charged to ex chief Executive of International Insurance Giant : A I G in recent times. Atleast 20 person or entities named as 3rd Party respondents to help solution of corruption issues in New York state , all 3rd parties are or may not be corrupt and they were negligent to hold principles of U S Constitution and other Laws during part or whole of period of corruptions durin alleghed period of violations 1990- 2005. some others including WC law Judges , Four, were alleged to follow and participate in corruption. USA permits sitting President of USA , duly elected, to be investigated for crinal vii olations of laws andAs such claimant et al demand that judges for their criminal neglect in duties in office, and thus damaging interests in freedom, Safety, pursuits of pleasures of such persons .Should be investigated and fully prosecuted (Jail terms not demanded for such Judges).As the claimant's motto is correction of system and he is a disabled work_injured worker/person and he had so far wanted divine and Godly help , But he realised that "AMERICA BASED GODS HAVE BEEN NEUTRAL to MANY Corruptions of Human_animals, GODS have to be richer and more powerful USA, at current civilisations Of Human_animals Al over the World, Especially in than U S A. to fight corruptionin new York, USA,WE feel U S attorney may replenish power_base of Gods. ATTN: the W.C. Board,_N Y.state 20 Park st, Albany New York 12207 : pl send/provide a copy each to Judges appeals office WCB_ Judges – 2003 and to one mr. D Jeffrey Romeo, Judge, W C Board 2003 at saranac lake, N Y 12993 as the persons were named 3I rd party respondents for affairs related to corruption in the system as alleged by claimnt, ei al and the employer R. I. I. Inc, a non profit charitable association registered with NYS attorney General, Bureau of charities regn since N0vember 1984 anf incorporated on 11.1. 1984 Affidavit to be filed with W C Board. NY State on 5.31.2005, sworn before Gods in AMERICA (U S A)of all religions and faiths known to U S A and State Authorities and under penalty of Perjury and also before a Notary PUBLIC, N Y State on 5.31. 2005. One copy of original notary signed sworn statement to be filed with the U.S ATTORNEY. SDNY, New York , N. Y 10007. The United States Attorney, Southern District of New York, United States Dept Of Jutice, One St Andrews Plaza, New York , New York 10007, USA The NYS attorney General ,120 Broadway New York , N.Y 10271 U.S. attorney, NDNY ,US dept of Justice, Albany, New York 12207. New Jersey Judicial Federal District. P O Trenton, N J -for checking federal l crime or reporting false data on non profit tax data on a Tax exempt by IRS, wherein all records can be inspectected on a specific date, time and designated place.  Mr James Borowski came at 2049 Richmond terrace, Staten Island office, New Yori 10301. He did not properly intimate us in any manner that he wanted to inspect any specific paper from us, He was in a 25 minutes_race to audit a farm incorporated in NY state on november 1, 1984 and th corporation had a separate statory entity  but an affiliate of an larger unincorporated New York association formed in N Y State in October 1984 and was registered as a charitable non profit organisation which is an interntional body with offices in many countries and with Strategic  and Administrative Unit in New York State. He inspected place in aftermath of a flooding effect in the area, being a low lying Staten Island area about 400 ft from  waterfront. As the basement area had heating arrangement of th commerci al place, we had storage space of documents in basement anf the office space about 500 Square ft, commercially and industrially zoned office Building, We had to take extra precaution of electrical uses as the basement heatng equipments and electrical wire were touching  wat areas. We told the above borowski the above facts and others on the date of his audit around 9 th March between 10.45 am till 11 14 am on the day with 5 minute break fo going to bathroom, HIS audit and observation was tainted  without provisions of lawe for timely notice of arrival of auditor and

USCA

All   Plaintiffs (basic)  By :-

>>>Kamal Roy , a plintiff in the actions viz "Jungle democracies cat and
>>>Mouse doctrines of oppressions by rich, powerfuls, oppressors, elites in
>>>USA et al to weaker citizens like Kamal Roy who could afford no such big
>>>money to contest a n election of a senior leader from New York for
>>>economic inability and support from news media and USA et al a u s
>>>constitutional requirement to contest, conduct free election in free
>>>world but denied by USA et al defendants and denial of legal rights to  to
>>>alleged by the Plaintiffs including Kamal K Roy,as duly announced & intended
>>>Republican registered candidate in November 2006 election  for one of the el
>>>of e mails to govt andreporting media and , we the people in USA and world,
>>>electoral contests in New York , et al in USA shall continue . Kamal is an ordi
>>>circumstances in a free nation, named USA.
>>>Kamal roy et al ( U S citizens )
>>>
>>>
>>>Get FREE company branded e-mail accounts and business Web site from
>>>Microsoft Office Live
>>>http://clk.atdmt.com/MRT/go/mcrssaub0050001411mrt/direct/01/
>>
>>
>>><< 06-503_OPINION_HONSUEL_ROBINSON.pdf >>
>>
>>
>>><<
>>>__Gargi__with_a_step_in_hell__must_be_cautious_to_avoid__HER_jail
>>> >>
>>
>>
>>><< _____Kamalroypriest.htm >>
>>
>>
>>><< 4_gargi__affidavit_marriagemaybedivorced.jpg >>
>>
>>
>>><<
>>>CRIMINAL/SWEETHEART_artiste,_turned_WIFE_GARGI_roy(LAHIRI)
estrangednow,but_forever_under_hindu_faith_maybere_unitedunder_perpet
>>> >>
>>
>>
>>><< _joseph_____.htm >>
>>
>>
>>><<
>>>KAMAL_ROY_PHOTO_NEW_yORK_TheReverendDr.,strategist,principal
>>> >>
>>
>>
>>Get today's hot entertainment gossip
>>http://movies.msn.com/movies/hotgossip?icid=T002MSN03A07001
>

10.26.2006
In Orient & as dt in West/ elsewhere GLOBAL NEWS
wanted people to volunteer to promote democracy, now ON a jungle democra
dysfunctions in USA et al, LIKE A CAPTIVE_LADY ,globe wide, UNDER COI
AND ABUSES OF POWERFULS, RICH,OR OPPRESSORS , DEMOCRATIC
HUMAN_gODS, ET AL contact a secular priest, mobile at your door _steps o

Re: 9.29. 2006 "wE THE PEOPLE",AS PER ETHICS AND LAN...    US CR / — circuit
USDC /

www.canopas.org/opinion.html - 154k - Cached - More from this site - Save
2. Wither the Empire: The Rise of Global Resistance By Omar Barghouthi
   Opinion Editorial. letters to the editor. Human Price of the Israeli Occupation of Palestine ... As Arundhati Roy writes: ...
   aljazeerah.info/Opinion editorials/2004 opinions/July/16 o/... - 48k - Cached - More from this site - Save
3. SLR Opinions
   To download an opinion, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download ...
   www.ded.uscourts.gov/SLRopinions-1.htm - 524k - Cached - More from this site - Save
4. HIMAL SOUTH ASIAN
   ... comes only with the practice of democracy, and displayed caution and unity in ... Algebra of Infinite Justice in the eerily evocative expression of Arundhati Roy. ...
   www.himalmag.com/november2001/opinion_2.htm - 58k - Cached - More from this site - Save
5. Opinions-30-Days
   To download an opinion, RIGHT-CLICK on Download and select. Save Target As... or Save Link As... Download. Download. Download. Download. Download ...
   www.ded.uscourts.gov/Opinions-30-Days.htm - 35k - Cached - More from this site - Save
6. Opinion/Editorial: Wither the Empire: The Rise of Global Resistance
   ... Al-Ahram, CounterPunch, Znet, Open Democracy, Outlook India, Al-Adab (Beirut) among others. ... As Arundhati Roy writes: ... of the jungle that the United ...
   electroniciraq.net/news/1587.shtml - 54k - Cached - More from this site - Save
7. Newslink
   JUNGLE DEMOCRACY and Kamal Karna Roy, Plaintiffs, v. UNITED STATES OF AMERICA, et al. ... MEMORANDUM OPINION FARNAN, J. ... Jungle Democracy and Kamal ...
   westnewslink.westlaw.com/citelist.asp?database=DCTDE&category=&... - 40k - Cached - More from this site - Save
8. WHAT IS CPI
   But beyond that whatever has happened is a farce of democracy. ... Rabindra Nath expressed his unhesitant opinion about the song and sent a letter ...
   www.cpindia.org/newage.htm - 525k - Cached - More from this site - Save
9. orrin judd
   The Democrat governor, Roy Barnes, had dared to remove the Confederate symbol ... The 30-Second Democracy (Richard Cohen, November 8, 2002, Washington Post) ...
   brothersjudd.blogspot.com/2002_11_03_brothersjudd_archive.html - 322k - Cached - More from this site - Save
10. MIFTAH - Wither the Empire - The Rise of Global Resistance
    Judging from consistent media reports and opinion polls, the rest of the world ... compelling Indian writer, Arundhati Roy, expressively revealed, "In most parts ...
    www.miftah.org/Display.cfm?DocId=4232&CategoryId=5 - 73k - Cached - More from this site - Save

12345678910
Next
jungle democracy kamal   Search the Web   My Web (beta)

Web - reference
P (as input)
/Appellant

📷 Yahoo! Answers: Search questions and answers

Copyright © 2006 Yahoo! Inc. All rights reserved. Privacy Policy - Terms of Service - Copyright/IP Policy - Submit Your Site

USDL / Delaware.
DE

vishwa dharma <vishwa_dh@yahoo.com> wrote:

vishwa dharma <vishwa_dh@yahoo.com> wrote:

Re: 9.28. 2006 :"wE THE PEOPLE",AS PER ETHICS AND LANGUAGE OF U S   in U.S/A
CONSTITUTION, ARE BOTH DELIGHtED AND PANICKED THAT in the action below jUDGES
BELoNGet TO THE PRIVILEGED section of democracy SOCIETY ,AND THE PLAINIFF viz KAMAL
ROY BELONGes TO THE WEaKER SECTION of our allegedly jungle DEMOCRACY ; IF JUDGES
opted or WISHed she Could FIND OUT EASILY ,WHY AND HOW THE ODDS OF PRIVILEGES
could REPLACE alleged DEFICITS OF JUNGLE DEMOCRACIES OF WEAKER PEOPLE viz kamal roy

3 of 200      12/20/06      The Rev
                            Dr Kamal KR      9/29/2006 4:52 PM



DEPARTMENT OF THE TREASURY

INTERNAL REVENUE SERVICE
DISTRICT DIRECTOR
G.P.O. BOX 1680
BROOKLYN, NY 11202

Date: NOV 2 2 1990

HANDICAP INTERESTS INTERNATIONAL
C/O J.S.E.O.N. & W. R.
JOSEPH BERARDINO JR
PO BOX 537
STATEN ISLAND, NY 10302-0537

Employer Identification Number:
13-3586610
Case Number:
118280099
Contact Person:
C. MOORE
Contact Telephone Number:
(718) 488-2915
Our Letter Dated:
December 40, 1972
Addendum Applies:
No

Dear Applicant:

This modifies our letter of the above date in which we stated that you would be treated as an organization that is not a private foundation until the expiration of your advance ruling period.

Your exempt status under section 501(c)(3) of the Internal Revenue Code as an organization described in section 501(c)(3) is still in effect. Based on the information you submitted, we have determined that you are not a private foundation within the meaning of section 509(a) of the Code because you are an organization of the type described in section 509(a)(1) and 170(b)(1)(A)(vi).

Grantors and contributors may rely on this determination unless the Internal Revenue Service publishes notice to the contrary. However, if you lose your section 509(a)(1) status, a grantor or contributor may not rely on this determination if he or she was in part responsible for, or was aware of, the act or failure to act, or the substantial or material change on the part of the organization that resulted in your loss of such status, or if he or she acquired knowledge that the Internal Revenue Service had given notice that you would no longer be classified as a section 509(a)(1) organization.

As of January 1, 1984, you are liable for taxes under the Federal Insurance Contributions Act (social security taxes) on remuneration of $100 or more you pay to each of your employees during a calendar year. You are not liable for the tax imposed under the Federal Unemployment Tax Act (FUTA).

You are required to file Form 990 only if your gross receipts each year are normally more than $25,000. For guidance in determining whether your gross receipts are "normally" more than $25,000, see the instructions for Form 990. If a return is required, it must be filed by the 15th day of the fifth month after the end of your annual accounting period. A penalty of $10 a day is charged when a return is filed late, unless there is reasonable cause for the delay. However, the maximum penalty charged cannot exceed $5,000 or 5 percent of your gross receipts for the year, whichever is less. This penalty may also be charged if a return is not complete, so please be sure your return is complete before you file it.

If we have indicated in the heading of this letter that an addendum applies, the addendum enclosed is an integral part of this letter.

Letter 1050 (DO/CG)



IN THE UNITED STATES DISTRICT COURT
FOR THE ~~Eastern~~ DISTRICT OF ~~TEXAS~~ Pennsylvania
~~DIVISION~~

*[handwritten annotations:]* #/10/06 12/2/06  supreme court of New York Franker County at ~~Albona~~ NY
IN THE 3rd Circuit  USCA
Jungle Democracy at ~~Market~~ st,
Philadelphia, PA USA

Plaintiff's name and ID Number
EW 13-356 LLID  By Kamel K Roy — the Plaintiff #1 — U.S citizen  civil
Place of Confinement
et al (Total ∂ No.) — Plaintiff  SC 17  CASE NO. 3:06 CU 1GUS

578-80-4y  (Clerk will assign the number)

v.

USA Govt; Gods;  Plaintiff  **APPLICATION TO PROCEED**
Hillery R. clinton; Eliot Sp #2  **IN FORMA PAUPERIS**
Defendant's name and address  Spitzer etd Mr J. Fam Republice see FRCP
Washn Pka JG-30 (197 No's) including 170 tired party Defendant

I, Kamel K Roy, declare, depose and say that I am the Plaintiff in the above entitled case. In support
of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my
poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am
entitled to relief. 210 170 Parties named in Defendant's list are those
parties to violation of electoral rule Plaintiff is USA Kamel Roy
I further declare that the responses which I have made to questions and instructions below are true.

1.  Have you received, within the past 12 months, any money from any of the following sources? remained very poor due to their misconducts
    a. Business, profession or form of self-employment?  Yes  (No)  as such Kamel poorly failed in electoral civil rights
    b. Rent payments, interest or dividends?  Public Leader  Yes  (No)
    c. Pensions, annuities or life insurance payments?  Yes  No  SS Retirement
    d. Gifts or inheritances?  U.S Senator  Yes  (No)  ∂ SSI payment
    e. Family of sources?  Yes  (No)  for Disability
    f. Any other sources?  NYS Governor  Yes  (No)  old for Shortage

    If you answered YES to any of the questions above describe each source of money and state the amount
    received from each during the past 12 months.  of fund 217 defendants
    Nil  Not 3rd Parties
    violated electoral rights
    to deny Kamel to be leader

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison
    accounts?  Yes  No  Checking No A/c NY
    If you answered YES, state the total value of the items owned.  savings at NB of Tupper Lake Lake S/L

    Kamel K Roy  $2.00  fx 2005

    *[handwritten:]* Kamel K Roy -1-
    for self as us citizen (1994)

    Exhibit IV-2
    Prisoner Motion to Proceed IFP
    for direct-elect

    The Rev Dr Kamel K Roy  aff ∂ 12/2/2006

USCA Circuit

USDC / EDPA

Defendants
Violations charged

The U.S.A. President Thru George Bush
White House, 1600 Pennsylvania Ave NW
Washington DC 2000
Hon. Dick Cheney President a.s. senator

City of New York, 100 Church Street
New York, NY 10007

The U.S.A. Gov't sp. U.S Attorney, of the S. Court House
Washington DC 20001

Lisa, Nishan Roy
14 Preston Road #55, Syracuse NY 13210

The State Insurance Fund
15 Computer Drive West, Albany NY 12205

Headquarters Holding Authority
and Ms. Debbie Carroll
14 Wicasson Place
Syracuse NY 13215

Clinton's Book Branch
at Syracuse Library NY
13995

Kelly Palamara Manson
Workers Compensation Board
State of New York
20 Park Street, Albany NY 12207

Workers Compensation Board
Attorney's at Law
Albany NY 12207

Patricia Pepin
Attorney's at Law

GOD — U.S. Indic, They
New York State Office
(State Indian Ent.)
Nancy God Attorney, 150 Church St, NY NY 10007

3rd Party Defendants
Who created a Jungle as Democratic information

Kamal Roy
For self as US citizen & as officer of JGF



USCA/ Circuit List 3rd Party Defendants (1740)   Cause/Violation

see 2 Nos
First Page 7
Defendants

(2) Hon Dick Cheney, Vize President USA
as President of U.S. Senate
Washington D.C.

(12) (15)

(19 L2D) The District attorneys
(e) New York & Richmond County Broadway, N.Y., NY 1627 broke
Counties county
c/o NYS Attorney General 120 Broadway, N.Y, NY 1627
U.S.
Constitutional
Guarantee to
from under
jurisdiction
to

(21) Mr. Richard Oslndach
(State Employee/Supervisor) 199 Church St, New York NY 1600
New York State
(199 Church St, N.Y., NY 10007)

see Hon Jeffrey Romes, W C Board, Big Broadway   Judge W C Board
(10-11) W.C.L Judge; N.Y. State   perjury
Saranac Lake, New York 12983   charges
on job

(22) Mr James Borowski   do
(State Insurance Fund Auditor   perjury if
A CPA from New Jersey)   NYS filing
fraud

(23) The New York Times (English Daily of N.Y city   silent on
west 29 street   violations
New York, NY   on people
and their
related Ness
item, fake
claim to
Fraudulent
report

(27) (Ms) Estelle Kraushaai Attorney
S I Fund, NY state   199 Church St, NY, NY 10007

(28) Workers' Compensation Board, NY State,
20 Park st, Albany, NY 12207

Note:
10 Plaintiffs

210 Nos
Defendants
many noted
in the List &
here are
others also
noted in
scripts of
complaint
filed 10/27/2nd



(29) USCA — Govt Defendants

(29) Governor G. Pataki, Executive Mansion, NYS Governor, Albany, New York

Violation US Constitution Governor on re York

(30) State of New York c/o NYS Attorney General
120 Broadway, NY. NY 10271
— do —

(31) NY State Senate, Eagle st Albany, NY —do—
or elsewhere

(32) Republic of Iraq c/o Ambassador of Iraq UN
U.N.O, E 4th st UN Plaza, NY. NY.

Ci... Ko Wilson & Pain inflict Com

(33) U.N.O, World Body, UN Plaza, NY, NY.

for human... a...

(34) Govt of West Bengal, Writer's Bldg, Kolkata -70001, IND
c/o Indian Embassy Washington DC
—do— Violation of Law

(35) Govt of India c/o Prime Minister of India
New Delhi —100011, INDIA c/o Indian Embassy
Washington DC

(36 to 38) 3 Notaries Public
at S/L Local Banks
New York 12983

Notary Laws violations & Banking Service fails promise of free Notary service

(39) NY's Human Rights Commission
Bronx New York

(40) Verizon Wireless, Albany, New York
a/k/a "Verizon"

Discrimination & etc

(41) Adelphia Communication a/k/a Adelphia
Broadway, & Saranac Lakes NY 12983 —do—

PTO Page 4
B see

41 A United States Vermont ...
41 B Cingular Wireless NY
41 C Sprint NY — Nextel Wireless

EDWARD J. MAZDZER, MD
Diplomate of the American Board of Psychiatry and Neurology

**COPY**



June 29, 2005

RE:   Kamal Roy
DOB:   03-31-34

Dr. David Thomasbow
46 Church Street
Saranac Lake, NY 12983

Dear David,

I had the opportunity to see Kamal Roy in follow up for his headaches. You had obtained an MRI of his brain last month and asked me to review that along with his ongoing complaints of chronic daily headaches and dizziness.

As you know, I have seen him several times before and he has reported persistent head and neck pains dating back to an accident in 1993. He has suffered injuries to his head, neck and shoulder at that time. He has been followed by doctors in different locales for this over time.

Presently he takes Tylenol and a pain medicine from you that still do not make his headaches go away. His headaches worsened over the past two months and occasionally can be associated with nausea where he will have difficulty with eating. He has also complained of dizziness with some spinning sensations at times as well.

I understand that he is to be evaluated next month by Dr. Byrne for his persistent left shoulder problems. He has had an MRI of the shoulder done as well.

On examination today he remains dysarthric and difficult to understand, although he seems a bit better today than in the past. He is displaying spasticity in all extremities but left is much greater than right. He has a bit of a left pronator drift as well. Reflexes are increased throughout as well. His gait shows a stiff, spastic gait with significant circumduction primarily on the left side. He is quite tender in the cervical paraspinal muscles and has positive Tinel's signs over the occipital notches that reproduce his pain.

I have reviewed the MRI with him that reveals several areas of abnormality primarily in the subcortical white matter. The left posterior internal capsule thalamic region has a rounded area with magnetic changes possibly consistent with old bleeding. As you will remember, he had a stroke in 1987. There is also a more diffuse area of abnormality in the extreme capsule in the right hemisphere that probably would be fairly asymptomatic. Finally, the FLAIR image shows changes around the posterior horn of the right lateral ventricle. There is no mass effect of enhancement in this locale. He has significant atrophy throughout.

P.O. BOX 1269, 2249 STATE ROUTE 86, REDFIELD MEDICAL BUILDING, SUITE 1
SARANAC LAKE, NY • 12983
PHONE: 518/891-9795 • FAX: 518/891-6302









Kamal Roy
June 29, 2005
Page Two

IMPRESSION: I still believe that Kamal Roy's persistent headaches are primarily related to his neck. Dating back to his accident in 1993 he has had persistent neck and head pain complaints. I would suspect that a referral to physical therapy may be helpful. Normally I try to avoid chronic daily analgesics, as these can lead to analgesic rebound headaches.

He still has such significant spasticity that even the therapy in the short run may not be all that helpful unless he can be loosened up further. Apparently he has been on Baclofen in the past but it is unclear if he is taking any at this point. Normally Baclofen is not that helpful for central spasticity, which is probably mostly what he is experiencing presently.

I doubt that the MRI findings are causing his headaches, as they are deep and in the white matter regions and typically do not cause pain. I believe that most of these are probably explained on the basis of is prior stroke, as well as his head injuries as well.

I hope this information will be helpful to you.

Sincerely,

Edward J. Mazdzer, MD
EJM/bl

adkattic@yahoo.com; agentservice@mostchoice.com;
ajolly@pressrepublican.com; askdoj@usdoj.gov; avene.box199@nysif.com;
cm@mp.nic.in; cm@wb.gov.in; cm@wb.nic.in; dhurjati97@rediffmail.com;
gargi6819lahiri@yahoo.com; letters@nytimes.com; letters@time.com;
letters@washpost.com; news@pressrepublican.com; tlffreepress@yahoo.com;
web@us.doj.gov; webmaste@thejakartatimes.com
Cc: angeline.toh@reuters.com; askdoj@usdoj.gov;
branch0439@charterone.com; calcutta@ttsvisa.com;
gargi6819lahiri@yahoo.com; news@telegraph.co.uk; news@telegraph.com;
northeastwebsite@unicel.com; smitamitra68@rediffmail.com;
state@ny.us/governor; stockholmweb@state.gov; tconnors@nydailynews.com;
thestatesman@vsnl.com; vice.president@whitehouse.gov;
vishva_dh@yahoo.com; washington@nytimes.com; wbhrc@cal3.vsnl.net.in;
web@us.doj.gov
Sent: Fri, 22 Sep 2006 2:01 PM
Subject: Re: 9 .22. 2006 IN ORIENT & AS DT IN WEST/WORLD ::
***LEGAL NOTICE TO COURT INCLUDING TO THE u s DISTRICT
COURT dELAWARE DISTRICT, WILMINTON, usas*******World news ::
Corruption in electioneering in New York state, U S A . . ELLIOT SPITZER ,
Hillary R Clinton, later two persons are two candidates of Nov 2006 election
from New York & now are defendants in Jungle democracies ..etc as
complained in action file  & they were noted in et al in defendants column and
now fully identified as defendants. National democratic and republican parties
of U S A at Washington DC have been positively identified as defendants and
now appellees as per FRCP, FRAP of U S Courts. Pl note that action was
decided sua ponte. However all 160 defendants including Mrs Gargi Roy
(Lahiri),other Lahiris of krishnaghar w b , India, Govt of India and all others +
World press community , U N O, New York headquarters have been notified of
appeal by e mail;God/s as defendant/s have been notiofied  of this action of
appeal through press in USA for " We the People" are main constituents of
manmade Gods in democracies and now in phases of Jungle Democracies in
countries where God  has control in some form in people.Plaintiffs by The
Reverend Dr Kamal Roy aka Dr Joseph geronimo Jr  swear under penatuy of
perjury that God/s do exist  for the people, by the people , of the people' in USA
as a failed or successful democratic  actionanble entitity.art of God/s anmd
divine systems for other planets,universe or other animals  are excluded from
the action or appeal. God/s are real conceivable by human_animals of defendant
nations. damage recoveries from defendant/s / appellantGod/s, as and when
available can be paid by people who created God and divine system or believe
in ailing system of democratic God/s. If not recoverable, or delays, if any on
recoveries the amount  may be kept in suspense fund with negative $ values.
Plaintiffs/appellants are positive that we the appellants can recover amount in $
values or equivalent god/s' blessing to us all kamal roy for all appellants.

Re: 9 .24. 2006  IN ORIENT & AS DT IN WEST/WORLD :: Republican
Party & Democraic party_national,at washingto D C Hillary clinton & Elliot
Spitzer NY State attorney General , later as candidates at Nov 2006 General
election were made Defendants/appellees in current actions of
complaints/appeal process, as the parties were identified as positive Defendants
in the civil action filed at US DC, delaware district jurisdiction, USA,previously
identified as et. al defendants and now identified lawfully as additional
defendants  nos 157 to 160 nos defendants for practices of Jungle democracies
and beneficiaries of corruptions in elections in USA/ NY State , due in Nov
2006, the proess stated & Primaries were held in Sept 2006 & Kamal K Roy as
a would be contestant in Geral elections etc was left out of process as left out
due corruptions in electoral practices due corruption, amaging chances of being
elected leader in USA/NY State as US senator from New York State or &&
governor of the State N Y., news agencies like N Y times ignored candidacy of
Kamal aka Joseph in monopoly in news produce and services. DAMAGES



UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 6-4250

Democracy, et al.

vs.

USA, et al.

Jungle Democracy, Appellant

(Delaware District Civil No. 06-cv-00503)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is  O R D E R E D  that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER  O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

Marcia M. Waldron

Clerk

Date: December 21, 2006

cc:

Jungle Democracy
Kamal Karna Roy
Douglas E. McCann, Esq.
Office of United States Attorney
Office of Attorney General of Delaware

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

**UNITED STATES COURT OF APPEALS**
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

March 9, 2006

Michael E. Kunz, Clerk
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Re: Jungle Democracy v. Bush et al
<u>E.D. Pa. No. 06-cv-0505-RBS</u>

Dear Mr. Kunz:

Pursuant to Rule 4(d), <u>Federal Rules of Appellate Procedure</u>, and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>, we are forwarding the attached notice of appeal which was filed with this office in error. <u>See</u> Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>. **The notice was postmarked March 2, 2006 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the <u>Federal Rules of Appellate Procedure</u> and Rule 3.4, <u>Third Circuit Local Appellate Rules</u>. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), <u>Federal Rules of Appellate Procedure</u>, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

Marcia M. Waldron, Clerk

By: <u>/s/ Bradford A. Baldus</u>
Bradford A. Baldus
Senior Legal Advisor to the Clerk

Enclosure
cc: Kamal K. Roy (w/out enclosure)

Kamal K Roy  14 Kew's (page )  Rd #5 s/L, N.Y 480 129

4. Do you have any money, including any money in a checking or savings account? If so, how much?

Got 15 00/100 in hand only — Swear under penalty of perjur

likely to get monthly SSI payment soon

5. Do you own any apartment, house or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

☒ No  ☐ Yes,_____

List the person(s) that you pay money to support and the amount you pay each month.

see page 1    page 2   18

Do you pay for rent or for a mortgage? If so, how much each month?

$ 181 00 pm in ◯ US subsidized Housing

State any special financial circumstances which the Court should consider.

I am disabled (part) and sick and very very slowly recovering my ailments. This matter has been civil rights / Human rights violations by State / UNO / private entities etc as Defendants. I had common law Wife New york at different time but that marriage is not allowed in New york — I am

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under the penalty of perjury that the foregoing is true and correct.

Signed this ____ day of Dec 13 200 6

5th November 2005

personally unable to financially care for 2 daughters; natural born / terbi Roks

USCA / 2nd Circuit Original

Dr Kamal K K Roy X Kamal K Roy a/k/c
(signature)
and was born as Joseph Geronimo Jr

now a part disabled priest (Mobile) in Most Manhattan & elsewhere

a/k/a The Reverend Kamal R

rev. 1/2001

poor person Affidavit / writ filed with the concerned petition at the court USCA 2nd Cercuit Denver etc

List of Defendants 20 FND & Bigger

SC/US Washgh DC 20543

see exibit 1 & others

12/5/13 2006

12/3/06

The Rev Dr. Kamal K K Roy a/k/a J. G. J



From:
Temple Democracy
LaRKamil & Roy
Mobile Clergy Delaware
P.O. R: Box 1173
Saranac Lake
New York
12983

Additional Affidavit

To
Hon. Clerk (Pro Se)
US District Court
District of Delaware, State)
844 N. King Street, Lockbox, 18,
Wilmington,
DELAWARE
DE  19801-3570

FIRST CLASS

U.S. POSTAGE
$1.35